JS 45 (5/97) - (Revised U.S.D.C. MA 3/25/2011)

**Criminal Case Cover Sheet**                    **U.S. District Court - District of Massachusetts**

**Place of Offense:**          **Category No.** __II__          **Investigating Agency** __FBI__

**City** __Boston__                 **Related Case Information:**

**County** __Middlesex__          Superseding Ind./ Inf. _____ Case No. __19cr10081__
                                 Same Defendant _____ New Defendant __X__
                                 Magistrate Judge Case Number _____
                                 Search Warrant Case Number   See additional information
                                 R 20/R 40 from District of _____

**Defendant Information:**

Defendant Name __Gordon Ernst__          Juvenile:          ☐ Yes ☑ No

          Is this person an attorney and/or a member of any state/federal bar:  ☐ Yes ☑ No

Alias Name _____

Address __(City & State)__ Chevy Chase, MD

Birth date (Yr only): __1967__ SSN (last4#): __6524__ Sex __M__     Race: __White__     Nationality: __USA__

**Defense Counsel if known:** _____          Address _____

**Bar Number** _____

**U.S. Attorney Information:**

**AUSA** __Eric S. Rosen__          Bar Number if applicable __NY4412326__

**Interpreter:**     ☐ Yes ☑ No          List language and/or dialect: _____

**Victims:**     ☑ Yes ☐ No  If yes, are there multiple crime victims under 18 USC§3771(d)(2)     ☑ Yes ☐ No

**Matter to be SEALED:**     ☑ Yes ☐ No

     ☑ Warrant Requested          ☐ Regular Process          ☐ In Custody

**Location Status:**

**Arrest Date** _____

☐ Already in Federal Custody as of _____ in _____.
☐ Already in State Custody at _____ ☐ Serving Sentence     ☐ Awaiting Trial
☐ On Pretrial Release:   Ordered by: _____ on _____

**Charging Document:**     ☐ Complaint          ☐ Information          ☑ Indictment

**Total # of Counts:**     ☐ Petty ———— ☐ Misdemeanor ———— ☑ Felony __1__

Continue on Page 2 for Entry of U.S.C. Citations

☑     I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are
     accurately set forth above.

Date: __March 5, 2019__          Signature of AUSA: _[signature]_

**District Court Case Number** (To be filled in by deputy clerk): _____

**Name of Defendant**     Gordon Ernst _____

### U.S.C. Citations

| | **Index Key/Code** | **Description of Offense Charged** | **Count Numbers** |
|---|---|---|---|
| Set 1 | 18 USC 1962(d) | Conspiracy to Commit RICO | 1 |
| Set 2 | 18 USC 1963 | Forfeiture | |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:**   18-6218-MPK, 18-6237-MPK, 18-6236-MPK, 18-6234-MPK, 18-6238-MPK

18-6235-MPK, 18-6476-MPK, 18-6477-MPK, 18-6475-MPK, 18-6478-MPK, 18-6261-MPK, 18-6260-MPK

19-6003-MPK, 19-6005-MPK, 19-6004-MPK, 19-6006-MPK, 18-6240-MPK, 18-6310-MPK, 18-6474-MPK, 18-6474-MPK

18-7227-MPK, 19-6029-MPK, 19-6030-MPK

**Criminal Case Cover Sheet**                    **U.S. District Court - District of Massachusetts**

**Place of Offense:**          Category No. __**II**__          **Investigating Agency** __**FBI**__

**City** __**Boston**__                    **Related Case Information:**

**County** __**Middlesex**__ .          Superseding Ind./ Inf. _____  Case No. __IGCr10081__
                                         Same Defendant _____  New Defendant __X__
                                         Magistrate Judge Case Number _____
                                         Search Warrant Case Number   See additional information
                                         R 20/R 40 from District of _____

**Defendant Information:**

Defendant Name __Donna Heinel__                    Juvenile:          ☐ Yes  ☑ No

          Is this person an attorney and/or a member of any state/federal bar:          ☐ Yes  ☑ No

Alias Name _____

Address __(City & State) Long Beach, CA__

Birth date (Yr only): __1961__  SSN (last4#): __8395__  Sex __W__     Race: __White__     Nationality: __USA__

**Defense Counsel if known:** _____          Address _____

**Bar Number** _____

**U.S. Attorney Information:**

**AUSA** __Eric S. Rosen__                    Bar Number if applicable __NY4412326__

**Interpreter:**     ☐ Yes  ☑ No          List language and/or dialect: _____

**Victims:**     ☑ Yes  ☐ No  If yes, are there multiple crime victims under 18 USC§3771(d)(2)     ☑ Yes  ☐ No

**Matter to be SEALED:**     ☑ Yes     ☐ No

     ☑ Warrant Requested          ☐ Regular Process          ☐ In Custody

**Location Status:**

**Arrest Date** _____

☐ Already in Federal Custody as of _____ in _____ .
☐ Already in State Custody at _____ ☐ Serving Sentence     ☐ Awaiting Trial
☐ On Pretrial Release:  Ordered by: _____ on _____

