# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| UNITED STATES OF AMERICA ) <br> ) <br> ) <br> v. ) <br> ) <br> ) <br> (1) GORDON ERNST, ) <br> (2) DONNA HEINEL, ) <br> (3) LAURA JANKE, ) <br> (4) ALI KHOSROSHAHIN, ) <br> (5) STEVEN MASERA, ) <br> (6) MIKAELA SANFORD, ) <br> (7) MARTIN FOX, ) <br> (8) IGOR DVORSKIY, ) <br> (9) LISA "NIKI" WILLIAMS, ) <br> (10) WILLIAM FERGUSON, ) <br> (11) JORGE SALCEDO, and ) <br> (12) JOVAN VAVIC, ) <br> ) <br> Defendants. ) <br> ) | No. 19-CR-10081-IT <br><br> **FILED UNDER SEAL** |

## NOTICE OF APPEARANCE

Please enter my appearance in the above-captioned case as counsel for the United States of America.

Respectfully submitted,

ANDREW E. LELLING
UNITED STATES ATTORNEY

Dated: March 7, 2019

/s/ Kristen Kearney
KRISTEN A. KEARNEY
Assistant United States Attorney
John Joseph Moakley Courthouse
One Courthouse Way, Suite 9200
Boston, Massachusetts 02210
Tel: (617) 748-3100
Kristen.Kearney@usdoj.gov

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>(1)   GORDON ERNST,<br>(2)   DONNA HEINEL,<br>(3)   LAURA JANKE,<br>(4)   ALI KHOSROSHAHIN,<br>(5)   STEVEN MASERA,<br>(6)   MIKAELA SANFORD,<br>(7)   MARTIN FOX,<br>(8)   IGOR DVORSKIY,<br>(9)   LISA "NIKI" WILLIAMS,<br>(10) WILLIAM FERGUSON,<br>(11) JORGE SALCEDO, and<br>(12) JOVAN VAVIC,<br><br>                    Defendants. | No. 19-CR-10081-IT<br><br>**FILED UNDER SEAL** |

**NOTICE OF APPEARANCE**

Please enter my appearance in the above-captioned case as counsel for the United States of America.

Respectfully submitted,

ANDREW E. LELLING
UNITED STATES ATTORNEY

Dated: March 7, 2019

*/s/ Leslie Wright*
LESLIE A. WRIGHT
Assistant United States Attorney
John Joseph Moakley Courthouse
One Courthouse Way, Suite 9200
Boston, Massachusetts 02210
Tel: (617) 748-3100
Leslie.Wright@usdoj.gov

# UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>)<br>v. )<br>)<br>)<br>(1)  GORDON ERNST, )<br>(2)  DONNA HEINEL, )<br>(3)  LAURA JANKE, )<br>(4)  ALI KHOSROSHAHIN, )<br>(5)  STEVEN MASERA, )<br>(6)  MIKAELA SANFORD, )<br>(7)  MARTIN FOX, )<br>(8)  IGOR DVORSKIY, )<br>(9)  LISA "NIKI" WILLIAMS, )<br>(10) WILLIAM FERGUSON, )<br>(11) JORGE SALCEDO, and )<br>(12) JOVAN VAVIC, )<br>)<br>Defendants. ) | No. 19-CR-10081-IT<br><br>**FILED UNDER SEAL** |

## NOTICE OF APPEARANCE

Please enter my appearance in the above-captioned case as counsel for the United States of America.

Respectfully submitted,

ANDREW E. LELLING
UNITED STATES ATTORNEY

Dated: March 7, 2019

*/s/ Justin O'Connell*
JUSTIN D. O'CONNELL
Assistant United States Attorney
John Joseph Moakley Courthouse
One Courthouse Way, Suite 9200
Boston, Massachusetts 02210
Tel: (617) 748-3100
Justin.O'Connell@usdoj.gov