# U.S. District Court
# District of Hawaii (Hawaii)
# CRIMINAL DOCKET FOR CASE #: 1:19-mj-00247-RT All Defendants
## *Internal Use Only*

| | |
|---|---|
| Case title: USA v. Vavic | Date Filed: 03/12/2019 |
| | Date Terminated: 03/14/2019 |

Assigned to: MAGISTRATE JUDGE ROM TRADER

### Defendant (1)

Jovan Vavic
*TERMINATED: 03/14/2019*

represented by Craig W. Jerome
Office of the Federal Public Defender
PJKK Federal Building
300 Ala Moana Blvd Rm 7-104
Honolulu, HI 96850
808 541-2521
Email: Craig_Jerome@fd.org
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Public Defender or Community Defender Appointment*

| Pending Counts | Disposition |
|---|---|
| None | |

| Highest Offense Level (Opening) | |
|---|---|
| None | |

| Terminated Counts | Disposition |
|---|---|
| None | |

| Highest Offense Level (Terminated) | |
|---|---|
| None | |

| Complaints | Disposition |
|---|---|
| 18:1962(d) – Racketeering Conspiracy out the District of Massachusetts(Boston) | |

1

**Plaintiff**

USA                                          represented by **Rebecca Ann Perlmutter**
Office of the U.S. Attorney
PJKK Federal Building, Room 6-100
300 Ala Moana Boulevard
Honolulu, HI 96850
(808) 541-2850
Fax: (808) 541-2958
Email: rebecca.perlmutter@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Government*

| Date Filed | # | Page | Docket Text |
|---|---|---|---|
| 03/12/2019 | 1 | | NOTICE OF HEARING as to Jovan Vavic - Initial Appearance - Rule 5 is set for 3/12/2019 01:30 PM in Courtroom 7 before MAGISTRATE JUDGE KEVIN S.C. CHANG. (tbf, ) (Entered: 03/12/2019) |
| 03/12/2019 | 2 | | REQUEST For Media Blogging; ORDER APPROVING REQUEST FOR MEDIA BLOGGING as to case USA v. Jovan Vavic.<br><br>Media outlet: KITV4<br>Representative: Lei U'i Kaholokula<br>Date: March 12, 2019 Initial Appearance hearing<br><br>Signed by MAGISTRATE JUDGE KEVIN S.C. CHANG on 3/12/2019. (cib) (Entered: 03/12/2019) |
| 03/12/2019 | | | Arrest - Out of District Warrant(District of Massachusetts(Boston)) as to Defendant Jovan Vavic. (cib) (Entered: 03/12/2019) |
| 03/12/2019 | | | Arrest (Rule 5) as to Defendant Jovan Vavic.<br>(cib) (Entered: 03/12/2019) |
| 03/12/2019 | 3 | | EO: ORDER Approving Blogging Request- as to representatives of Hawaii News Now, for the following hearing: 3/12/2019 Initial Appearance and future proceedings, signed by Magistrate Judge Kevin S.C. Chang on 03/12/2019. (MAGISTRATE JUDGE KEVIN S.C. CHANG)(tl, ) (Entered: 03/12/2019) |
| 03/12/2019 | 4 | 4 | EP :Initial Appearance in Rule 5(c)(3) Proceedings as to Defendant Jovan Vavic held on 3/12/2019.<br>Defendant Jovan Vavic present and in custody.<br><br>Craig Jerome specially appearing for the defendant.<br>The defendant has retained counsel in California, and Mr. Jerome is standing in for today.<br><br>Defendant has reviewed the Indictment.<br>Defendant waives public reading of the Indictment.<br><br>Defendant waives his right to an identity hearing and production of the warrant. |

