UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>v.<br><br>GORDON ERNST *et al.*,<br><br>        Defendants. | CRIMINAL NO.: 19-CR-10081-IT-MPK<br><br>**[PROPOSED] ORDER RE: PARTIALLY ASSENTED TO MOTION TO CONTINUE DEFENDANTS' MOTION FILING DEADLINE** |

Before the Court is Defendants' partially assented to motion to continue the July 15, 2021 motion filing deadline. In the interests of justice, and for good cause shown, IT IS HEREBY ORDERED that Defendants' motion deadline be continued. The parties are to submit a joint proposed briefing schedule for any additional motions to the Court within one week of the ruling on Mr. Vavic's Supplemental Motion to Dismiss the Second Superseding Indictment.

IT IS SO ORDERED.

Dated: July ___, 2021

                                            THE HONORABLE INDIRA TALWANI
                                            UNITED STATES DISTRICT JUDGE