UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>DONNA HEINEL, et al.,<br><br>Defendants | No. 19-cr-10081-IT |

**GOVERNMENT'S WITNESS LIST**

The government respectfully submits the following list of potential witnesses for the

November 2021 trial in the above-captioned case.  The government reserves the right to

supplement or to amend this list with reasonable notice to the defendants and to call additional

rebuttal witnesses not identified here.  In addition, the government reserves the right to call

Keeper of Records witnesses to the extent necessary absent stipulations or rulings on

admissibility *in limine*.

| Witness | Location |
|---|---|
| Adam, Joshua | University of Southern California, Los Angeles, CA |
| Bradshaw, Kelsey | University of Southern California, Los Angeles, CA |
| Brennan, Kirk | University of Southern California, Los Angeles, CA |
| Brown, Keith (or other FBI summary witness) | Federal Bureau of Investigation |
| Chasin, Rebecca | University of Southern California, Los Angeles, CA |
| Crouch, Brent | University of Southern California, Los Angeles, CA |
| Deckett, Mark | United States Department of Education |
| Feiwell, Vanessa | Los Angeles, CA |
| George, Lauren (or other summary witness / forensic accountant) | United States Attorney's Office, Boston, MA |

| | |
|---|---|
| Google LLC Corporate Representative | Google LLC, Mountain View, CA |
| Hughes, Aaricka | Loyola Marymount University, Los Angeles, CA |
| Isackson, Bruce | Hillsborough, CA |
| Isackson, Davina | Hillsborough, CA |
| Janke, Laura | North Hollywood, CA |
| Keating, Elizabeth (or other law enforcement summary witness) | Internal Revenue Service |
| Khosroshahin, Ali | Fountain Valley, CA |
| King, Jamaal | Federal Bureau of Investigation |
| Meredith, Rudy | Fernandina Beach, FL |
| Microsoft Corporation Corporate Representative(s) | Microsoft Corporation, Redmond, WA |
| Moon, Casey | University of Southern California, Los Angeles, CA |
| Munday, Lindsey | University of Southern California, Los Angeles, CA |
| Nygaard, Jeff | University of Southern California, Los Angeles, CA |
| Petrone, Phillip | Marymount School, Los Angeles, CA |
| Sanford, Mikaela | Locust Grove, GA |
| Scrivana, James | San Francisco, CA |
| Sih, Rachel | Wellesley, MA |
| Singer, William | St. Petersburg, FL |
| Smith-Gilbert, Caryl | University of Georgia, Athens, GA |
| Vargas, John | LOCATION |
| Wood, Joseph | University of Southern California, Los Angeles, CA |

Respectfully submitted,

NATHANIEL R. MENDELL
Acting United States Attorney

By:/s/Kriss Basil
    KRISTEN A. KEARNEY
    LESLIE A. WRIGHT
    KRISS BASIL
    Assistant United States Attorneys

## **CERTIFICATE OF SERVICE**

I certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants .

/s/Kriss Basil
Kriss Basil
Assistant United States Attorney