**Government's Initial Exhibit List**

| Exh. No. | Date | Exhibit Description | Beg Bates | End Bates |
|---|---|---|---|---|
| 1 | 8/11/1993 | | VB-RECORDS-00123618 | VB-RECORDS-00123745 |
| 2 | 9/30/2003 | | VB-RECORDS-00328723 | VB-RECORDS-00328982 |
| 3 | 9/30/2003 | | VB-RECORDS-00328982 | VB-RECORDS-00329140 |
| 4 | 2/1/2007 | | VB-RECORDS-00123918 | VB-RECORDS-00123996 |
| 5 | 2/14/2007 | | USAO-VB-01461474 | USAO-VB-01461475 |
| 6 | 9/24/2007 | | VB-RECORDS-00431831 | VB-RECORDS-00431831 |
| 7 | 12/8/2007 | | VB-RECORDS-00359465 | VB-RECORDS-00359468 |
| 8 | 12/10/2007 | | VB-RECORDS-00359418 | VB-RECORDS-00359420 |
| 9 | 12/13/2007 | | VB-RECORDS-00423139 | VB-RECORDS-00423141 |
| 10 | 1/22/2011 | | USAO-VB-00238491 | USAO-VB-00238491 |
| 11 | 12/12/2011 | | VB-RECORDS-00295847 | VB-RECORDS-00295849 |
| 12 | 2/16/2012 | | USAO-VB-00245849 | USAO-VB-00245849 |
| 13 | 2/21/2012 to 10/4/2018 | | SINGER-PHONE-000495 | SINGER-PHONE-000803 |
| 14 | 3/15/2012 | | VB-RECORDS-00119769 | VB-RECORDS-00119775 |
| 15 | 4/5/2012 | | USAO-VB-00248358 | USAO-VB-00248359 |
| 16 | 5/12/2012 | | VB-RECORDS-00339753 | VB-RECORDS-00339753 |
| 17 | 5/14/2012 | | VB-RECORDS-00339902 | VB-RECORDS-00339903 |
| 18 | 6/12/2012 | | VB-RECORDS-00124865 | VB-RECORDS-00124865 |
| 19 | 6/12/2012 | | VB-RECORDS-00162998 | VB-RECORDS-00162999 |
| 20 | 10/18/2012 | | VB-RECORDS-00338828 | VB-RECORDS-00338828 |
| 21 | 1/31/2013 to 3/22/2019 | | SINGER-VOL016-018191 | SINGER-VOL016-018191 |
| 22 | 2/28/2013 | | USAO-VB-00221187 | USAO-VB-00221189 |
| 23 | 3/2/2013 | | USAO-VB-01708115 | USAO-VB-01708117 |
| 24 | 3/27/2013 | | USAO-VB-00224091 | USAO-VB-00224093 |
| 25 | 4/22/2013 | | USAO-VB-00227393 | USAO-VB-00227394 |
| 26 | 5/13/2013 | | USAO-VB-00229832 | USAO-VB-00229832 |
| 27 | 6/3/2013 | | USAO-VB-01605089 | USAO-VB-01605090 |
| 28 | 6/4/2013 | | USAO-VB-00232954 | USAO-VB-00232954 |
| 29 | 6/11/2013 | | USAO-VB-01598619 | USAO-VB-01598624 |
| 30 | 8/5/2013 | | VB-RECORDS-00404799 | VB-RECORDS-00404799 |
| 31 | 8/7/2013 through 8/21/2018 | | Native of VB-RECORDS-00441019 | VB-RECORDS-00441049 |
| 32 | 8/11/2013 | | USAO-VB-01600526 | USAO-VB-01600526 |
| 33 | 8/24/2013 | | USAO-VB-00202937 | USAO-VB-00202938 |
| 34 | 8/24/2013 | | USAO-VB-00202928 | USAO-VB-00202928 |
| 35 | 9/20/2013 | | VB-RECORDS-00626883 | VB-RECORDS-00626883 |
| 36 | 9/21/2013 | | USAO-VB-00207525 | USAO-VB-00207526 |
| 37 | 9/30/2013 | | USAO-VB-00209320 | USAO-VB-00209382 |
| 38 | 10/4/2013 | | VB-RECORDS-00123445 | VB-RECORDS-00123445 |
| 39 | 10/13/2013 | | USAO-VB-01602192 | USAO-VB-01602195 |
| 40 | 10/14/2013 | | USAO-VB-00212218 | USAO-VB-00212218 |
| 41 | 10/14/2013 | | USAO-VB-00212240 | USAO-VB-00212240 |
| 42 | 10/18/2013 | | USAO-VB-00213106 | USAO-VB-00213108 |
| 43 | 10/19/2013 | | USAO-VB-00213295 | USAO-VB-00213296 |
| 44 | 10/19/2013 | | USAO-VB-00213293 | USAO-VB-00213294 |
| 45 | | | USAO-VB-00213294 | USAO-VB-00213294 |
| 46 | 10/23/2013 | | USAO-VB-00173222 | USAO-VB-00173223 |
| 47 | 10/30/2013 | | USAO-VB-01602672 | USAO-VB-01602673 |
| 48 | 10/31/2013 | | USAO-VB-01599664 | USAO-VB-01599666 |
| 49 | 11/1/2013 | | VB-RECORDS-00119783 | VB-RECORDS-00119788 |
| 50 | 11/12/2013 | | VB-RECORDS-00123456 | VB-RECORDS-00123457 |
| 51 | 11/14/2013 | | USAO-VB-01599519 | USAO-VB-01599520 |
| 52 | 11/14/2013 | | USAO-VB-01604836 | USAO-VB-01604839 |
| 53 | 11/19/2013 | | USAO-VB-01606517 | USAO-VB-01606517 |
| 54 | 1/8/2014 | | USAO-VB-01597562 | USAO-VB-01597562 |
| 55 | 1/21/2014 | | USAO-VB-00188061 | USAO-VB-00188061 |
| 56 | 1/21/2014 | | USAO-VB-01596039 | USAO-VB-01596039 |
| 57 | 1/21/2014 | | USAO-VB-00188055 | USAO-VB-00188055 |
| 58 | 1/21/2014 | | USAO-VB-00188060 | USAO-VB-00188060 |
| 59 | 1/29/2014 | | USAO-VB-01602508 | USAO-VB-01602510 |
| 60 | 2/1/2014 through 1/24/2018 | | SINGER-VOL021-056274 | SINGER-VOL021-056325 |
| 61 | 2/26/2014 | | VB-RECORDS-00123440 | VB-RECORDS-00123442 |
| 62 | 2/26/2014 | | VB-RECORDS-00123443 | VB-RECORDS-00123444 |

| Exh. No. | Date | Exhibit Description | Beg Bates | End Bates |
|---|---|---|---|---|
| 63 | 2/26/2014 | | VB-RECORDS-00119805 | VB-RECORDS-00119806 |
| 64 | 2/28/2014 | | VB-RECORDS-00119799 | VB-RECORDS-00119806 |
| 65 | 3/1/2014 | | USAO-VB-00192900 | USAO-VB-00192901 |
| 66 | 3/5/2014 | | USAO-VB-01329272 | USAO-VB-01329272 |
| 67 | 3/29/2014 | | USAO-VB-01602769 | USAO-VB-01602769 |
| 68 | 3/30/2014 | | USAO-VB-01602770 | USAO-VB-01602770 |
| 69 | 3/31/2014 | | USAO-VB-00154095 | USAO-VB-00154100 |
| 70 | 3/31/2014 | | USAO-VB-01602606 | USAO-VB-01602607 |
| 71 | 4/1/2014 | | VB-RECORDS-00374929 | VB-RECORDS-00374937 |
| 72 | 4/1/2014 | | VB-RECORDS-00389888 | VB-RECORDS-00389889 |
| 73 | 4/2/2014 | | VB-RECORDS-00374960 | VB-RECORDS-00374963 |
| 74 | 4/10/2014 | | USAO-VB-00156498 | USAO-VB-00156498 |
| 75 | 4/10/2014 | | USAO-VB-01452080 | USAO-VB-01452080 |
| 76 | 4/15/2014 | | USAO-VB-00157027 | USAO-VB-00157027 |
| 77 | 4/16/2014 | | VB-FINANCIALS-01071118 | VB-FINANCIALS-01071120 |
| 78 | 4/21/2014 | | USAO-VB-01450555 | USAO-VB-01450555 |
| 79 | 7/14/2014 | | USAO-VB-01602821 | USAO-VB-01602821 |
