UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA<br>v.<br><br>DONNA HEINEL, et al.,<br><br>Defendants | No. 19-cr-10081-IT |

## DECLARATION OF FBI SPECIAL AGENT LAURA SMITH

I, Laura Smith, state as follows.

1. I am a Special Agent of the Federal Bureau of Investigation (FBI).

2. On September 27, 2018, I was present at a meeting at the United States Attorney's Office in Sacramento, California. Present at the meeting were agents and prosecutors assigned to the investigation of William "Rick" Singer, Mr. Singer, and Mr. Singer's attorney.

3. During the meeting, Singer and his attorney signed a consent form to allow for a consensual wiretap of phone number 916-384-8802.

4. After the meeting, I sent Singer's consent form to FBI technical operations, with a letter signed by an Assistant United States Attorney, dated September 20, 2018. I understand that the letter signed by the Assistant U.S. Attorney is a form letter that was developed by AT&T and DOJ/FBI collaboratively and has been in place for approximately 20 years.

5. According to FBI records that I have reviewed, an FBI technical agent in the Boston Field Office faxed the letter and the consent form to AT&T on September 28, 2018. *See* Exhibit A.

6. I have reviewed a confirmation from AT&T showing that AT&T received the letter and consent form from the FBI on September 28, 2018. *See* Exhibit B.


Signed under penalty of perjury,

*[signature]* 10/14/2021
LAURA SMITH
SPECIAL AGENT
FEDERAL BUREAU OF INVESTIGATION

# EXHIBIT A
# FAX COVER SHEET
# FAX CONTENT



# AT&T WIRELESS CARRIER REQUEST FORM

11760 U.S. HWY ONE, 6TH FLOOR, NORTH PALM BEACH, FL 33408
PHONE 800-635-6840, OPTION 2 • FAX 888-938-4715

## CONTACT INFORMATION

**Requesting Agency:** FBI-Boston
**LEA Tracking Number:** ATT-BS-20180928-0001   **Date:** 9/28/2018
**Primary POC:** [redacted]   **Office:** [redacted]   **Mobile:**
**Email Addr:** [redacted]   **Fax:** (857) [redacted]
**Additional Authorized Contacts:** <See Attachment>
**Billing Address:**
Federal Bureau of Investigation
Mailstop/Attn to: FBI ETMU
ERF, Building 27958A
Quantico, VA 22135

**\*\*Please include last four digits of Target's telephone number and the LEA Tracking Number on invoice\*\***

## LEGAL AUTHORITY

**Legal Authority:** Consensual Monitoring   **Court Order / Docket Number:** Consent ELA 13
**Action:** New Activation   **Date / Time Signed:** 09/27/2018 12:00 AM   EST
**Cell Site Location Authorized:** No   **Judges Name:** AUSA Eric Rosen

## PROVISIONING INFORMATION

**Target Indentifier:** (916) 384-8802   ☐ International Number   ☐ IMSI/MSID

**CALEA Services**
**Pen Register / Trap and Trace**
Start:                  End:
☐ Telephony         ☐ Packet Data/WiFi
☐ Text Messaging    ☐ With Cell Site Location
☐ Push-To-Talk      ☐ With PCTDD
PTT ID:

**Full Content**
Start: 09/27/2018    End: 12/26/2018
☑ Telephony          ☑ Packet Data/WiFi
☑ Text Messaging    ☐ With Cell Site Location
☑ With PR/TT         ☐ With PCTDD
☐ Push-To-Talk
PTT ID:

**Historical Records Services**
Start:                End:
☐ Call Detail Records  ☐ With Cell Site Location
☐ With PCTDD
☐ Stored Voicemail    ☐ Stored Photos
☐ Cell Tower Search

**Location Services**
Start:                End:
☐ GPS Ping            ☐ CALEA Event-Based Location
Frequency: ☐ 15 Min  ☐ 30 Min  ☐ 60 Min
Delivery Email:
Delivery Email:
Carrier Case #:

**Audio Delivery:** Dial Down 1: (857)[redacted]   Dial Down 2:   Method:
**Call Data Channel Delivery:** IP:   Port:   CFID: 25
**Packet Data/WiFi Delivery:** IP:   Port:   CFID: 66
**Markets/Switches:** Northeast, Southeast, Central, West,

## REMARKS/SPECIAL INSTRUCTIONS

Existing Court ordered intercept being converted to Consensual intercept (efffective 9/27 - 12/26/2018). This is a renewal. See attached for authorized contacts.

## SERVICE PROVIDER USE ONLY:

**Date received:** ___/___/_____   **Time received:** _____  ☐ AM  ☐ PM   **Received by:** _____

1.0.2

September 20, 2018

Re: Consensual Monitoring of Wireless Phone by Law Enforcement

Dear:

Kindly accept this correspondence as confirmation of representations made by the Department of Justice (DOJ) and the **Federal Bureau of Investigation (FBI)** regarding the consensual monitoring of mobile phones for law enforcement purposes pursuant to 18 U.S.C.§ 2511 (2)(c). The specific phone referenced in this letter for AT&T's assistance in conducting consensual monitoring is an AT&T cellular telephone assigned telephone number 916 384 8802.

Pursuant to 18 U.S.C. § 2501 *et seq.*, the law enforcement agencies of the Department of Justice sometimes consensually monitor the wire and electronic communications of confidential informants and other parties in order to gather information for their criminal investigations. As you know, consent of one of the parties to a communication is sufficient under the law to permit monitoring without court order. Even though consensual monitoring does not require a judge's authorization, given the portability of cellular phones and possibility of civil liability arising from someone other than the consenting party using the phone, AT&T has been requiring prosecutors to obtain a court order before permitting consensual monitoring.

