UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v.                               )<br>)<br>DONNA HEINEL, *et al.*,        )<br>)<br>       Defendants.           )  | Criminal No. 19-CR-10081 |

**DEFENDANTS' ASSENTED-TO MOTION FOR LEAVE TO FILE UNDER SEAL**

Defendants respectfully move, with the assent of the government, for leave to file under seal the Exhibits to Defendants' Opposition to the government's Motion *in Limine* (Dkt. No. 841) to Preclude Irrelevant Evidence Concerning Uncharged Third Parties. Because the exhibits identify uncharged third parties and the children of Singer's clients, the defense seeks leave to file the exhibits under seal in accordance with the May 2, 2019 Protective Order and Local Rule 7.2. See Dkt. 165 at 3. Defendants will file a redacted version of the exhibits on the public docket.

Dated:  October 19, 2021                    Respectfully submitted,

                                             /s/   *Nina Marino*
                                          NINA MARINO
                                          JENNIFER LIESER
                                          KAPLAN MARINO, P.C.
                                          1546 N. Fairfax Avenue
                                          Los Angeles, CA 90046
                                          Telephone:  (310) 557-0007
                                          marino@kaplanmarino.com
                                          lieser@kaplanmarino.com
                                          (Admitted *pro hac vice*)
                                          Counsel for Dr. Donna Heinel

## CERTIFICATE OF SERVICE

      I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-participants on October 19, 2021.

                                                      /s/   *Jennifer Lieser*
                                                    JENNIFER LIESER
                                                    Counsel for Dr. Donna Heinel