# Exhibit E

**From:** Pat Haden </O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=4DF3787A33B14662B16CB977D37D9C9E-SCDV6DW2>
**To:** Donna Heinel
**Sent:** 2/9/2015 5:49:05 PM
**Subject:** RE: ▓▓▓▓ - Common App ID

thx

---

**From:** Donna Heinel
**Sent:** Monday, February 09, 2015 2:44 PM
**To:** Pat Haden
**Subject:** Re: ▓▓▓▓ - Common App ID

Not until mid march. Fall or spring

Sent from my iPhone

On Feb 9, 2015, at 1:16 PM, "Pat Haden" <pchad@usc.edu> wrote:

> Thx   what did you tell me about ▓▓▓▓ ? Coming in today. thanks

---

**From:** Donna Heinel
**Sent:** Monday, February 09, 2015 1:13 PM
**To:** Pat Haden
**Subject:** Re: ▓▓▓▓ - Common App ID

Yes. On jan 23rd.

Sent from my iPhone

On Feb 9, 2015, at 12:19 PM, "Pat Haden" <pchad@usc.edu> wrote:

> Did you tell me ▓▓▓▓ was admitted?

---

**From:** Pat Haden
**Sent:** Friday, January 16, 2015 6:45 AM
**To:** Donna Heinel
**Cc:** Scott Thompson; Mark Jackson;
**Subject:** RE: ▓▓▓▓ - Common App ID

Once he is admitted, I will be visiting his ▓▓▓▓ or a gift. Please let me know. thanks

---

**From:** Donna Heinel
**Sent:** Thursday, January 15, 2015 9:24 PM
**To:** Pat Haden
**Cc:** Scott Thompson; Mark Jackson; ▓▓▓▓
**Subject:** Re: ▓▓▓▓ - Common App ID

If he gets all documents to me I can present on jan 29th

USAO-VB-01257294

Sent from my iPhone

On Jan 15, 2015, at 11:29 PM, "Pat Haden" <pchad@usc.edu> wrote:

Thx

Sent from my iPhone

On Jan 15, 2015, at 7:27 PM, "Scott Thompson" <sathomps@usc.edu> wrote:

I have been communicating with ▓▓ via Facebook and will jump all over this first thing next week. Thank you.

On Jan 15, 2015, at 6:59 PM, Pat Haden <pchad@usc.edu> wrote:

Indeed it is. Thx. Have a big ask to .

Sent from my iPhone

On Jan 15, 2015, at 1:19 PM, "Mark Jackson" <mwj@usc.edu> wrote:

As we all know, this is an extremely important admit for us via ▓▓▓▓▓ .let me know if we need to do anything else.

Begin forwarded message:

**From:** ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓
**Subject: RE:** ▓▓▓▓▓▓ - **Common App ID**
**Date:** January 15, 2015 1:16:25 PM PST
**To:** Mark Jackson <mwj@usc.edu>

Hi ▓▓

▓▓▓▓ Common Application ID number is ▓▓▓▓▓▓

Again, thank you for all of your help and attention.

Regards,
▓▓

---

**From:** Mark Jackson [mailto:mwj@usc.edu]
**Sent:** Tuesday, December 30, 2014 11:04 AM
**To:** ▓▓▓▓▓▓▓▓▓
**Subject:** Re: ▓▓▓▓▓

My pleasure. Please don't hesitate to contact me directly either via email or cell ▬ with any other questions. Please pass on my best to ▬ too!

Mark

On Dec 29, 2014, at 11:11 PM, ▬ wrote:

Mark,

Thank you for passing along all this information. I just wanted to be sure that we weren't missing something. All sounds good. I'll be back to you with the application number once I have it.

We really appreciate the attention and effort.

Fight On!
▬

---

**From:** Mark Jackson [mailto:mwj@usc.edu]
**Sent:** Monday, December 29, 2014 1:16 PM
**To:** ▬
**Subject:** ▬

▬,

I hope all is well and the holiday season finds you enjoying your family. Pat had passed on to me your questions regarding the status of ▬ and I wanted to get back to you as soon as I heard from ▬ that ▬ his staff are very much aware of ▬ situation. ▬ has met with ▬ high school and who has absolutely raved about ▬ and we are going to push as hard as we can to make sure ▬ is on the roster next fall. The most important thing to do right now is get the application in and send me the application number. I will then turn this over to Donna Heinel who manages our admission process for priority walk-ons. Typically the process with the walk-ons does not begin in earnest until after our signing day in early February. Until then there is typically little interaction (there are specific NCAA compliance rules that limit some communication) and not much for ▬ to do other than continue to keep ▬ grades up. I can keep you updated each step of the way but know that all the right people here in athletics are aware of ▬ and want to see ▬ become a Trojan.

Have a great New Year ▬

All the Best,
Mark


Mark Jackson
**Senior Associate Athletic Director/
Chief Innovation Officer**

USAO-VB-01257296

Department of Athletics
University of Southern California
(213) 740-9300

USAO-VB-01257297

**From:** dheinel@usc.edu
**To:** Pat Haden
**CC:** Mark Jackson
**Sent:** 12/29/2014 3:15:55 PM
**Subject:** Re: Quick update on ▮ and quick follow up questions

He's on my list. Need to see transcript and test scores. Have him hit submit.

Sent from my iPhone

On Dec 29, 2014, at 11:49 AM, "Pat Haden" <pchad@usc.edu> wrote:

Very important. ▮ opportunity. Plus the kid can help us I need to get back to him ASAP

Sent from my iPhone

On Dec 29, 2014, at 11:38 AM, "Mark Jackson" <mwj@usc.edu> wrote:

On it

Sent from my iPhone

On Dec 29, 2014, at 11:15 AM, Pat Haden <pchad@usc.edu> wrote:

Will you jump on this

Sent from my iPhone

Begin forwarded message:

**From:** ▮
**Date:** December 29, 2014 at 10:52:53 AM PST
**To:** Pat Haden <pchad@usc.edu>
**Cc:** Ron Orr <rorr@usc.edu>
**Subject: RE: Quick update on ▮ and quick follow up questions**

Dear Pat,

First, let me say that I hope you had a wonderful Christmas with your family. And, I would also like to wish all of you a Healthy and Happy New Year.

That was an exciting win at the Holiday Bowl. I am looking forward to next season already.

Thank you very much for looking out for my nephew, ▮.

▮ has been recognized several times recently with all-league defensive honors.

▮ did reach out to ▮ head coach at ▮, C▮ informing him of the preferred walk-on. But that was a couple of months ago.

███ is getting ready to press the button on his USC application and we were wondering two things:

1) Should we have expected to hear anything else or had any other communications?
2) Is there anything other than submitting his application that needs to be done at this point?

Thank you for everything.

Fight On!

████

---

**From:** Pat Haden [mailto:pchad@usc.edu]
**Sent:** Saturday, October 04, 2014 10:30 AM
**To:** ████
**Subject:** RE: Quick update on ████

████ our coaches are on him as well I was told. Will keep you updated. thanks

---

**From:** ████
**Sent:** Friday, October 03, 2014 11:11 PM
**To:** Pat Haden
**Subject:** Quick update on ████

Hi Pat,

Looking forward to the ASU game tomorrow.

Just wanted to keep you up to date on my nephew, ████

So, he received a preferred walk-on offer from University of Miami.
He is also getting a strong look from University of Washington. Coach ████ actually came over to ████ to visit with ████ this week.

Apparently, there is an updated highlight tape that was just put together. I will have to get the link and forward it on to you so that you can send it on to the coaches.

Hope to see you tomorrow.

Fight On!

████