**Charging Document:**     ☐ Complaint          ☐ Information          ☑ Indictment

**Total # of Counts:**     ☐ Petty ——     ☐ Misdemeanor ——     ☑ Felony  __1__

Continue on Page 2 for Entry of U.S.C. Citations

☑ **I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.**

Date: __March 5, 2019__          Signature of AUSA: _____

**District Court Case Number**  (To be filled in by deputy clerk): _____

**Name of Defendant**    Donna Heinel _____

### U.S.C. Citations

| | **Index Key/Code** | **Description of Offense Charged** | **Count Numbers** |
|---|---|---|---|
| Set 1 | 18 USC 1962(d) | Conspiracy to Commit RICO | 1 |
| Set 2 | 18 USC 1963 | Forfeiture | |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:**   18-6218-MPK, 18-6237-MPK, 18-6236-MPK, 18-6234-MPK, 18-6238-MPK

18-6235-MPK, 18-6476-MPK, 18-6477-MPK, 18-6475-MPK, 18-6478-MPK, 18-6261-MPK, 18-6260-MPK

19-6003-MPK, 19-6005-MPK, 19-6004-MPK, 19-6006-MPK, 18-6240-MPK, 18-6310-MPK, 18-6474-MPK, 18-6474-MPK

18-7227-MPK, 19-6029-MPK, 19-6030-MPK

JS 45 (5/97) - (Revised U.S.D.C. MA 3/25/2011)

**Criminal Case Cover Sheet**                    **U.S. District Court - District of Massachusetts**

**Place of Offense:**          **Category No.** <u>II</u>          **Investigating Agency** <u>FBI</u>

**City** <u>Boston</u>              **Related Case Information:**

**County** <u>Middlesex</u>          Superseding Ind./ Inf. _____ Case No. 19 Cr 10081
                                    Same Defendant _____ New Defendant  X
                                    Magistrate Judge Case Number _____
                                    Search Warrant Case Number   See additional information
                                    R 20/R 40 from District of  _____

**Defendant Information:**

Defendant Name <u>Laura Janke</u>                    Juvenile:        ☐ Yes  ☑ No

                Is this person an attorney and/or a member of any state/federal bar:  ☐ Yes  ☑ No

Alias Name _____

Address _____ (City & State) North Hollywood, CA

Birth date (Yr only): <u>1982</u>  SSN (last4#): <u>1438</u>  Sex <u>W</u>      Race: <u>White</u>      Nationality: <u>USA</u>

**Defense Counsel if known:** _____    Address _____

**Bar Number** _____                    _____

**U.S. Attorney Information:**

**AUSA** <u>Eric S. Rosen</u>                    Bar Number if applicable <u>NY4412326</u>

**Interpreter:**  ☐ Yes  ☑ No        List language and/or dialect: _____

**Victims:**  ☑ Yes ☐ No  If yes, are there multiple crime victims under 18 USC§3771(d)(2)  ☑ Yes  ☐ No

**Matter to be SEALED:**  ☑ Yes  ☐ No

    ☑ Warrant Requested        ☐ Regular Process        ☐ In Custody

**Location Status:**

**Arrest Date** _____

☐ Already in Federal Custody as of _____ in _____ .
☐ Already in State Custody at _____ ☐ Serving Sentence  ☐ Awaiting Trial
☐ On Pretrial Release:  Ordered by: _____ on _____

**Charging Document:**  ☐ Complaint  ☐ Information  ☑ Indictment

**Total # of Counts:**  ☐ Petty _____ ☐ Misdemeanor _____ ☑ Felony  1

Continue on Page 2 for Entry of U.S.C. Citations

☑  **I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.**

Date:  March 5, 2019          Signature of AUSA: _____

SEALED

**District Court Case Number** (To be filled in by deputy clerk): _____

**Name of Defendant**     Laura Janke

## U.S.C. Citations

| | **Index Key/Code** | **Description of Offense Charged** | **Count Numbers** |
|---|---|---|---|
| Set 1 | 18 USC 1962(d) | Conspiracy to Commit RICO | 1 |
| Set 2 | 18 USC 1963 | Forfeiture | |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:**   18-6218-MPK, 18-6237-MPK, 18-6236-MPK, 18-6234-MPK, 18-6238-MPK

18-6235-MPK, 18-6476-MPK, 18-6477-MPK, 18-6475-MPK, 18-6478-MPK, 18-6261-MPK, 18-6260-MPK

19-6003-MPK, 19-6005-MPK, 19-6004-MPK, 19-6006-MPK, 18-6240-MPK, 18-6310-MPK, 18-6474-MPK, 18-6474-MPK

18-7227-MPK, 19-6029-MPK, 19-6030-MPK

JS 45 (5/97) - (Revised U.S.D.C. MA 3/25/2011)