2

| | | | |
|---|---|---|---|
| | | | Court finds that the defendant has knowingly and voluntarily waived his right to an identity hearing and production of the warrant.<br><br>Waiver of Rule 5 and 5.1 Hearings signed and filed.<br><br>An Initial Appearance is set for 3/25/19 @ 2:30 p.m. in the District of Massachusetts.<br><br>Unsecured Bond in the amount of $50,000.00 with conditions.<br><br>Defendant remanded to the USM for processing.<br><br>(FTR–Ctrm C7 1:33pm – 1:43pm)<br>(MAGISTRATE JUDGE KEVIN S.C. CHANG)<br>(cib) (Entered: 03/12/2019) |
| 03/12/2019 | 5 | 7 | RULE 5 AFFIDAVIT by Affiant Robert Nelson as to Defendant Jovan Vavic. Signed on 3/12/2019 by MAGISTRATE JUDGE KEVIN S.C. CHANG.<br>(cib) (Entered: 03/13/2019) |
| 03/12/2019 | 6 | 9 | Abstract of Release as to Defendant Jovan Vavic.<br>(cib) (Entered: 03/13/2019) |
| 03/12/2019 | 7 | 10 | WAIVER of Rule 5 & 5.1 Hearings filed by Defendant Jovan Vavic.<br>(cib) (Entered: 03/13/2019) |
| 03/12/2019 | 8 | 11 | ORDER Requiring A Defendant To Appear In The District Where Charges Are Pending and Transferring Bail as to Defendant Jovan Vavic. Defendant committed to U.S. District Court, District of Massachusetts(Boston). Signed by MAGISTRATE JUDGE KEVIN S.C. CHANG on 3/12/2019.<br>(cib) (Entered: 03/13/2019) |
| 03/12/2019 | 11 | | REQUEST for Media Blogging; ORDER APPROVING REQUEST FOR MEDIA BLOGGING as to case USA v. Jovan Vavic.<br><br>Media Outlet: KHON2<br>Representative: Jenn Boneza<br>Date: March 12, 2019 Initial Appearance<br><br>Signed by MAGISTRATE JUDGE KEVIN S.C. CHANG<br>(cib) (Entered: 03/14/2019) |
| 03/13/2019 | 9 | 12 | ORDER Setting Conditions of Release as to Defendant Jovan Vavic. Signed on 3/12/2019 by MAGISTRATE JUDGE KEVIN S.C. CHANG.<br>(cib) (Entered: 03/14/2019) |
| 03/13/2019 | 10 | 15 | Appearance Bond as to Defendant Jovan Vavic. Signed on 3/13/2019 by MAGISTRATE JUDGE KEVIN S.C. CHANG.<br>(cib) (Entered: 03/14/2019) |

# MINUTES

| | |
|---|---|
| CASE NUMBER: | MJ 19-00247RT |
| CASE NAME: | USA vs. Jovan Vavic |
| ATTYS FOR PLA: | Rebecca Ann Perlmutter |
| ATTYS FOR DEFT: | Craig W. Jerome |
| | Tony Barry (USPTS) |

| | | | |
|---|---|---|---|
| JUDGE: | Kevin S. C. Chang | REPORTER: | FTR C7 |
| DATE: | 03/12/2019 | TIME: | 1:33 - 1:43 |

COURT ACTION: EP: Initial Appearance - Rule 5 -

Defendant Jovan Vavic present and in custody.

Craig Jerome specially appearing for the defendant.
The defendant has retained counsel in California, and Mr. Jerome is standing in for today.

Defendant has reviewed the Indictment.
Defendant waives public reading of the Indictment.

Defendant waives his right to an identity hearing and production of the warrant.

Court finds that the defendant has knowingly and voluntarily waived his right to an identity hearing and production of the warrant.

Waiver of Rule 5 and 5.1 Hearings signed and filed.

An Initial Appearance is set for 3/25/19 @ 2:30 p.m. in the District of Massachusetts.

Government and the defendant have no objection to the report prepared by USPTS.

The Court taking judicial notice of the information and documents on file in this Magistrate case in Hawaii and the proceedings in the District of Massachusetts, the USPTS' report and the comments of counsel, finds that there are conditions that exist that can address the risks of non appearance and/or danger to the community.

The defendant be released on an unsecured bond in the amount of: $50,000.