| 80 | 7/22/2014 | | USAO-VB-01712808 | USAO-VB-01712808 |
| 81 | 7/31/2014 | | USAO-VB-01601371 | USAO-VB-01601372 |
| 82 | 8/10/2014 | | VB-RECORDS-00123293 | VB-RECORDS-00123293 |
| 83 | 9/10/2014 | | USAO-VB-01598786 | USAO-VB-01598786 |
| 84 | 9/10/2014 | | VB-RECORDS-00123275 | VB-RECORDS-00123276 |
| 85 | 9/10/2014 | | VB-RECORDS-00119807 | VB-RECORDS-00119813 |
| 86 | 9/13/2014 | | VB-RECORDS-00123433 | VB-RECORDS-00123433 |
| 87 | 11/10/2014 | | VB-RECORDS-00609175 | VB-RECORDS-00609177 |
| 88 | 11/24/2014 | | USAO-VB-01441983 | USAO-VB-01441983 |
| 89 | 12/17/2014 | | USAO-VB-00462768 | USAO-VB-00462768 |
| 90 | 1/7/2015 | | USAO-VB-00115068 | USAO-VB-00115069 |
| 91 | 1/12/2015 | | VB-RECORDS-00123271 | VB-RECORDS-00123271 |
| 92 | 1/22/2015 | | USAO-VB-00568893 | USAO-VB-00568893 |
| 93 | 1/26/2015 | | USAO-VB-01224235 | USAO-VB-01224236 |
| 94 | 1/28/2015 | | USAO-VB-01221063 | USAO-VB-01221064 |
| 95 | 1/28/2015 | | USAO-VB-00117052 | USAO-VB-00117053 |
| 96 | 1/30/2015 | | USAO-VB-00464595 | USAO-VB-00464596 |
| 97 | 2/2/2015 | | USAO-VB-01442130 | USAO-VB-01442132 |
| 98 | 2/3/2015 | | USAO-VB-00117520 | USAO-VB-00117523 |
| 99 | 2/4/2015 | | USAO-VB-00117601 | USAO-VB-00117604 |
| 100 | 2/11/2015 | | VB-RECORDS-00119814 | VB-RECORDS-00119818 |
| 101 | 2/13/2015 | | USAO-VB-01259886 | USAO-VB-01259886 |
| 102 | 3/17/2015 | | USAO-VB-00121384 | USAO-VB-00121384 |
| 103 | 3/17/2015 | | USAO-VB-00121390 | USAO-VB-00121390 |
| 104 | 3/17/2015 | | SINGER-VOL021-056284 | SINGER-VOL021-056284 |
| 105 | 4/15/2015 | | USAO-VB-01224282 | USAO-VB-01224283 |
| 106 | 4/15/2015 | | VB-RECORDS-00163018 | VB-RECORDS-00163023 |
| 107 | 4/16/2015 | | USAO-VB-00124825 | USAO-VB-00124826 |
| 108 | 4/16/2015 | | USAO-VB-00124833 | USAO-VB-00124834 |
| 109 | 4/16/2015 | | USAO-VB-00473668 | USAO-VB-00473669 |
| 110 | 4/17/2015 | | USAO-VB-00124866 | USAO-VB-00124866 |
| 111 | 4/18/2015 | | USAO-VB-00125005 | USAO-VB-00125006 |
| 112 | 4/20/2015 | | USAO-VB-00581167 | USAO-VB-00581167 |
| 113 | 4/21/2015 | | USAO-VB-00473824 | USAO-VB-00473824 |
| 114 | 4/21/2015 | | VB-RECORDS-00334068 | VB-RECORDS-00334069 |
| 115 | 4/22/2015 | | VB-FINANCIALS-00505561 | VB-FINANCIALS-00505561 |
| 116 | 5/1/2015 | | VB-RECORDS-00123363 | VB-RECORDS-00123364 |
| 117 | 6/24/2015 | | USAO-VB-01219997 | USAO-VB-01219997 |
| 118 | 7/6/2015 | | USAO-VB-01217013 | USAO-VB-0121713 |
| 119 | 7/23/2015 | | VB-RECORDS-00423216 | VB-RECORDS-00423218 |
| 120 | 8/26/2015 | | USAO-VB-00439411 | USAO-VB-00439411 |
| 121 | 8/27/2015 | | USAO-VB-00102098 | USAO-VB-00102099 |
| 122 | 8/27/2015 | | USAO-VB-00102100 | USAO-VB-00102100 |
| 123 | 8/28/2015 | | VB-FINANCIALS-01078703 | VB-FINANCIALS-01078703 |
| 124 | 9/8/2015 and 8/25/2016 | | VB-RECORDS-00331240 | VB-RECORDS-00331244 |
| 125 | 9/17/2015 | | USAO-VB-01210243 | USAO-VB-01210244 |
| 126 | 9/23/2015 | | USAO-VB-00104689 | USAO-VB-00104689 |
| 127 | 9/23/2015 | | USAO-VB-00104669 | USAO-VB-00104669 |
| 128 | 9/23/2015 | | USAO-VB-00570897 | USAO-VB-00570897 |
| 129 | 9/30/2015 | | USAO-VB-00441684 | USAO-VB-00441688 |

| Exh. No. | Date | Exhibit Description | Beg Bates | End Bates |
|---|---|---|---|---|
| 130 | 9/30/2015 | | USAO-VB-00441689 | USAO-VB-00441695 |
| 131 | 10/1/2015 | | USAO-VB-00105973 | USAO-VB-00105977 |
| 132 | 10/2/2015 | | VB-RECORDS-00123297 | VB-RECORDS-00123297 |
| 133 | 10/20/2015 | | VB-RECORDS-00123308 | VB-RECORDS-00123309 |
| 134 | 11/30/2015 | | USAO-VB-00081972 | USAO-VB-00081972 |
| 135 | | | N/A | |
| 136 | 1/7/2016 | | USAO-VB-00449275 | USAO-VB-00449277 |
| 137 | 1/26/2016 | | VB-RECORDS-00123353 | VB-RECORDS-00123355 |
| 138 | 1/28/2016 | | USAO-VB-01352821 | USAO-VB-01352823 |
| 139 | 1/28/2016 | | VB-RECORDS-00119824 | VB-RECORDS-00119828 |
| 140 | 1/28/2016 | | USAO-VB-01426980 | USAO-VB-01426981 |
| 141 | 2/1/2016 | | USAO-VB-01351041 | USAO-VB-01351043 |
| 142 | 2/1/2016 | | USAO-VB-01431120 | USAO-VB-01431122 |
| 143 | 2/11/2016 | | USAO-VB-00452572 | USAO-VB-00452573 |
| 144 | 3/11/2016 | | VB-RECORDS-00123294 | VB-RECORDS-00123296 |
| 145 | 3/29/2016 | | USAO-VB-00092820 | USAO-VB-00092822 |
| 146 | 4/6/2016 | | VB-RECORDS-00499746 | VB-RECORDS-00499746 |
| 147 | 4/22/2016 through 8/23/2017 | | VB-RECORDS-00441037 | VB-RECORDS-00441044 |
| 148 | 4/22/2016 | | USAO-VB-00095066 | USAO-VB-00095067 |
| 149 | 4/25/2016 | | USAO-VB-01347085 | USAO-VB-01347087 |
| 150 | 4/26/2016 | | USAO-VB-00584332 | USAO-VB-00584339 |
| 151 | 4/26/2016 | | USAO-VB-00584340 | USAO-VB-00584347 |
| 152 | 4/26/2016 | | USAO-VB-00584352 | USAO-VB-00584352 |
| 153 | 4/26/2016 | | USAO-VB-00584353 | USAO-VB-00584354 |
| 154 | 4/26/2016 | | USAO-VB-00584355 | USAO-VB-00584356 |
| 155 | 4/26/2016 | | USAO-VB-01185521 | USAO-VB-01185523 |
| 156 | 4/29/2016 | | USAO-VB-00414012 | USAO-VB-00414012 |
| 157 | 5/2/2016 | | VB-RECORDS-00123385 | VB-RECORDS-00123386 |
| 158 | 5/3/2016 | | VB-RECORDS-00123352 | VB-RECORDS-00123352 |
| 159 | 5/20/2016 | | USAO-VB-00584668 | USAO-VB-00584668 |
| 160 | 5/20/2016 | | USAO-VB-00584669 | USAO-VB-00584676 |
| 161 | 5/20/2016 | | USAO-VB-00584677 | USAO-VB-00584677 |