Since we are aware of your concerns regarding the portability, and correspondingly the common transfer of mobile phones to non-consenting third parties, the **DOJ/FBI** propose that with consensual monitoring under 18 U.S. C. § 2511, consenting parties will be required to sign a consent and acknowledgment form pledging that the target phone will not be used by anyone else, including the uses of cell phone photography and text messaging. A sample copy of this form is attached.

After a thorough review of current applicable law, it is the position of the **DOJ/FBI** that an order is not required when a party to a communication consents to the monitoring, even when that phone used is inherently mobile; however, since the **DOJ/FBI** also recognizes the rights of third parties should be protected, the consenting party will be required to read and sign a statement pledging that the phone shall not be used by any other party.

We hope that this information assuages AT&T's concerns. Should you have any additional questions, please do not hesitate to contact us. Thank you for your anticipated cooperation in this matter.

Sincerely yours,

_____
**AUSA Signature**

ERIC S. ROSEN
**AUSA Printed Name**

## CONSENT AND ACKNOWLEDGEMENT

I, __RICK SINGER__, hereby state that:

1. I consent to the interception and recording of any and all communications made by me over all telephones, cellular or otherwise, provided to or made available to me by law enforcement agents in connection with actions taken by me in connection with law enforcement agents. My consent extends to all communications over any such phone, whether or not that communication relates to a criminal investigation, to any and all messages left on any voicemail feature of any such phone, photographs taken using the phone, and text messaging. I further consent to the disclosure of any information or records regarding such communications to law enforcement agents.

2. I acknowledge that I have been instructed that any cellular telephones provided to me in the course of my activities are to be used <u>only by me,</u> and that I am not authorized to allow any other person to make, receive or participate in telephone calls involving those telephones as defined above in which I am not a participant.

Date: __9/27/18__

_[Signature]_
Signature

__Rick Singer__
Printed Name

_[Signature]_
Witness/Interpreter Signature

__Donald H. Heller__
Witness/Interpreter Printed Name



**U.S. Department of Justice**

Federal Bureau of Investigation

June 30, 2017

<u>Boston FBI Telecommunication Carrier Authorized Additional Contact List</u>

<u>Non Emergency Boston Technical Help Line: 857-▮▮▮▮</u>

<u>Fax: 857-▮▮▮▮</u>

-SA TTA ▮▮▮▮; c: 617-▮▮▮▮, email: ▮▮▮▮@fbi.gov

-SA TTA ▮▮▮▮; c: 617-▮▮▮▮, email: ▮▮▮▮@fbi.gov

-SA TTA ▮▮▮▮; c: 617-▮▮▮▮, email: ▮▮▮▮@fbi.gov

-SA TTA ▮▮▮▮; c: 781-▮▮▮▮, email: ▮▮▮▮@fbi.gov

-SA TTA ▮▮▮▮; c: 774-▮▮▮▮, email: ▮▮▮▮@fbi.gov

-SA TTA ▮▮▮▮; c: 978-▮▮▮▮, email: ▮▮▮▮@fbi.gov

-OST ▮▮▮▮; O: 857-▮▮▮▮, email: ▮▮▮▮@fbi.gov

-SA TTA ▮▮▮▮ c: 617-▮▮▮▮, email: ▮▮▮▮@fbi.gov

-SA TTA ▮▮▮▮; c: 617-▮▮▮▮, email: ▮▮▮▮@fbi.gov

-TS ▮▮▮▮, 617-▮▮▮▮, email: ▮▮▮▮@fbi.gov

-SA TTA ▮▮▮▮; c: 617-▮▮▮▮, email: ▮▮▮▮@fbi.gov

-SA TTA ▮▮▮▮; c: 207-▮▮▮▮, email: ▮▮▮▮@fbi.gov

# EXHIBIT B
# FAX
# CONFIRMATION



# RESPONSE COVER SHEET
11760 US HIGHWAY 1
SUITE 600
NORTH PALM BEACH, FL 33408-3029
Phone (800) 635-6840   Facsimile (888) 938-4715

To:
**FBI BILLING**
**1 CENTER PLZ, - STE 600**
**BOSTON, MA 02108**

**File Code:**
**2457009.006**

**Phone Number:**
**Fax Number:**

Request Dated: 9/27/2018
Received On: 9/28/2018

From: DTL
Number of Pages: 1
Date: 9/28/2018

## Confirmation of Court Order Installed

**In order to expedite any further requests for records pursuant to this order, please include the above File Code.**

### VOICE
AT&T has calculated the end date of your request as:  12/26/2018 11:45:00 PM
**Court Issued Number(s):**  CONSENSUAL
**Target Number(s):**  XXXXXX8802
**Case ID(s):A240** (For each target provisioned, your Case ID is the ten digit target number plus A240)

### PACKET DATA
**IMSI:** 310410926734733
**Case ID(s): A234** (For each target provisioned, your Case ID is the ten digit target number plus the Case ID)

### Wi-Fi
**Case ID(s):**
**MAC Address (s):**  B0702D261CBF
For each Wi-Fi target provisioned, your Case ID is the twelve digit MAC address, without colons plus the Case ID. **Blank values in the MAC Address field indicates Wi-Fi was not provisioned.**

**CONFIDENTIALITY NOTICE**
This cover sheet, and any document which may accompany it, contains information from the National Compliance Center which is intended for use only by the individual to whom it is addressed, and which may contain information that is privileged, confidential and/or otherwise exempt from disclosure under applicable law.  If the reader of this message is not the intended recipient or the person responsible for delivering this message to the intended recipient, any review, disclosure, dissemination, distribution, copying or other use of this message or its substance is strictly prohibited.  If you have received this communication in error, please notify us immediately by telephone to arrange for the return of this communication to us at our expense.  Thank you.

2457009.006