**Criminal Case Cover Sheet**                    **U.S. District Court - District of Massachusetts**

**Place of Offense:**          **Category No.** __II__          **Investigating Agency** __FBI__

**City** __Boston__          **Related Case Information:**

**County** __Middlesex__          Superseding Ind./ Inf. _____ Case No. __19CR10081__
                              Same Defendant _____ New Defendant __X__
                              Magistrate Judge Case Number _____
                              Search Warrant Case Number __See additional information__
                              R 20/R 40 from District of _____

**Defendant Information:**

Defendant Name __Ali Khosroshahin__          Juvenile:          ☐ Yes ☑ No

          Is this person an attorney and/or a member of any state/federal bar:          ☐ Yes ☑ No

Alias Name _____

Address          __(City & State)__ Fountain Valley, CA

Birth date (Yr only): __1970__ SSN (last4#): __0199__ Sex __M__          Race: __White__          Nationality: __USA__

**Defense Counsel if known:** _____          Address _____

**Bar Number** _____

**U.S. Attorney Information:**

**AUSA** __Eric S. Rosen__          Bar Number if applicable __NY4412326__

**Interpreter:** ☐ Yes ☑ No          List language and/or dialect: _____

**Victims:** ☑ Yes ☐ No If yes, are there multiple crime victims under 18 USC§3771(d)(2) ☑ Yes ☐ No

**Matter to be SEALED:** ☑ Yes ☐ No

          ☑ Warrant Requested          ☐ Regular Process          ☐ In Custody

**Location Status:**

**Arrest Date** _____

☐ Already in Federal Custody as of _____ in _____.
☐ Already in State Custody at _____ ☐ Serving Sentence          ☐ Awaiting Trial
☐ On Pretrial Release: Ordered by: _____ on _____

**Charging Document:** ☐ Complaint          ☐ Information          ☑ Indictment

**Total # of Counts:** ☐ Petty ———— ☐ Misdemeanor ———— ☑ Felony __1__

Continue on Page 2 for Entry of U.S.C. Citations

☑          **I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.**

Date: __March 5, 2019__          Signature of AUSA: _____

**District Court Case Number**  (To be filled in by deputy clerk): _____

**Name of Defendant**  _____Ali Khosroshahin_____

### U.S.C. Citations

| | **Index Key/Code** | **Description of Offense Charged** | **Count Numbers** |
|---|---|---|---|
| Set 1 | 18 USC 1962(d) | Conspiracy to Commit RICO | 1 |
| Set 2 | 18 USC 1963 | Forfeiture | |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:**   18-6218-MPK, 18-6237-MPK, 18-6236-MPK, 18-6234-MPK, 18-6238-MPK

18-6235-MPK, 18-6476-MPK, 18-6477-MPK, 18-6475-MPK, 18-6478-MPK, 18-6261-MPK, 18-6260-MPK

19-6003-MPK, 19-6005-MPK, 19-6004-MPK, 19-6006-MPK, 18-6240-MPK, 18-6310-MPK, 18-6474-MPK, 18-6474-MPK

18-7227-MPK, 19-6029-MPK, 19-6030-MPK

JS 45 (5/97) - (Revised U.S.D.C. MA 3/25/2011)

**Criminal Case Cover Sheet**    **U.S. District Court - District of Massachusetts**

**Place of Offense:**    Category No. __II__    **Investigating Agency** __FBI__

**City** __Boston__

**County** __Middlesex__

**Related Case Information:**

Superseding Ind./ Inf. _____    Case No. __19cr10081__

Same Defendant _____    New Defendant __X__

Magistrate Judge Case Number _____

Search Warrant Case Number    See additional information

R 20/R 40 from District of _____

**Defendant Information:**

Defendant Name __Steven Masera__    Juvenile:    Yes [ ]  No [✓]

Is this person an attorney and/or a member of any state/federal bar:    Yes [ ]  No [✓]

Alias Name _____

Address    (City & State) __Folsom, CA__

Birth date (Yr only): __1949__  SSN (last4#): __1166__  Sex __M__    Race: __White__    Nationality: __USA__

**Defense Counsel if known:** _____    Address _____

**Bar Number** _____

**U.S. Attorney Information:**

**AUSA** __Eric S. Rosen__    Bar Number if applicable __NY4412326__

**Interpreter:**  Yes [ ]  No [✓]    List language and/or dialect: _____

**Victims:** [✓] Yes [ ] No  If yes, are there multiple crime victims under 18 USC§3771(d)(2)  Yes [✓]  No [ ]

**Matter to be SEALED:**  Yes [✓]  No [ ]

[✓] Warrant Requested    [ ] Regular Process    [ ] In Custody

**Location Status:**

**Arrest Date** _____

[ ] Already in Federal Custody as of _____ in _____.