- Σ (7b) Comply with pretrial services supervision, and abide by all conditions of release as directed by Pretrial Services. You are required to inform Pretrial Services within 24 hours of any contact with law enforcement, including but not limited to, any arrest, questioning (excludes instant offense), or traffic stop.

- Σ (7g1) Surrender any passport and all travel documents to the U.S. Pretrial Services Office. Do not apply for/obtain a passport. If not convicted, the passport will be returned to the defendant unless needed for evidentiary purposes. If convicted, Pretrial Services will transfer the passport to the U.S. Probation Office upon disposition of this case unless otherwise directed by the Court. Surrender no later than: <u>March 14, 2019, to your attorney, Mark Bryne in California</u>.

- Σ (7h3) Travel is restricted to: the island of Oahu, California, and District of Massachusetts (D/MA).

- Σ (7m1) <u>Contact is prohibited directly, indirectly, or through third parties with: co-defendants, co-conspirators, or witnesses in this and any related case.</u>

- Σ (7s2) You are prohibited from possessing or having access to any firearm, ammunition, destructive device or other dangerous weapon. Immediately surrender all firearms, ammunition, destructive devices, and other dangerous weapons to an agent approved by Pretrial Services.

- Σ Other Conditions: <u>Appear in the District of Massachusetts (D/MA) at the John Joseph Moakley U.S. Courthouse located at 1 Courthouse Way, Boston, MA 02210, on March 25, 2019, at 2:30 p.m.</u>

- Σ Other Conditions: <u>Provide flight itinerary to Pretrial Services prior to leaving Hawaii for California and travel from California to the D/MA.</u>

Defendant shall not commit any offense in violation of federal, state, or local law while on release in this case.

Defendant shall appear at all proceedings as required and shall surrender for service of any sentence imposed as directed.

You must cooperate in the collection of DNA sample if it is authorized by 42 U.S.C. § 14135a.

Order Requiring a Defendant to Appear in the District Where Charges are Pending and Transferring Bail filed.

5

Defendant remanded to the USM for processing.

Mr. Jerome may retain a copy of the USPTS report subject to confidentiality for today.

Submitted by: Toni Fujinaga, Courtroom Manager.

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

MAR 12 2019

at ___ o'clock and 22 min. __M
SUE BEITIA, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | MAG. NO. 19-cr-10081-12 |
| | ) | |
| Plaintiff, | ) | CASE NO. MA19-0247RT |
| | ) | |
| vs. | ) | |
| | ) | |
| JOVAN VAVIC, | ) | |
| | ) | |
| Defendant. | ) | |

## AGENT'S AFFIDAVIT

Before the Honorable Kevin S.C. Chang, U.S. Magistrate Judge, District of Hawaii, Honolulu, Hawaii.

The undersigned deponent being first duly sworn deposes and says:

That deponent is Robert Nelson; that deponent is informed and believes and, on the basis of such information and belief, alleges that on March 5, 2019, an Indictment was filed in the District of Massachusetts, and an arrest warrant issued, charging the above-named defendant, JOVAN VAVIC, with violating 18 United States Code Section 1962(d) in that the defendant knowingly participated in a conspiracy to facilitate cheating on college entrance exams and the admission of students to elite universities as recruited athletes, regardless of their athletic abilities.

That deponent is further informed that Honorable Kevin S.C. Chang, District of Hawaii (ordered/recommended) that the amount of bail be set in the sum of no bail ($50,000 unsecured bond).

_____
ROBERT NELSON

Sworn to before me and subscribed in my presence this 12th day of March, 2019.

_____
HON. KEVIN S.C. CHANG
UNITED STATES MAGISTRATE JUDGE

2

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

MAR 12 2019

at 2 o'clock and __ min. __M
SUE BEITIA, CLERK

# UNITED STATES DISTRICT COURT
# DISTRICT OF HAWAII

UNITED STATES OF AMERICA ) CASE NUMBER MJ 19-00247 RT
)
vs ) ABSTRACT OF RELEASE
)
Jovan Vavic )
)

**TO THE UNITED STATES MARSHAL AND/OR WARDEN, FEDERAL DETENTION CENTER:**

Be advised that on the date of __3-12-19__ the Court entered the following order:

[X] Defendant to be released from custody forthwith

____ Released to / continued on pretrial release

____ Sentenced to time served

____ Case Dismissed

____ Released to / continued on supervised probation / unsupervised probation

____ Released to / continued on supervised release

____ Defendant to be released once bond conditions are met. As conditions have been met effective _____, defendant to be released forthwith.