| 162 | 5/20/2016 | | USAO-VB-00584678 | USAO-VB-00584678 |
| 163 | 5/20/2016 | | USAO-VB-00584681 | USAO-VB-00584682 |
| 164 | 5/20/2016 | | USAO-VB-01424150 | USAO-VB-01424151 |
| 165 | 5/25/2016 | | USAO-VB-00572533 | USAO-VB-00572534 |
| 166 | 5/25/2016 | | USAO-VB-00572535 | USAO-VB-00572542 |
| 167 | 5/25/2016 | | USAO-VB-00572543 | USAO-VB-00572544 |
| 168 | 5/27/2016 | | USAO-VB-00572555 | USAO-VB-00572556 |
| 169 | 5/27/2016 | | USAO-VB-01344303 | USAO-VB-01344304 |
| 170 | 5/27/2016 | | USAO-VB-01344591 | USAO-VB-01344593 |
| 171 | 5/27/2016 | | USAO-VB-01424295 | USAO-VB-01424297 |
| 172 | 5/31/2016 | | USAO-VB-HEIN-0001084 | USAO-VB-HEIN-0001087 |
| 173 | 6/22/2016 | | USAO-VB-00419663 | USAO-VB-00419663 |
| 174 | 6/29/2016 | | USAO-VB-00067566 | USAO-VB-00067567 |
| 175 | 7/8/2016 | | USAO-VB-00068712 | USAO-VB-00068715 |
| 176 | 7/11/2016 | | USAO-VB-00068852 | USAO-VB-00068855 |
| 177 | 7/11/2016 | | USAO-VB-00068856 | USAO-VB-00068857 |
| 178 | 7/21/2016 | | VB-RECORDS-00223164 | VB-RECORDS-00223165 |
| 179 | 7/21/2016 | | VB-RECORDS-00123340 | VB-RECORDS-00123340 |
| 180 | 7/25/2016 | | USAO-VB-00069961 | USAO-VB-00069961 |
| 181 | 8/4/2016 | | USAO-VB-00070914 | USAO-VB-00070914 |
| 182 | 8/13/2016 | | USAO-VB-01178977 | USAO-VB-01178979 |
| 183 | 8/16/2016 | | USAO-VB-01179075 | USAO-VB-01179076 |
| 184 | 8/16/2016 | | USAO-VB-01529491 | USAO-VB-01529492 |
| 185 | 8/19/2016 | | USAO-VB-00072315 | USAO-VB-00072315 |
| 186 | 8/19/2016 | | USAO-VB-00072322 | USAO-VB-00072322 |
| 187 | 8/19/2016 | | USAO-VB-00072369 | USAO-VB-00072371 |
| 188 | 9/6/2016 | | USAO-VB-00427913 | USAO-VB-00427913 |
| 189 | 9/19/2016 | | USAO-VB-00429257 | USAO-VB-00429258 |
| 190 | 9/19/2016 | | USAO-VB-00429259 | USAO-VB-00429260 |
| 191 | 9/23/2016 | | USAO-VB-00429769 | USAO-VB-00429769 |
| 192 | 9/27/2016 | | USAO-VB-00078793 | USAO-VB-00078795 |
| 193 | 10/5/2016 | | USAO-VB-00431445 | USAO-VB-00431450 |
| 194 | 10/6/2016 | | USAO-VB-00431516 | USAO-VB-00431516 |
| 195 | 10/6/2016 | | USAO-VB-00431532 | USAO-VB-00431532 |

| Exh. No. | Date | Exhibit Description | Beg Bates | End Bates |
|---|---|---|---|---|
| 196 | 10/7/2016 | | USAO-VB-00431723 | USAO-VB-00431725 |
| 197 | 10/7/2016 | | USAO-VB-00573142 | USAO-VB-00573144 |
| 198 | 10/7/2016 | | USAO-VB-01466746 | USAO-VB-01466746 |
| 199 | 10/7/2016 | | USAO-VB-01522861 | USAO-VB-01522862 |
| 200 | 10/7/2016 | | USAO-VB-00431668 | USAO-VB-00431672 |
| 201 | 10/11/2016 | | USAO-VB-00432193 | USAO-VB-00432193 |
| 202 | 10/22/2016 | | USAO-VB-00385573 | USAO-VB-00385576 |
| 203 | 10/23/2016 | | USAO-VB-00385817 | USAO-VB-00385819 |
| 204 | 10/26/2016 | | USAO-VB-00386233 | USAO-VB-00386240 |
| 205 | 10/27/2016 | | VB-RECORDS-00119829 | VB-RECORDS-00119834 |
| 206 | 11/1/2016 | | USAO-VB-00387275 | USAO-VB-00387276 |
| 207 | 11/1/2016 | | VB-RECORDS-00247458 | VB-RECORDS-00247459 |
| 208 | 11/2/2016 | | VB-FINANCIALS-00947572 | VB-FINANCIALS-00947572 |
| 209 | 11/13/2016 | | USAO-VB-00389650 | USAO-VB-00389650 |
| 210 | 11/27/2016 | | USAO-VB-00391951 | USAO-VB-00391953 |
| 211 | 11/28/2016 | | USAO-VB-00392233 | USAO-VB-00392234 |
| 212 | 11/29/2016 | | USAO-VB-00392402 | USAO-VB-00392402 |
| 213 | 12/9/2016 | | USAO-VB-00051057 | USAO-VB-00051057 |
| 214 | 12/12/2016 | | USAO-VB-00051270 | USAO-VB-00051274 |
| 215 | 12/15/2016 | | USAO-VB-00394622 | USAO-VB-00394623 |
| 216 | 12/22/2016 | | USAO-VB-00052655 | USAO-VB-00052655 |
| 217 | 12/23/2016 | | USAO-VB-01121897 | USAO-VB-01121903 |
| 218 | 12/24/2016 | | USAO-VB-01121294 | USAO-VB-01121294 |
| 219 | | | N/A | |
| 220 | 1/4/2017 | | USAO-VB-00396782 | USAO-VB-00396785 |
| 221 | 1/9/2017 | | USAO-VB-00397284 | USAO-VB-00397288 |
| 222 | 1/17/2017 | | USAO-VB-01124821 | USAO-VB-01124827 |
| 223 | 1/17/2017 | | USAO-VB-01513315 | USAO-VB-01513316 |
| 224 | 1/19/2017 | | USAO-VB-00398832 | USAO-VB-00398834 |
| 225 | 1/24/2017 | | VB-RECORDS-00119835 | VB-RECORDS-00119838 |
| 226 | 1/26/2017 | | USAO-VB-00399712 | USAO-VB-00399714 |
| 227 | 1/31/2017 | | USAO-VB-00400574 | USAO-VB-00400578 |
| 228 | 1/31/2017 | | VB-RECORDS-00063920 | VB-RECORDS-00063920 |
| 229 | 2/23/2017 | | USAO-VB-00403261 | USAO-VB-00403261 |
| 230 | 3/14/2017 | | USAO-VB-00029488 | USAO-VB-00029488 |
| 231 | 3/15/2017 | | VB-RECORDS-00124015 | VB-RECORDS-00124020 |
| 232 | 3/16/2017 | | USAO-VB-00029754 | USAO-VB-00029754 |
| 233 | 3/16/2017 | | USAO-VB-00029755 | USAO-VB-00029755 |
| 234 | 3/17/2017 | | USAO-VB-00406195 | USAO-VB-00406195 |
| 235 | 3/27/2017 | | USAO-VB-00407728 | USAO-VB-00407736 |
| 236 | 3/28/2017 | | USAO-VB-00408035 | USAO-VB-00408064 |
| 237 | 3/28/2017 | | USAO-VB-00408070 | USAO-VB-00408073 |
| 238 | 3/30/2017 | | USAO-VB-00408411 | USAO-VB-00408415 |
| 239 | 4/10/2017 | | VB-RECORDS-00136468 | VB-RECORDS-00136469 |
| 240 | 5/7/2017 | | USAO-VB-00348385 | USAO-VB-00348385 |
| 241 | 5/18/2017 | | USAO-VB-00350111 | USAO-VB-00350111 |
| 242 | 5/19/2017 | | VB-RECORDS-00334144 | VB-RECORDS-00334144 |
| 243 | 5/24/2017 | | USAO-VB-00351276 | USAO-VB-00351277 |
| 244 | 5/24/2017 | | USAO-VB-00037189 | USAO-VB-00037189 |