[ ] Already in State Custody at _____  [ ] Serving Sentence    [ ] Awaiting Trial

[ ] On Pretrial Release:  Ordered by: _____ on _____

**Charging Document:**  [ ] Complaint    [ ] Information    [✓] Indictment

**Total # of Counts:**  [ ] Petty ——  [ ] Misdemeanor ——  [✓] Felony __1__

Continue on Page 2 for Entry of U.S.C. Citations

[✓]    **I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.**

Date: __March 5, 2019__    Signature of AUSA: _(signature)_

SEALED

**District Court Case Number** (To be filled in by deputy clerk): _____

**Name of Defendant**     Steven Masera

## U.S.C. Citations

| | **Index Key/Code** | **Description of Offense Charged** | **Count Numbers** |
|---|---|---|---|
| Set 1 | 18 USC 1962(d) | Conspiracy to Commit RICO | 1 |
| Set 2 | 18 USC 1963 | Forfeiture | |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:**   18-6218-MPK, 18-6237-MPK, 18-6236-MPK, 18-6234-MPK, 18-6238-MPK

18-6235-MPK, 18-6476-MPK, 18-6477-MPK, 18-6475-MPK, 18-6478-MPK, 18-6261-MPK, 18-6260-MPK

19-6003-MPK, 19-6005-MPK, 19-6004-MPK, 19-6006-MPK, 18-6240-MPK, 18-6310-MPK, 18-6474-MPK, 18-6474-MPK

18-7227-MPK, 19-6029-MPK, 19-6030-MPK

JS 45 (5/97) - (Revised U.S.D.C. MA 3/25/2011)

**Criminal Case Cover Sheet**                    U.S. District Court - District of Massachusetts

| | | |
|---|---|---|
| **Place of Offense:** | **Category No.** II | **Investigating Agency** FBI |

**City** Boston

**County** Middlesex

**Related Case Information:**

Superseding Ind./ Inf. _____  Case No. 19cr10081

Same Defendant _____  New Defendant X

Magistrate Judge Case Number _____

Search Warrant Case Number  See additional information

R 20/R 40 from District of _____

**Defendant Information:**

Defendant Name  Mikaela Sanford        Juvenile:  ☐ Yes  ☑ No

Is this person an attorney and/or a member of any state/federal bar:  ☐ Yes  ☑ No

Alias Name _____

Address  (City & State) Folsom, CA

Birth date (Yr only): 1986  SSN (last4#): 5201  Sex W  Race: White  Nationality: USA

**Defense Counsel if known:** _____  Address _____

**Bar Number** _____

**U.S. Attorney Information:**

**AUSA**  Eric S. Rosen        Bar Number if applicable  NY4412326

**Interpreter:**  ☐ Yes  ☑ No     List language and/or dialect: _____

**Victims:**  ☑ Yes ☐ No  If yes, are there multiple crime victims under 18 USC§3771(d)(2)  ☑ Yes ☐ No

**Matter to be SEALED:**  ☑ Yes  ☐ No

☑ Warrant Requested     ☐ Regular Process     ☐ In Custody

**Location Status:**

**Arrest Date** _____

☐ Already in Federal Custody as of _____ in _____

☐ Already in State Custody at _____ ☐ Serving Sentence  ☐ Awaiting Trial

☐ On Pretrial Release:  Ordered by: _____ on _____

**Charging Document:**  ☐ Complaint  ☐ Information  ☑ Indictment

**Total # of Counts:**  ☐ Petty _____ ☐ Misdemeanor _____ ☑ Felony  1

Continue on Page 2 for Entry of U.S.C. Citations

☑  I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

Date:  March 5, 2019        Signature of AUSA: _____

SEALED

**District Court Case Number**  (To be filled in by deputy clerk): _____

**Name of Defendant**  _____Mikaela Sanford_____

## U.S.C. Citations

| | **Index Key/Code** | **Description of Offense Charged** | **Count Numbers** |
|---|---|---|---|
| Set 1 | 18 USC 1962(d) | Conspiracy to Commit RICO | 1 |
| Set 2 | 18 USC 1963 | Forfeiture | |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:**  18-6218-MPK, 18-6237-MPK, 18-6236-MPK, 18-6234-MPK, 18-6238-MPK

18-6235-MPK, 18-6476-MPK, 18-6477-MPK, 18-6475-MPK, 18-6478-MPK, 18-6261-MPK, 18-6260-MPK

19-6003-MPK, 19-6005-MPK, 19-6004-MPK, 19-6006-MPK, 18-6240-MPK, 18-6310-MPK, 18-6474-MPK, 18-6474-MPK

18-7227-MPK, 19-6029-MPK, 19-6030-MPK

∿JS 45 (5/97) - (Revised U.S.D.C. MA 3/25/2011)