____ Bench warrant recalled

____ Other: _____

Sue Beitia, Clerk of Court

by: _____ Deputy Clerk

9

AO 466A (Rev. 12/17) Waiver of Rule 5 & 5.1 Hearings (Complaint or Indictment)

# UNITED STATES DISTRICT COURT
for the
District of Hawaii

| | |
|---|---|
| United States of America ) | |
| v. ) | Case No. 19-cr-10081-12 |
| JOVAN VAVIC, ) | |
| ) | Charging District's Case No. MA19-0247RT |
| _Defendant_ ) | |

## WAIVER OF RULE 5 & 5.1 HEARINGS
(Complaint or Indictment)

I understand that I have been charged in another district, the *(name of other court)* United States District Court for the District of Massachusetts.

I have been informed of the charges and of my rights to:

(1)   retain counsel or request the assignment of counsel if I am unable to retain counsel;

(2)   an identity hearing to determine whether I am the person named in the charges;

(3)   production of the warrant, a certified copy of the warrant, or a reliable electronic copy of either;

(4)   a preliminary hearing to determine whether there is probable cause to believe that an offense has been committed, to be held within 14 days of my first appearance if I am in custody and 21 days otherwise, unless I have been indicted beforehand.

(5)   a hearing on any motion by the government for detention;

(6)   request a transfer of the proceedings to this district under Fed. R. Crim. P. 20, to plead guilty.

I agree to waive my right(s) to:

☒   an identity hearing and production of the warrant.

☐   a preliminary hearing.

☐   a detention hearing.

☐   an identity hearing, production of the judgment, warrant, and warrant application, and any preliminary or detention hearing to which I may be entitled in this district. I request that my
☐ preliminary hearing and/or ☐ detention hearing be held in the prosecuting district, at a time set by that court.

I consent to the issuance of an order requiring my appearance in the prosecuting district where the charges are pending against me.

Date:   03/12/2019

_Defendant's signature_

_Signature of defendant's attorney_

Craig Jerome, Assistant Federal Public Defender
_Printed name of defendant's attorney_

AO 467 (Rev. 01/09) Order Requiring a Defendant to Appear in the District Where Charges are Pending and Transferring Bail

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

# UNITED STATES DISTRICT COURT
for the
District of Hawaii

MAR 12 2019
at ___ o'clock and ___ min.
SUE BEITIA, CLERK

| United States of America | ) | |
|---|---|---|
| v. | ) | Case No. 19-cr-10081-12 |
| | ) | |
| JOVAN VAVIC, | ) | Charging District:    District of Massachusetts |
| *Defendant* | ) | Charging District's Case No.  MA19-0247RT |

## ORDER REQUIRING A DEFENDANT TO APPEAR IN THE DISTRICT
## WHERE CHARGES ARE PENDING AND TRANSFERRING BAIL

After a hearing in this court, the defendant is released from custody and ordered to appear in the district court where the charges are pending to answer those charges. If the time to appear in that court has not yet been set, the defendant must appear when notified to do so. Otherwise, the time and place to appear in that court are:

| Place: U.S. District Court, District of Massachusetts<br>1 Courthouse Way<br>Boston, Massachusetts 02210 | Courtroom No.: |
|---|---|
| | Date and Time: 3/25/2019 2:30 pm |

The clerk is ordered to transfer any bail deposited in the registry of this court to the clerk of the court where the charges are pending.

Date: __03/12/2019__

_____
*Judge's signature*

_____Kevin S.C. Chang, U.S. Magistrate Judge_____
*Printed name and title*