| 245 | 5/24/2017 | | USAO-VB-00037091 | USAO-VB-00037093 |
| 246 | 5/26/2017 | | USAO-VB-00351599 | USAO-VB-00351599 |
| 247 | 5/30/2017 | | USAO-VB-00037502 | USAO-VB-00037505 |
| 248 | 5/31/2017 | | USAO-VB-01699521 | USAO-VB-01699522 |
| 249 | 6/6/2017 | | USAO-VB-00352992 | USAO-VB-00352992 |
| 250 | 6/13/2017 | | USAO-VB-01588380 | USAO-VB-01588381 |
| 251 | 6/19/2017 | | USAO-VB-00370237 | USAO-VB-00370239 |
| 252 | 6/19/2017 | | USAO-VB-00370240 | USAO-VB-00370242 |
| 253 | 6/22/2017 | | USAO-VB-00611592 | USAO-VB-00611593 |
| 254 | 6/26/2017 | | USAO-VB-00371660 | USAO-VB-00371660 |
| 255 | 6/27/2017 | | USAO-VB-00371993 | USAO-VB-00371995 |
| 256 | 6/27/2017 | | VB-RECORDS-00130928 | VB-RECORDS-00130929 |
| 257 | 6/27/2017 | | VB-RECORDS-00130975 | VB-RECORDS-00130975 |
| 258 | 6/27/2017 | | VB-RECORDS-00130980 | VB-RECORDS-00130981 |
| 259 | 6/27/2017 | | VB-RECORDS-00131009 | VB-RECORDS-00131011 |
| 260 | 6/28/2017 | | USAO-VB-00372143 | USAO-VB-00372143 |
| 261 | 6/28/2017 | | VB-RECORDS-00130930 | VB-RECORDS-00130931 |
| 262 | 6/28/2017 | | VB-RECORDS-00130963 | VB-RECORDS-00130963 |
| 263 | 6/28/2017 | | VB-RECORDS-00130965 | VB-RECORDS-00130967 |

| Exh. No. | Date | Exhibit Description | Beg Bates | End Bates |
|---|---|---|---|---|
| 264 | 7/2/2017 | | USAO-VB-00372736 | USAO-VB-00372736 |
| 265 | 7/10/2017 | | USAO-VB-00373671 | USAO-VB-00373673 |
| 266 | 7/11/2017 | | USAO-VB-01123404 | USAO-VB-01123404 |
| 267 | 7/11/2017 | | USAO-VB-01123510 | USAO-VB-01123511 |
| 268 | 7/11/2017 | | USAO-VB-00373882 | USAO-VB-00373884 |
| 269 | 7/15/2017 | | USAO-VB-00374321 | USAO-VB-00374321 |
| 270 | 7/16/2017 | | USAO-VB-00374376 | USAO-VB-00374376 |
| 271 | 7/16/2017 | | USAO-VB-00374418 | USAO-VB-00374418 |
| 272 | 7/16/2017 | | USAO-VB-00374423 | USAO-VB-00374423 |
| 273 | 7/16/2017 | | USAO-VB-00374506 | USAO-VB-00374506 |
| 274 | 7/16/2017 | | USAO-VB-00374419 | USAO-VB-00374419 |
| 275 | 7/16/2017 | | USAO-VB-00042422 | USAO-VB-00042424 |
| 276 | 7/17/2017 | | USAO-VB-01699610 | USAO-VB-01699610 |
| 277 | 7/17/2017 | | USAO-VB-00374593 | USAO-VB-00374595 |
| 278 | 7/21/2017 | | USAO-VB-00375236 | USAO-VB-00375236 |
| 279 | 7/26/2017 | | USAO-VB-00376022 | USAO-VB-00376022 |
| 280 | 7/26/2017 | | USAO-VB-00043505 | USAO-VB-00043509 |
| 281 | 7/26/2017 | | USAO-VB-00043517 | USAO-VB-00043521 |
| 282 | 7/27/2017 | | USAO-VB-00376109 | USAO-VB-00376109 |
| 283 | 7/27/2017 | | USAO-VB-00376152 | USAO-VB-00376152 |
| 284 | 7/27/2017 | | USAO-VB-00376164 | USAO-VB-00376166 |
| 285 | 7/27/2017 | | USAO-VB-00376167 | USAO-VB-00376169 |
| 286 | 7/27/2017 | | USAO-VB-00376170 | USAO-VB-00376172 |
| 287 | 7/27/2017 | | USAO-VB-00376173 | USAO-VB-00376175 |
| 288 | 7/27/2017 | | USAO-VB-00376176 | USAO-VB-00376178 |
| 289 | 7/27/2017 | | USAO-VB-00376180 | USAO-VB-00376180 |
| 290 | 7/27/2017 | | USAO-VB-00376181 | USAO-VB-00376181 |
| 291 | 7/27/2017 | | USAO-VB-00576431 | USAO-VB-00576433 |
| 292 | 7/27/2017 | | USAO-VB-00576428 | USAO-VB-00576430 |
| 293 | 8/6/2017 | | USAO-VB-00377730 | USAO-VB-00377730 |
| 294 | 8/7/2017 | | USAO-VB-00576889 | USAO-VB-00576890 |
| 295 | 8/7/2017 | | USAO-VB-00013849 | USAO-VB-00013849 |
| 296 | 8/7/2017 | | USAO-VB-00377786 | USAO-VB-00377790 |
| 297 | 8/7/2017 | | USAO-VB-00576851 | USAO-VB-00576852 |
| 298 | 8/8/2017 | | USAO-VB-01588434 | USAO-VB-01588435 |
| 299 | 8/8/2017 | | USAO-VB-00014013 | USAO-VB-00014014 |
| 300 | 8/9/2017 | | USAO-VB-00378085 | USAO-VB-00378087 |
| 301 | 8/9/2017 | | USAO-VB-00378088 | USAO-VB-00378090 |
| 302 | 8/9/2017 | | USAO-VB-00378091 | USAO-VB-00378093 |
| 303 | 8/14/2017 | | USAO-VB-00379206 | USAO-VB-00379206 |
| 304 | 8/14/2017 | | USAO-VB-00379324 | USAO-VB-00379325 |
| 305 | 8/15/2017 | | USAO-VB-00014838 | USAO-VB-00014838 |
| 306 | 8/15/2017 | | USAO-VB-00379493 | USAO-VB-00379494 |
| 307 | 8/15/2017 | | USAO-VB-01122639 | USAO-VB-01122639 |
| 308 | 8/15/2017 | | USAO-VB-01122730 | USAO-VB-01122731 |
| 309 | 8/15/2017 | | USAO-VB-01122970 | USAO-VB-01122971 |
| 310 | 8/15/2017 | | USAO-VB-00014797 | USAO-VB-00014798 |
| 311 | 8/15/2017 | | USAO-VB-00014837 | USAO-VB-00014837 |
| 312 | 8/15/2017 | | USAO-VB-00014805 | USAO-VB-00014807 |
| 313 | 8/15/2017 | | USAO-VB-00379439 | USAO-VB-00379441 |
| 314 | 8/15/2017 | | USAO-VB-00379445 | USAO-VB-00379447 |
| 315 | 8/15/2017 | | USAO-VB-00577059 | USAO-VB-00577060 |
| 316 | 8/15/2017 | | USAO-VB-01122671 | USAO-VB-01122672 |
| 317 | 8/16/2017 | | USAO-VB-00014996 | USAO-VB-00014996 |
| 318 | 8/16/2017 | | USAO-VB-00577080 | USAO-VB-00577080 |
| 319 | 8/18/2017 | | USAO-VB-00015323 | USAO-VB-00015327 |
| 320 | 8/18/2017 | | USAO-VB-01122876 | USAO-VB-01122876 |
| 321 | 8/21/2017 | | USAO-VB-00015559 | USAO-VB-00015562 |
| 322 | 8/21/2017 | | USAO-VB-00015581 | USAO-VB-00015583 |
| 323 | 8/21/2017 | | USAO-VB-00015603 | USAO-VB-00015604 |
| 324 | 8/21/2017 | | USAO-VB-01122746 | USAO-VB-01122748 |
| 325 | 8/21/2017 | | VB-RECORDS-00121971 | VB-RECORDS-00121972 |
| 326 | 8/28/2017 | | USAO-VB-00016220 | USAO-VB-00016220 |
| 327 | 8/28/2017 | | VB-RECORDS-00163048 | VB-RECORDS-00163051 |