**Criminal Case Cover Sheet**                    <u>U.S. District Court - District of Massachusetts</u>

**Place of Offense:**          Category No. <u>II</u>          **Investigating Agency** <u>FBI</u>

**City** <u>Boston</u>                **Related Case Information:**

**County** <u>Middlesex</u>          Superseding Ind./ Inf. _____ Case No. <u>1Gcr 10061</u>
                                      Same Defendant _____ New Defendant <u>X</u>
                                      Magistrate Judge Case Number _____
                                      Search Warrant Case Number <u>See additional information</u>
                                      R 20/R 40 from District of _____

**Defendant Information:**

Defendant Name <u>Martin Fox</u>                    Juvenile:      ☐ Yes  ☑ No

              Is this person an attorney and/or a member of any state/federal bar:  ☐ Yes  ☑ No

Alias Name _____

Address      <u>(City & State)</u> Houston, TX

Birth date (Yr only): <u>1956</u>  SSN (last4#): <u>4211</u>  Sex <u>M</u>    Race: <u>White</u>    Nationality: <u>USA</u>

**Defense Counsel if known:** _____          Address _____

**Bar Number** _____

**U.S. Attorney Information:**

**AUSA** <u>Eric S. Rosen</u>                  Bar Number if applicable <u>NY4412326</u>

**Interpreter:**   ☐ Yes  ☑ No          List language and/or dialect: _____

**Victims:**   ☑ Yes ☐ No  If yes, are there multiple crime victims under 18 USC§3771(d)(2)  ☑ Yes  ☐ No

**Matter to be SEALED:**   ☑ Yes   ☐ No

     ☑ Warrant Requested          ☐ Regular Process          ☐ In Custody

**Location Status:**

**Arrest Date** _____

☐ Already in Federal Custody as of _____ in _____ .
☐ Already in State Custody at _____ ☐ Serving Sentence   ☐ Awaiting Trial
☐ On Pretrial Release:  Ordered by: _____ on _____

**Charging Document:**   ☐ Complaint   ☐ Information   ☑ Indictment

**Total # of Counts:**   ☐ Petty —— ☐ Misdemeanor —— ☑ Felony <u>1</u>

Continue on Page 2 for Entry of U.S.C. Citations

☑   **I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.**

Date:   March 5, 2019          Signature of AUSA: _(signature)_

**District Court Case Number**  (To be filled in by deputy clerk): _____

**Name of Defendant**  _____ Martin Fox _____

## U.S.C. Citations

| | **Index Key/Code** | **Description of Offense Charged** | **Count Numbers** |
|---|---|---|---|
| Set 1 | 18 USC 1962(d) | Conspiracy to Commit RICO | 1 |
| Set 2 | 18 USC 1963 | Forfeiture | |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:**  18-6218-MPK, 18-6237-MPK, 18-6236-MPK, 18-6234-MPK, 18-6238-MPK

18-6235-MPK, 18-6476-MPK, 18-6477-MPK, 18-6475-MPK, 18-6478-MPK, 18-6261-MPK, 18-6260-MPK

19-6003-MPK, 19-6005-MPK, 19-6004-MPK, 19-6006-MPK, 18-6240-MPK, 18-6310-MPK, 18-6474-MPK, 18-6474-MPK

18-7227-MPK, 19-6029-MPK, 19-6030-MPK

JS 45 (5/97) - (Revised U.S.D.C. MA 3/25/2011)

**Criminal Case Cover Sheet**                     **U.S. District Court - District of Massachusetts**

**Place of Offense:**               **Category No.** _II_          **Investigating Agency** _FBI_

**City** _Boston_                **Related Case Information:**

**County** _Middlesex_           Superseding Ind./ Inf. _____ Case No. _19 cr 10081_
                                 Same Defendant _____ New Defendant _X_
                                 Magistrate Judge Case Number _____
                                 Search Warrant Case Number _See additional information_
                                 R 20/R 40 from District of _____

**Defendant Information:**

Defendant Name _Igor Dvorskiy_                    Juvenile:        ☐ Yes  ☑ No

                 Is this person an attorney and/or a member of any state/federal bar:  ☐ Yes  ☑ No

Alias Name _____

Address _(City & State) Sherman Oaks, CA_

Birth date (Yr only): _1966_  SSN (last4#): _4227_  Sex _M_      Race: _White_      Nationality: _USA_