| 328 | 8/29/2017 | | USAO-VB-00016406 | USAO-VB-00016407 |
| 329 | 8/29/2017 | | USAO-VB-01480141 | USAO-VB-01480141 |
| 330 | 8/29/2017 | | USAO-VB-01416271 | USAO-VB-01416272 |
| 331 | 8/31/2017 | | USAO-VB-00382510 | USAO-VB-00382510 |

| Exh. No. | Date | Exhibit Description | Beg Bates | End Bates |
|---|---|---|---|---|
| 332 | 9/1/2017 | | SINGER-LAPTOP-00053051 | SINGER-LAPTOP-00053052 |
| 333 | 9/5/2017 | | USAO-VB-00383432 | USAO-VB-00383445 |
| 334 | 9/7/2017 | | VB-RECORDS-00119839 | VB-RECORDS-00119844 |
| 335 | 9/9/2017 | | USAO-VB-00384238 | USAO-VB-00384239 |
| 336 | 9/18/2017 | | USAO-VB-01124077 | USAO-VB-01124079 |
| 337 | 9/19/2017 | | USAO-VB-00018884 | USAO-VB-00018885 |
| 338 | 9/27/2017 | | USAO-VB-01480717 | USAO-VB-01480717 |
| 339 | 10/2/2017 | | 421.amr | 421.amr |
| 340 | 10/3/2017 | | USAO-VB-01412753 | USAO-VB-01412754 |
| 341 | 10/3/2017 | | USAO-VB-01479420 | USAO-VB-01479421 |
| 342 | 10/3/2017 | | USAO-VB-01412685 | USAO-VB-01412686 |
| 343 | 10/3/2017 | | USAO-VB-01414042 | USAO-VB-01414044 |
| 344 | 10/5/2017 | | VB-RECORDS-00119845 | VB-RECORDS-00119850 |
| 345 | 10/5/2017 | | VB-RECORDS-00119851 | VB-RECORDS-00119855 |
| 346 | 10/5/2017 | | VB-RECORDS-00119856 | VB-RECORDS-00119860 |
| 347 | 10/5/2017 | | USAO-VB-00318183 | USAO-VB-00318183 |
| 348 | 10/6/2017 | | VB-RECORDS-00124318 | VB-RECORDS-00124345 |
| 349 | 10/9/2017 | | USAO-VB-00021452 | USAO-VB-00021453 |
| 350 | 10/10/2017 | | USAO-VB-01122002 | USAO-VB-01122003 |
| 351 | 10/10/2017 | | USAO-VB-01588916 | USAO-VB-01588917 |
| 352 | 10/10/2017 | | USAO-VB-00021496 | USAO-VB-00021497 |
| 353 | 10/10/2017 | | USAO-VB-00021449 | USAO-VB-00021450 |
| 354 | 10/10/2017 | | USAO-VB-00021463 | USAO-VB-00021464 |
| 355 | 10/10/2017 | | USAO-VB-00021479 | USAO-VB-00021480 |
| 356 | 10/10/2017 | | USAO-VB-01121348 | USAO-VB-01121351 |
| 357 | 10/10/2017 | | VB-RECORDS-00122179 | VB-RECORDS-00122183 |
| 358 | 10/11/2017 | | USAO-VB-00021513 | USAO-VB-00021516 |
| 359 | 10/11/2017 | | USAO-VB-00021523 | USAO-VB-00021527 |
| 360 | 10/11/2017 | | USAO-VB-00021528 | USAO-VB-00021536 |
| 361 | 10/11/2017 | | USAO-VB-00021540 | USAO-VB-00021548 |
| 362 | 10/11/2017 | | USAO-VB-00021632 | USAO-VB-00021634 |
| 363 | 10/11/2017 | | USAO-VB-00021635 | USAO-VB-00021636 |
| 364 | 10/11/2017 | | USAO-VB-00319245 | USAO-VB-00319247 |
| 365 | 10/11/2017 | | USAO-VB-00319248 | USAO-VB-00319250 |
| 366 | 10/11/2017 | | USAO-VB-01121092 | USAO-VB-01121094 |
| 367 | 10/11/2017 | | USAO-VB-01123041 | USAO-VB-01123044 |
| 368 | 10/12/2017 | | VB-RECORDS-00122410 | VB-RECORDS-00122410 |
| 369 | 10/13/2017 | | VB-RECORDS-00122396 | VB-RECORDS-00122399 |
| 370 | 10/13/2017 | | VB-RECORDS-00122406 | VB-RECORDS-00122406 |
| 371 | 10/17/2017 | | USAO-VB-01127489 | USAO-VB-01127489 |
| 372 | 10/17/2017 | | USAO-VB-01410731 | USAO-VB-01410732 |
| 373 | 10/17/2017 | | USAO-VB-01478615 | USAO-VB-01478616 |
| 374 | 10/19/2017 | | 536.amr | 536.amr |
| 375 | 10/19/2017 | | USAO-VB-01122618 | USAO-VB-01122620 |
| 376 | 10/19/2017 | | USAO-VB-01409982 | USAO-VB-01409982 |
| 377 | 10/19/2017 | | VB-RECORDS-00119867 | VB-RECORDS-00119870 |
| 378 | 10/20/2017 | | USAO-VB-00022961 | USAO-VB-00022963 |
| 379 | 10/21/2017 | | USAO-VB-00023128 | USAO-VB-00023130 |
| 380 | 10/22/2017 | | USAO-VB-00023337 | USAO-VB-00023337 |
| 381 | 10/24/2017 | | USAO-VB-00322591 | USAO-VB-00322593 |
| 382 | 10/26/2017 | | USAO-VB-00024101 | USAO-VB-00024102 |
| 383 | 10/26/2017 | | USAO-VB-01121753 | USAO-VB-01121756 |
| 384 | 10/26/2017 | | USAO-VB-00024100 | USAO-VB-00024100 |
| 385 | 10/26/2017 | | USAO-VB-00024113 | USAO-VB-00024117 |
| 386 | 10/27/2017 | | VB-RECORDS-00122484 | VB-RECORDS-00122489 |
| 387 | 10/31/2017 | | USAO-VB-01478724 | USAO-VB-01478725 |
| 388 | 10/31/2017 | | USAO-VB-00024905 | USAO-VB-00024908 |
| 389 | 10/31/2017 | | VB-RECORDS-00122758 | VB-RECORDS-00122762 |
| 390 | 11/1/2017 | | USAO-VB-00328630 | USAO-VB-00328630 |
| 391 | 11/1/2017 | | USAO-VB-01478535 | USAO-VB-01478536 |
| 392 | 11/2/2017 | | VB-RECORDS-00119884 | VB-RECORDS-00119889 |
| 393 | 11/2/2017 | | VB-RECORDS-00119890 | VB-RECORDS-00119894 |
| 394 | 11/2/2017 | | VB-RECORDS-00119898 | VB-RECORDS-00119902 |
| 395 | 11/2/2017 | | VB-RECORDS-00119871 | VB-RECORDS-00119876 |
| 396 | 11/2/2017 | | USAO-VB-01478131 | USAO-VB-01478131 |
| 397 | 11/3/2017 | | USAO-VB-01589193 | USAO-VB-01589194 |
| 398 | 11/5/2017 | | USAO-VB-00329342 | USAO-VB-00329342 |
| 399 | 11/7/2017 | | USAO-VB-00025603 | USAO-VB-00025603 |

| Exh. No. | Date | Exhibit Description | Beg Bates | End Bates |
|---|---|---|---|---|
| 400 | 11/7/2017 | | USAO-VB-01121291 | USAO-VB-01121292 |
| 401 | 11/13/2017 | | USAO-VB-00331261 | USAO-VB-00331261 |
| 402 | 11/14/2017 | | USAO-VB-01478329 | USAO-VB-01478330 |
| 403 | 11/16/2017 | | VB-RECORDS-00119903 | VB-RECORDS-00119908 |
| 404 | 10/15/2018 | | Session 10126 | Session 10126 |
| 405 | 11/16/2017 | | USAO-VB-00331961 | USAO-VB-00331961 |
| 406 | 11/19/2017 | | USAO-VB-00027306 | USAO-VB-00027306 |
| 407 | 11/20/2017 | | USAO-VB-00332853 | USAO-VB-00332853 |
| 408 | 11/29/2017 | | USAO-VB-01294486 | USAO-VB-01294489 |