**Defense Counsel if known:** _____        Address _____

**Bar Number** _____

**U.S. Attorney Information:**

**AUSA** _Eric S. Rosen_                     Bar Number if applicable _NY4412326_

**Interpreter:** ☐ Yes  ☑ No        List language and/or dialect: _____

**Victims:** ☑ Yes ☐ No  If yes, are there multiple crime victims under 18 USC§3771(d)(2)  ☑ Yes  ☐ No

**Matter to be SEALED:** ☑ Yes  ☐ No

   ☑ Warrant Requested        ☐ Regular Process        ☐ In Custody

**Location Status:**

**Arrest Date** _____

☐ Already in Federal Custody as of _____ in _____ .
☐ Already in State Custody at _____ ☐ Serving Sentence  ☐ Awaiting Trial
☐ On Pretrial Release:  Ordered by: _____ on _____

**Charging Document:**  ☐ Complaint      ☐ Information      ☑ Indictment

**Total # of Counts:**  ☐ Petty ——— ☐ Misdemeanor ——— ☑ Felony  _1_

Continue on Page 2 for Entry of U.S.C. Citations

☑  **I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are
    accurately set forth above.**

Date: _March 5, 2019_        Signature of AUSA: _____

SEALED

**District Court Case Number** (To be filled in by deputy clerk): _____

**Name of Defendant**     Igor Dvorskiy _____

## U.S.C. Citations

| | __Index Key/Code__ | __Description of Offense Charged__ | __Count Numbers__ |
|---|---|---|---|
| Set 1 | 18 USC 1962(d) | Conspiracy to Commit RICO | 1 |
| Set 2 | 18 USC 1963 | Forfeiture | |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:** 18-6218-MPK, 18-6237-MPK, 18-6236-MPK, 18-6234-MPK, 18-6238-MPK

18-6235-MPK, 18-6476-MPK, 18-6477-MPK, 18-6475-MPK, 18-6478-MPK, 18-6261-MPK, 18-6260-MPK

19-6003-MPK, 19-6005-MPK, 19-6004-MPK, 19-6006-MPK, 18-6240-MPK, 18-6310-MPK, 18-6474-MPK, 18-6474-MPK

18-7227-MPK, 19-6029-MPK, 19-6030-MPK

JS 45 (5/97) - (Revised U.S.D.C. MA 3/25/2011)

**Criminal Case Cover Sheet**　　　　　　　　　　　**U.S. District Court - District of Massachusetts**

| | | | | |
|---|---|---|---|---|
| **Place of Offense:** | **Category No.** II | | **Investigating Agency** | FBI |

**City**　　Boston

**County**　　Middlesex

**Related Case Information:**

Superseding Ind./ Inf. _____　Case No.　1Gcr 10081

Same Defendant _____　New Defendant　X

Magistrate Judge Case Number _____

Search Warrant Case Number　See additional information

R 20/R 40 from District of _____

**Defendant Information:**

Defendant Name　Lisa "Niki" Williams　　　　Juvenile:　☐ Yes　☑ No

Is this person an attorney and/or a member of any state/federal bar:　☐ Yes　☑ No

Alias Name

Address　　(City & State)　Houston, TX

Birth date (Yr only): 1974　SSN (last4#): 7938　Sex W　Race: Black　Nationality: USA

**Defense Counsel if known:** _____　Address _____

**Bar Number** _____

**U.S. Attorney Information:**

**AUSA**　Eric S. Rosen　　　　Bar Number if applicable　NY4412326

**Interpreter:**　☐ Yes　☑ No　　List language and/or dialect: _____

**Victims:**　☑ Yes ☐ No　If yes, are there multiple crime victims under 18 USC§3771(d)(2)　☑ Yes　☐ No

**Matter to be SEALED:**　☑ Yes　☐ No

☑ Warrant Requested　　☐ Regular Process　　☐ In Custody

**Location Status:**

**Arrest Date** _____

☐ Already in Federal Custody as of _____ in _____

☐ Already in State Custody at _____ ☐ Serving Sentence　☐ Awaiting Trial

☐ On Pretrial Release:　Ordered by: _____ on _____

**Charging Document:**　☐ Complaint　☐ Information　☑ Indictment

**Total # of Counts:**　☐ Petty　☐ Misdemeanor　☑ Felony　1

Continue on Page 2 for Entry of U.S.C. Citations

☑　**I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.**

Date:　March 5, 2019　　Signature of AUSA: _____

SEALED

**District Court Case Number**  (To be filled in by deputy clerk): _____

**Name of Defendant**  Lisa "Niki" Williams _____

## U.S.C. Citations

| | Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|---|
| Set 1 | 18 USC 1962(d) | Conspiracy to Commit RICO | 1 |
| Set 2 | 18 USC 1963 | Forfeiture | |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:**  18-6218-MPK, 18-6237-MPK, 18-6236-MPK, 18-6234-MPK, 18-6238-MPK