| 409 | 11/29/2017 | | USAO-VB-00028541 | USAO-VB-00028541 |
| 410 | 11/29/2017 | | USAO-VB-00028547 | USAO-VB-00028548 |
| 411 | 11/29/2017 | | USAO-VB-00028536 | USAO-VB-00028536 |
| 412 | 11/29/2017 | | USAO-VB-00028538 | USAO-VB-00028538 |
| 413 | 12/4/2017 | | 726.amr | 726.amr |
| 414 | 12/4/2017 | | USAO-VB-00335989 | USAO-VB-00335989 |
| 415 | 12/4/2017 | | USAO-VB-00335802 | USAO-VB-00335804 |
| 416 | 12/7/2017 | | USAO-VB-01589334 | USAO-VB-01589334 |
| 417 | 12/7/2017 | | USAO-VB-01589337 | USAO-VB-01589338 |
| 418 | 12/11/2017 | | USAO-VB-01407435 | USAO-VB-01407436 |
| 419 | 12/12/2017 | | USAO-VB-00337464 | USAO-VB-00337464 |
| 420 | 12/13/2017 | | USAO-VB-01121233 | USAO-VB-01121235 |
| 421 | 12/13/2017 | | USAO-VB-01124681 | USAO-VB-01124682 |
| 422 | 12/14/2017 | | USAO-VB-01407837 | USAO-VB-01407837 |
| 423 | 12/14/2017 | | VB-RECORDS-00119909 | VB-RECORDS-00119913 |
| 424 | 12/15/2017 | | USAO-VB-00338344 | USAO-VB-00338346 |
| 425 | 12/15/2017 | | USAO-VB-00338399 | USAO-VB-00338399 |
| 426 | 12/15/2017 | | USAO-VB-00338355 | USAO-VB-00338355 |
| 427 | 12/15/2017 | | USAO-VB-00338350 | USAO-VB-00338350 |
| 428 | 12/15/2017 | | USAO-VB-00338298 | USAO-VB-00338298 |
| 429 | 12/15/2017 | | USAO-VB-00338308 | USAO-VB-00338308 |
| 430 | 12/15/2017 | | USAO-VB-00338310 | USAO-VB-00338310 |
| 431 | 12/15/2017 | | USAO-VB-00338348 | USAO-VB-00338348 |
| 432 | 12/15/2017 | | USAO-VB-00338356 | USAO-VB-00338356 |
| 433 | 12/15/2017 | | USAO-VB-00338401 | USAO-VB-00338401 |
| 434 | 12/30/2017 | | SINGER-VOL016-018191 | SINGER-VOL016-018191 |
| 435 | | | N/A | |
| 436 | 12/30/2017 | | VB-RECORDS-00127027 | VB-RECORDS-00127037 |
| 437 | 1/5/2018 | | USAO-VB-01589417 | USAO-VB-01589418 |
| 438 | 1/5/2018 | | USAO-VB-01589420 | USAO-VB-01589421 |
| 439 | 1/5/2018 | | VB-RECORDS-00541128 | VB-RECORDS-00541130 |
| 440 | 1/5/2018 | | USAO-VB-00003174 | USAO-VB-00003176 |
| 441 | 1/6/2018 | | USAO-VB-01589431 | USAO-VB-01589431 |
| 442 | 1/6/2018 | | VB-RECORDS-00115386 | VB-RECORDS-00115460 |
| 443 | 1/6/2018 | | VB-RECORDS-00116866 | VB-RECORDS-00116910 |
| 444 | 1/17/2018 | | USAO-VB-01406511 | USAO-VB-01406512 |
| 445 | 1/22/2018 | | USAO-VB-01404135 | USAO-VB-01404136 |
| 446 | 1/23/2018 | | USAO-VB-00286718 | USAO-VB-00286720 |
| 447 | 1/25/2018 | | VB-RECORDS-00119914 | VB-RECORDS-00119917 |
| 448 | 1/25/2018 | | USAO-VB-00287161 | USAO-VB-00287162 |
| 449 | 1/26/2018 | | USAO-VB-00287327 | USAO-VB-00287328 |
| 450 | 1/26/2018 | | USAO-VB-00287314 | USAO-VB-00287314 |
| 451 | 1/28/2018 | | USAO-VB-00287913 | USAO-VB-00287913 |
| 452 | 1/29/2018 | | USAO-VB-00288136 | USAO-VB-00288137 |
| 453 | 1/29/2018 | | USAO-VB-00288149 | USAO-VB-00288149 |
| 454 | 1/29/2018 | | USAO-VB-00288141 | USAO-VB-00288143 |
| 455 | 2/8/2018 | | VB-RECORDS-00497608 | VB-RECORDS-00497608 |
| 456 | 3/2/2018 | | VB-RECORDS-00124217 | VB-RECORDS-00124219 |
| 457 | 3/8/2018 | | USAO-VB-00296839 | USAO-VB-00296840 |
| 458 | 3/8/2018 | | USAO-VB-01472738 | USAO-VB-01472739 |
| 459 | 6/15/2018 | | Session 801 | Session 801 |
| 460 | 3/16/2018 | | USAO-VB-01718795 | USAO-VB-01718796 |
| 461 | 3/19/2018 | | USAO-VB-01296915 | USAO-VB-01296917 |
| 462 | 3/19/2018 | | USAO-VB-00299807 | USAO-VB-00299807 |
| 463 | 3/24/2018 | | USAO-VB-00010742 | USAO-VB-00010743 |
| 464 | 3/24/2018 | | USAO-VB-00300959 | USAO-VB-00300963 |
| 465 | 3/24/2018 | | 1490.amr | 1490.amr |
| 466 | 3/26/2018 | | USAO-VB-00301346 | USAO-VB-00301347 |
| 467 | 3/26/2018 | | USAO-VB-00301420 | USAO-VB-00301420 |

| Exh. No. | Date | Exhibit Description | Beg Bates | End Bates |
|---|---|---|---|---|
| 468 | 3/28/2018 | | USAO-VB-01273464 | USAO-VB-01273465 |
| 469 | 3/28/2018 | | USAO-VB-01472372 | USAO-VB-01472373 |
| 470 | 3/29/2018 | | USAO-VB-01472720 | USAO-VB-01472721 |
| 471 | 4/1/2018 | | USAO-VB-00302851 | USAO-VB-00302851 |
| 472 | 4/1/2018 | | USAO-VB-00302852 | USAO-VB-00302852 |
| 473 | 4/1/2018 | | USAO-VB-00302856 | USAO-VB-00302857 |
| 474 | 4/4/2018 | | USAO-VB-00304680 | USAO-VB-00304680 |
| 475 | 4/5/2018 | | USAO-VB-00304795 | USAO-VB-00304795 |
| 476 | 4/5/2018 | | USAO-VB-00305075 | USAO-VB-00305076 |
| 477 | 4/5/2018 | | USAO-VB-00304837 | USAO-VB-00304837 |
| 478 | 4/6/2018 | | USAO-VB-01589716 | USAO-VB-01589718 |
| 479 | 4/6/2018 | | USAO-VB-00305321 | USAO-VB-00305322 |
| 480 | 4/6/2018 | | USAO-VB-00305281 | USAO-VB-00305296 |
| 481 | 4/11/2018 | | USAO-VB-01471927 | USAO-VB-01471927 |
| 482 | 4/11/2018 | | USAO-VB-00306178 | USAO-VB-00306178 |
| 483 | 4/12/2018 | | 1626.amr | 1626.amr |
| 484 | 4/12/2018 | | USAO-VB-00012824 | USAO-VB-00012825 |
| 485 | 4/12/2018 | | USAO-VB-00306333 | USAO-VB-00306334 |
| 486 | 4/12/2018 | | VB-RECORDS-00124760 | VB-RECORDS-00124762 |
| 487 | 4/12/2018 | | USAO-VB-00306421 | USAO-VB-00306422 |
| 488 | 4/12/2018 | | USAO-VB-01272519 | USAO-VB-01272520 |
| 489 | 4/12/2018 | | USAO-VB-01275065 | USAO-VB-01275066 |
| 490 | 4/13/2018 | | VB-RECORDS-00124743 | VB-RECORDS-00124745 |
| 491 | 4/13/2018 | | VB-RECORDS-00124758 | VB-RECORDS-00124759 |
| 492 | 4/16/2018 | | USAO-VB-00308568 | USAO-VB-00308569 |