18-6235-MPK, 18-6476-MPK, 18-6477-MPK, 18-6475-MPK, 18-6478-MPK, 18-6261-MPK, 18-6260-MPK

19-6003-MPK, 19-6005-MPK, 19-6004-MPK, 19-6006-MPK, 18-6240-MPK, 18-6310-MPK, 18-6474-MPK, 18-6474-MPK

18-7227-MPK, 19-6029-MPK, 19-6030-MPK

USAMA *CRIM* - Criminal Case Cover Sheet.pdf  3/4/2013

JS 45 (5/97) - (Revised U.S.D.C. MA 3/25/2011)

**Criminal Case Cover Sheet**                                    **U.S. District Court - District of Massachusetts**

| | | |
|---|---|---|
| **Place of Offense:** | **Category No.** __II__ | **Investigating Agency** __FBI__ |
| **City** __Boston__ | | |
| **County** __Middlesex__ | **Related Case Information:** | |

Superseding Ind./ Inf. _____ Case No. _IGcr10081_
Same Defendant _____ New Defendant __X__
Magistrate Judge Case Number _____
Search Warrant Case Number __See additional information__
R 20/R 40 from District of _____

**Defendant Information:**

Defendant Name __William Ferguson__    Juvenile: ☐ Yes ☑ No

Is this person an attorney and/or a member of any state/federal bar: ☐ Yes ☑ No

Alias Name _____

Address __(City & State)__ Winston-Salem, NC

Birth date (Yr only): __1970__ SSN (last4#): __7961__ Sex __M__    Race: __White__    Nationality: __USA__

Defense Counsel if known: _____ Address _____

Bar Number _____

**U.S. Attorney Information:**

AUSA __Eric S. Rosen__    Bar Number if applicable __NY4412326__

Interpreter: ☐ Yes ☑ No    List language and/or dialect: _____

Victims: ☑ Yes ☐ No  If yes, are there multiple crime victims under 18 USC§3771(d)(2) ☑ Yes ☐ No

Matter to be SEALED: ☑ Yes ☐ No

☑ Warrant Requested    ☐ Regular Process    ☐ In Custody

**Location Status:**

**Arrest Date** _____

☐ Already in Federal Custody as of _____ in _____ .
☐ Already in State Custody at _____ ☐ Serving Sentence    ☐ Awaiting Trial
☐ On Pretrial Release: Ordered by: _____ on _____

Charging Document: ☐ Complaint    ☐ Information    ☑ Indictment

Total # of Counts: ☐ Petty _____ ☐ Misdemeanor _____ ☑ Felony __1__

Continue on Page 2 for Entry of U.S.C. Citations

☑ I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

Date: __March 5, 2019__    Signature of AUSA: _____

SEALED

**District Court Case Number**  (To be filled in by deputy clerk):  _____

**Name of Defendant**  ___William Ferguson_____

**U.S.C. Citations**

| | **Index Key/Code** | **Description of Offense Charged** | **Count Numbers** |
|---|---|---|---|
| Set 1 | 18 USC 1962(d) | Conspiracy to Commit RICO | 1 |
| Set 2 | 18 USC 1963 | Forfeiture | |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:**   18-6218-MPK, 18-6237-MPK, 18-6236-MPK, 18-6234-MPK, 18-6238-MPK

18-6235-MPK, 18-6476-MPK, 18-6477-MPK, 18-6475-MPK, 18-6478-MPK, 18-6261-MPK, 18-6260-MPK

19-6003-MPK, 19-6005-MPK, 19-6004-MPK, 19-6006-MPK, 18-6240-MPK, 18-6310-MPK, 18-6474-MPK, 18-6474-MPK

18-7227-MPK, 19-6029-MPK, 19-6030-MPK

JS 45 (5/97) - (Revised U.S.D.C. MA 3/25/2011)

**Criminal Case Cover Sheet**       **U.S. District Court - District of Massachusetts**

**Place of Offense:**      **Category No.** __II__      **Investigating Agency** __FBI__

**City** __Boston__      **Related Case Information:**

**County** __Middlesex__      Superseding Ind./ Inf. _____ Case No. __19cr10081__

Same Defendant _____ New Defendant __X__

Magistrate Judge Case Number _____

Search Warrant Case Number __See additional information__

R 20/R 40 from District of _____

**Defendant Information:**

Defendant Name __Jorge Salcedo__      Juvenile: ☐ Yes ☑ No

Is this person an attorney and/or a member of any state/federal bar: ☐ Yes ☑ No

Alias Name _____

Address __(City & State) Los Angeles, CA__

Birth date (Yr only): __1972__ SSN (last4#): __9636__ Sex __M__    Race: __White__    Nationality: __USA__

**Defense Counsel if known:** _____ Address _____

**Bar Number** _____

**U.S. Attorney Information:**

**AUSA** __Eric S. Rosen__      Bar Number if applicable __NY4412326__

**Interpreter:** ☐ Yes ☑ No      List language and/or dialect: _____

**Victims:** ☑ Yes ☐ No If yes, are there multiple crime victims under 18 USC§3771(d)(2) ☑ Yes ☐ No

**Matter to be SEALED:** ☑ Yes ☐ No

☑ Warrant Requested      ☐ Regular Process      ☐ In Custody

**Location Status:**

**Arrest Date** _____

☐ Already in Federal Custody as of _____ in _____.