| 493 | 4/17/2018 | | USAO-VB-00308916 | USAO-VB-00308916 |
| 494 | 4/20/2018 | | USAO-VB-00310576 | USAO-VB-00310758 |
| 495 | 4/24/2018 | | USAO-VB-00311579 | USAO-VB-00311584 |
| 496 | 4/26/2018 | | USAO-VB-00312145 | USAO-VB-00312145 |
| 497 | 4/27/2018 | | USAO-VB-00312330 | USAO-VB-00312331 |
| 498 | 4/27/2018 | | USAO-VB-00312340 | USAO-VB-00312341 |
| 499 | 4/27/2018 | | USAO-VB-00312342 | USAO-VB-00312344 |
| 500 | 4/29/2018 | | USAO-VB-00312608 | USAO-VB-00312610 |
| 501 | 4/30/2018 | | USAO-VB-00312829 | USAO-VB-00312831 |
| 502 | 5/1/2018 | | USAO-VB-00313214 | USAO-VB-00313214 |
| 503 | 5/1/2018 | | USAO-VB-00644467 | USAO-VB-00644467 |
| 504 | 5/1/2018 | | USAO-VB-00644468 | USAO-VB-00644468 |
| 505 | 5/4/2018 | | USAO-VB-00645273 | USAO-VB-00645273 |
| 506 | 5/4/2018 | | N/A | |
| 507 | 5/15/2018 | | USAO-VB-00495668 | USAO-VB-00495668 |
| 508 | 5/30/2018 | | USAO-VB-00656063 | USAO-VB-00656065 |
| 509 | 6/13/2018 | | USAO-VB-00502081 | USAO-VB-00502081 |
| 510 | 6/16/2018 | | Session 838 | |
| 511 | 6/16/2018 | | Session 842 | |
| 512 | 6/28/2018 | | USAO-VB-00747165 | USAO-VB-00747166 |
| 513 | 7/1/2018 | | USAO-VB-01387782 | USAO-VB-01387782 |
| 514 | 7/1/2018 | | USAO-VB-01387783 | USAO-VB-01387783 |
| 515 | 7/2/2018 | | USAO-VB-01049360 | USAO-VB-01049361 |
| 516 | 7/2/2018 | | USAO-VB-01117864 | USAO-VB-01117865 |
| 517 | 7/2/2018 | | USAO-VB-01269386 | USAO-VB-01269387 |
| 518 | 7/3/2018 | | VB-FINANCIALS-01012994 | VB-FINANCIALS-01012994 |
| 519 | 7/3/2018 | | VB-FINANCIALS-01096118 | VB-FINANCIALS-01096118 |
| 520 | 7/3/2018 | | VB-FINANCIALS-01096126 | VB-FINANCIALS-01096126 |
| 521 | 7/3/2018 | | Session 1768 | |
| 522 | 7/17/2018 | | VB-RECORDS-00327976 | VB-RECORDS-00327981 |
| 523 | 7/23/2018 | | 2290amr | |
| 524 | 7/23/2018 | | Session 3407 | |
| 525 | 7/23/2018 | | Session 3424 | |
| 526 | 7/23/2018 | | Session 3433 | |
| 527 | 7/24/2018 | | VB-RECORDS-00124555 | VB-RECORDS-00124555 |
| 528 | 7/26/2018 | | Session 3804 | |
| 529 | 7/31/2018 | | DOJ-SINGER-TIII-00006750 | DOJ-SINGER-TIII-00006751 |
| 530 | 8/3/2018 | | DOJ-SINGER-TIII-00007148 | DOJ-SINGER-TIII-00007149 |
| 531 | 8/3/2018 | | DOJ-SINGER-TIII-00007186 | DOJ-SINGER-TIII-00007187 |
| 532 | 8/3/2018 | | Session 4676 | Session 4676 |
| 533 | 8/3/2018 | | DOJ-SINGER-TIII-00007194 | DOJ-SINGER-TIII-00007195 |
| 534 | 8/3/2018 | | Session 4667 | |
| 535 | 8/7/2018 | | VB-FINANCIALS-01013004 | VB-FINANCIALS-01013004 |

| Exh. No. | Date | Exhibit Description | Beg Bates | End Bates |
|---|---|---|---|---|
| 536 | 8/7/2018 | | VB-FINANCIALS-01081727 | VB-FINANCIALS-01081727 |
| 537 | 8/8/2018 | | Session 5220 | |
| 538 | 8/8/2018 | | Session 5225 | |
| 539 | 8/9/2018 | | Session 5469 | |
| 540 | 8/9/2018 | | Session 5478 | |
| 541 | 8/10/2018 | | Session 5503 | |
| 542 | 8/10/2018 | | Session 5512 | |
| 543 | 8/10/2018 | | Session 5517 | |
| 544 | 8/22/2018 | | Session 6575 | Session 6575 |
| 545 | 8/22/2018 | | Session 6568 | |
| 546 | 8/23/2018 | | Session 6620 | |
| 547 | 8/23/2018 | | Session 6625 | |
| 548 | 8/24/2018 | | DOJ-SINGER-TIII-00013023 | DOJ-SINGER-TIII-00013023 |
| 549 | 8/25/2018 | | DOJ-SINGER-TIII-00013132 | DOJ-SINGER-TIII-00013132 |
| 550 | 8/30/2018 | | Session 7089 | Session 7089 |
| 551 | 8/30/2018 | | Session 7091 | |
| 552 | 9/1/2018 | | Session 7218 | |
| 553 | 9/5/2018 | | Session 7416 | |
| 554 | 9/5/2018 | | Session 7417 | |
| 555 | 9/8/2018 | | Session 7810 | |
| 556 | 9/10/2018 | | VB-FINANCIALS-00007286 | VB-FINANCIALS-00007293 |
| 557 | 9/10/2018 | | Session 7849 | |
| 558 | 9/15/2018 | | Session 8137 | Session 8137 |
| 559 | 9/15/2018 | | Session 8138 | Session 8138 |
| 560 | 9/17/2018 | | VB-FINANCIALS-01081987 | VB-FINANCIALS-01081987 |
| 561 | 9/18/2018 | | Session 8344 | |
| 562 | 9/18/2018 | | Session 8335 | |
| 563 | 9/18/2018 | | Session 8293 | |
| 564 | 9/19/2018 | | USAO-VB-01456855 | USAO-VB-01456859 |
| 565 | 9/19/2018 | | Session 8370 | |
| 566 | 9/20/2018 | | DOJ-SINGER-TIII-00023290 | DOJ-SINGER-TIII-00023297 |
| 567 | 9/20/2018 | | DOJ-SINGER-TIII-00023466 | DOJ-SINGER-TIII-00023466 |
| 568 | 9/20/2018 | | USAO-VB-01018081 | USAO-VB-01018087 |
| 569 | 9/20/2018 | | Session 8434 | |
| 570 | 9/20/2018 | | DOJ-SINGER-TIII-00023351 | DOJ-SINGER-TIII-00023358 |
| 571 | 9/20/2018 | | USAO-VB-01373687 | USAO-VB-01373693 |
| 572 | 9/20/2018 | | DOJ-SINGER-TIII-00023263 | DOJ-SINGER-TIII-00023265 |
| 573 | 9/21/2018 | | DOJ-SINGER-TIII-00023831 | DOJ-SINGER-TIII-00023831 |
| 574 | 9/22/2018 | | Session 8624 | |
| 575 | 9/22/2018 | | Session 8626 | |
| 576 | 9/23/2018 | | Session 8641 | |
| 577 | 9/26/2018 | | USAO-VB-01373499 | USAO-VB-01373501 |
| 578 | 9/28/2018 | | Session 9211 | Session 9211 |
| 579 | 9/28/2018 | | DOJ-SINGER-TIII-00024937 | DOJ-SINGER-TIII-00024938 |
| 580 | 9/28/2018 | | Session 9205 | |
| 581 | 9/29/2018 | | Session 9249 | Session 9249 |
| 582 | 9/29/2018 | | USAO-VB-01699392 | USAO-VB-01699392 |
| 583 | 10/1/2018 | | Session 9351 | |
| 584 | 10/2/2018 | | Session 9394 | Session 9394 |
| 585 | 10/2/2018 | | VB-FINANCIALS-01082019 | VB-FINANCIALS-01082019 |
| 586 | 10/2/2018 | | Session 9395 | |