☐ Already in State Custody at _____ ☐ Serving Sentence ☐ Awaiting Trial

☐ On Pretrial Release: Ordered by: _____ on _____

**Charging Document:** ☐ Complaint      ☐ Information      ☑ Indictment

**Total # of Counts:** ☐ Petty _____ ☐ Misdemeanor _____ ☑ Felony __1__

Continue on Page 2 for Entry of U.S.C. Citations

☑ **I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.**

Date: __March 5, 2019__      Signature of AUSA: _____

**District Court Case Number** (To be filled in by deputy clerk): _____

**Name of Defendant**    Jorge Salcedo _____

## U.S.C. Citations

|  | __Index Key/Code__ | __Description of Offense Charged__ | __Count Numbers__ |
|---|---|---|---|
| Set 1 | 18 USC 1962(d) | Conspiracy to Commit RICO | 1 |
| Set 2 | 18 USC 1963 | Forfeiture | |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:** 18-6218-MPK, 18-6237-MPK, 18-6236-MPK, 18-6234-MPK, 18-6238-MPK

18-6235-MPK, 18-6476-MPK, 18-6477-MPK, 18-6475-MPK, 18-6478-MPK, 18-6261-MPK, 18-6260-MPK

19-6003-MPK, 19-6005-MPK, 19-6004-MPK, 19-6006-MPK, 18-6240-MPK, 18-6310-MPK, 18-6474-MPK, 18-6474-MPK

18-7227-MPK, 19-6029-MPK, 19-6030-MPK

JS 45 (5/97) - (Revised U.S.D.C. MA 3/25/2011)

**Criminal Case Cover Sheet**  U.S. District Court - District of Massachusetts

**Place of Offense:**  Category No. **II**  **Investigating Agency** FBI

**City** Boston  **Related Case Information:**

**County** Middlesex

Superseding Ind./ Inf. _____ Case No. 19cr10081

Same Defendant _____ New Defendant X

Magistrate Judge Case Number _____

Search Warrant Case Number _See additional information_

R 20/R 40 from District of _____

**Defendant Information:**

Defendant Name Jovan Vavic  Juvenile: ☐ Yes ☑ No

Is this person an attorney and/or a member of any state/federal bar: ☐ Yes ☑ No

Alias Name _____

Address (City & State) Rancho Palos Verdes, CA

Birth date (Yr only): 1961 SSN (last4#): 4266 Sex M  Race: White  Nationality: USA

**Defense Counsel if known:** _____  Address _____

**Bar Number** _____

**U.S. Attorney Information:**

**AUSA** Eric S. Rosen  Bar Number if applicable NY4412326

**Interpreter:** ☐ Yes ☑ No  List language and/or dialect: _____

**Victims:** ☑ Yes ☐ No If yes, are there multiple crime victims under 18 USC§3771(d)(2) ☑ Yes ☐ No

**Matter to be SEALED:** ☑ Yes ☐ No

☑ Warrant Requested  ☐ Regular Process  ☐ In Custody

**Location Status:**

**Arrest Date** _____

☐ Already in Federal Custody as of _____ in _____ .

☐ Already in State Custody at _____ ☐ Serving Sentence ☐ Awaiting Trial

☐ On Pretrial Release: Ordered by: _____ on _____

**Charging Document:** ☐ Complaint ☐ Information ☑ Indictment

**Total # of Counts:** ☐ Petty ——— ☐ Misdemeanor ——— ☑ Felony 1

Continue on Page 2 for Entry of U.S.C. Citations

☑ **I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.**

Date: March 5, 2019  Signature of AUSA:

**District Court Case Number**   (To be filled in by deputy clerk): _____

**Name of Defendant**      Jovan Vavic _____

## U.S.C. Citations

| | __Index Key/Code__ | __Description of Offense Charged__ | __Count Numbers__ |
|---|---|---|---|
| Set 1 | 18 USC 1962(d) | Conspiracy to Commit RICO | 1 |
| Set 2 | 18 USC 1963 | Forfeiture | |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:**    18-6218-MPK, 18-6237-MPK, 18-6236-MPK, 18-6234-MPK, 18-6238-MPK

18-6235-MPK, 18-6476-MPK, 18-6477-MPK, 18-6475-MPK, 18-6478-MPK, 18-6261-MPK, 18-6260-MPK

19-6003-MPK, 19-6005-MPK, 19-6004-MPK, 19-6006-MPK, 18-6240-MPK, 18-6310-MPK, 18-6474-MPK, 18-6474-MPK

18-7227-MPK, 19-6029-MPK, 19-6030-MPK