| 587 | 10/3/2018 | | VB-RECORDS-00124521 | VB-RECORDS-00124521 |
| 588 | 10/3/2018 | | VB-RECORDS-00124532 | VB-RECORDS-00124532 |
| 589 | 10/5/2018 | | Session 9593 | Session 9593 |
| 590 | 10/5/2018 | | Session 9602 | |
| 591 | 10/17/2018 | | USAO-VB-01602613 | USAO-VB-01602613 |
| 592 | 10/23/2018 | | USAO-VB-01533525 | USAO-VB-01533526 |
| 593 | 10/23/2018 | | USAO-VB-01533553 | USAO-VB-01533554 |
| 594 | 10/24/2018 | | Session 10585 | |
| 595 | 10/24/2018 | | Session 10617 | |
| 596 | 10/24/2018 | | Session 10611 | |
| 597 | 10/25/2018 | | Session 10712 | Session 10712 |
| 598 | 10/25/2018 | | Session 10728 | |
| 599 | 10/25/2018 | | Session 10707 | |
| 600 | 10/26/2018 | | Session 10750 | |
| 601 | 10/31/2018 | | Session 10970 | |
| 602 | 11/1/2018 | | VB-RECORDS-00124003 | VB-RECORDS-00124008 |
| 603 | 11/1/2018 | | Session 11039 | |

| Exh. No. | Date | Exhibit Description | Beg Bates | End Bates |
|---|---|---|---|---|
| 604 | 11/2/2018 | | Session 11078 | |
| 605 | 11/2/2018 | | Session 11080 | |
| 606 | 11/2/2018 | | Session 11082 | |
| 607 | 11/2/2018 | | Session 11088 | |
| 608 | 11/2/2018 | | Session 11081 | |
| 609 | 11/5/2018 | | Session 11187 | Session 11187 |
| 610 | 11/5/2018 | | USAO-VB-01041479 | USAO-VB-01041487 |
| 611 | 11/5/2018 | | USAO-VB-01472519 | USAO-VB-01472520 |
| 612 | 11/5/2018 | | Session 11189 | |
| 613 | 11/7/2018 | | DOJ-SINGER-TIII-00035297 | DOJ-SINGER-TIII-00035298 |
| 614 | 11/8/2018 | | Session 11348 | |
| 615 | 11/15/2018 | | USAO-VB-01045969 | USAO-VB-01045971 |
| 616 | 11/15/2018 | | VB-FINANCIALS-01101406 | VB-FINANCIALS-01101406 |
| 617 | 11/29/2018 | | Session 12347 | Session 12347 |
| 618 | 11/30/2018 | | Session 12431 | |
| 619 | 12/3/2018 | | Session 12666 | |
| 620 | 12/4/2018 | | VB-RECORDS-00163090 | VB-RECORDS-00163091 |
| 621 | 12/6/2018 | | VB-FINANCIALS-01103682 | VB-FINANCIALS-01103686 |
| 622 | 12/28/2018 | | DOJ-SINGER-TIII-00048174 | DOJ-SINGER-TIII-00048175 |
| 623 | 12/31/2018 | | Session 13753 | Session 13753 |
| 624 | | | N/A | |
| 625 | 1/2/2019 | | Session 13889 | Session 13889 |
| 626 | 1/2/2019 | | VB-RECORDS-00127856 | VB-RECORDS-00127868 |
| 627 | 1/3/2019 | | Session 13905 | Session 13905 |
| 628 | 1/3/2019 | | Session 13940 | Session 13940 |
| 629 | 1/3/2019 | | VB-FINANCIALS-01103688 | VB-FINANCIALS-01103692 |
| 630 | 1/10/2019 | | Session 14325 | Session 14325 |
| 631 | 2/1/2019 | | VB-FINANCIALS-01103694 | VB-FINANCIALS-01103696 |
| 632 | 2/15/2019 | | VB-RECORDS-00497610 | VB-RECORDS-00497610 |
| 633 | 2/26/2019 | | VB-RECORDS-00128482 | VB-RECORDS-00128493 |
| 634 | 3/6/2019 | | Session 16465 | |
| 635 | 3/9/2019 | | SINGER-VOL006-005644 | SINGER-VOL006-005644 |
| 636 | 4/3/2019 | | Dkt. 314 | |
| 637 | 4/3/2019 | | Dkt. 314-1 | |
| 638 | 4/11/2019 | | Dkt. 160-1 | |
| 639 | 4/11/2019 | | Dkt. 160-2 | |
| 640 | 5/14/2019 | | Dkt. 181-1 | |
| 641 | 5/14/2019 | | Dkt. 181-2 | |
| 642 | 8/3/2020 | | SINGER-VOL31-000002 | SINGER-VOL31-000008 |
| 643 | 8/3/2020 | | SINGER-VOL31-000009 | SINGER-VOL31-000013 |
| 644 | | | USAO-VB-00078794 | USAO-VB-00078794 |
| 645 | | | USAO-VB-00078795 | USAO-VB-00078795 |
| 646 | | | N/A - Draft | |
| 647 | | | VB-RECORDS-00124873 | VB-RECORDS-00124873 |
| 648 | | | VB-RECORDS-00119776 | VB-RECORDS-00119782 |
| 649 | | | USAO-VB-HEIN-0026911 | USAO-VB-HEIN-0026921 |
| 650 | 1/6/2014 | | VB-RECORDS-00123746 | VB-RECORDS-00123793 |
| 651 | 7/5/2018 | | Session 1994 | Session 1994 |
| 652 | 7/28/2018 | | Session 3928 | Session 3928 |
| 653 | 7/30/2018 | | Session 4146 | Session 4146 |
| 654 | 8/3/2018 | | Session 4809 | Session 4809 |
| 655 | 8/22/2018 | | Session 6577 | Session 6577 |
| 656 | 8/23/2018 | | Session 6671 | Session 6671 |
| 657 | 9/15/2018 | | Session 8171 | Session 8171 |
| 658 | 10/1/2018 | | USAO-VB-01373239 | USAO-VB-01373239 |
| 659 | 10/19/2018 | | Session 10357 | Session 10357 |
| 660 | 10/25/2018 | | Session 10712 | Session 10712 |
| 661 | 10/27/2018 | | Session 10823 | Session 10823 |
| 662 | 12/3/2018 | | 0860.004.wav | 0860.004.wav |
| 663 | 12/3/2018 | | 0860.008.wav | 0860.008.wav |
| 664 | 12/3/2018 | | 0860.009.wav | 0860.009.wav |
| 665 | 12/3/2018 | | 0860.010.wav | 0860.010.wav |
| 666 | 12/3/2018 | | Session 12606 | Session 12606 |
| 667 | 12/3/2018 | | Session 12658 | Session 12658 |
| 668 | 12/3/2018 | | Session 12670 | Session 12670 |
| 669 | 12/20/2018 | | Session 13473 | Session 13473 |
| 670 | 2/11/2019 | | Session 15481 | Session 15481 |
| 671 | 3/8/2019 | | VB-RECORDS-00710003 | VB-RECORDS-00710005 |

| Exh. No. | Date | Exhibit Description | Beg Bates | End Bates |
|---|---|---|---|---|
| 672 | | | SINGER-VOL016-038298 | SINGER-VOL016-038298 |
| 673 | | | SINGER-VOL016-038299 | SINGER-VOL016-038299 |
| 674 | | | SINGER-VOL016-038300 | SINGER-VOL016-038300 |
| 675 | | | SINGER-VOL016-038404 | SINGER-VOL016-038404 |
| 676 | | | SINGER-VOL016-038405 | SINGER-VOL016-038405 |
| 677 | | | SINGER-VOL016-038434 | SINGER-VOL016-038434 |
| 678 | | | SINGER-VOL016-038435 | SINGER-VOL016-038435 |
| 679 | | | SINGER-VOL016-038436 | SINGER-VOL016-038436 |
| 680 | | | SINGER-VOL016-038437 | SINGER-VOL016-038437 |