# Exhibit J

**From:** Ron Orr </O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=26F3EA94CE6B4B2FADE2DADA461A8F2A-SCFN3QR2>
**To:** Donna Heinel
**Sent:** 12/15/2014 5:55:26 PM
**Subject:** FW: From ▮

Thanks... This was sprung on me last minute... but looks like a good donor prospect

---

**From:** ▮
**Sent:** Monday, December 15, 2014 10:49 AM
**To:** Ron Orr; Jennifer Noriega
**Subject:** From ▮

Hi Ron and Jen!
its ▮ - the founder of ▮ - ▮ is coming to show his son USC in at 1pm (of course) and I said I would see if anyone could meet with them and give them a little usc pep talk. He would be a major big donor. His son is a [Individual Sport] player. He is a great guy you would like him.

Call me on my cell if anything would work, and I appreciate it you guys!!!

Ho...ho....ho....



Sent from my Iphone

**From:** Ron Orr </O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=26F3EA94CE6B4B2FADE2DADA461A8F2A-SCFN3QR2>
**To:** Donna Heinel
**Sent:** 2/27/2015 7:44:15 PM
**Subject:** Re: Yippeeeee

Thank you will hit them for [USC Individual Sport Facility remodel]

Sent from my iPhone

On Feb 27, 2015, at 4:41 PM, Donna Heinel <dheinel@usc.edu> wrote:

Not until mid march.. [redacted] s [Individual Sport] walk-on.. [redacted] is VIP

---

**From:** Ron Orr
**Sent:** Friday, February 27, 2015 4:40 PM
**To:** Donna Heinel
**Subject:** Re: Yippeeeee

Wow thank you! [redacted] ?

Sent from my iPhone

On Feb 27, 2015, at 4:39 PM, Donna Heinel <dheinel@usc.edu> wrote:

Yes, I came to talk to you but you were already gone

---

**From:** Ron Orr
**Sent:** Friday, February 27, 2015 4:28 PM
**To:** Donna Heinel
**Subject:** Fwd: Yippeeeee

True ?

Sent from my iPhone

Begin forwarded message:

**From:** [redacted]
**Date:** February 27, 2015 at 4:27:24 PM PST
**To:** Ron Orr <rorr@usc.edu>
**Subject: Yippeeeee**

Ron
I just got a call from [redacted] and she is thrilled about [redacted] getting in to SC and so am IIIIIIIIIiiiiiiii!!
Let's get them to a football game asap. I'll help.
Tell me who to talk to about SWM!!
Thanks for all of your help with this Ron, you were awesome!

USAO-VB-01252714



Sent from my Iphone

**From:** dheinel@usc.edu
**To:** Ron Orr
**CC:** Scott Jacobson; Pat Haden; Steve Lopes; Mark Jackson; [USC Individual Sport Email Gro] [USC Women's Individual Sport Coach]
**Sent:** 5/28/2015 12:26:25 PM
**Subject:** Re [redacted]

Yahoo. It was all worth it. Congrats to the team

Sent from my iPhone

On May 28, 2015, at 8:52 AM, Ron Orr <rorr@usc.edu> wrote:

Good news.. [redacted] coming through. Thanks Donna

**From:** [redacted]
**Sent:** Thursday, May 28, 2015 8:48 AM
**To:** Ron Orr; [redacted]
**Subject:** Re: [redacted]

Dear Ron,

We are prepared to pledge [mid-six figure donation] spread in 5 years.

Let's discuss details when we come over June 10-13

Thank you so much,

[redacted signature block]

On May 26, 2015, at 8:24 PM, Ron Orr <rorr@usc.edu> wrote:

All set!

Sent from my iPhone

On May 26, 2015, at 1:27 PM, [redacted]

Do you think you can ask if we can get [redacted] to attend June 11-12 orientation? Any possible chance? Thank you so much.

[redacted signature block]

On May 26, 2015, at 3:32 PM, Ron Orr <rorr@usc.edu> wrote:

Will do and thank you.....

**From:**
**Sent:** Tuesday, May 26, 2015 12:29 PM
**To:** Ron Orr
**Subject:** Re:

We have been discussing the amount. He will get back to you on that. We will be there to talk to you on June 11 or 12th. I know he was texting with you.

Can you please send me that email as well. Thank you so much.



On May 26, 2015, at 3:00 PM, Ron Orr <rorr@usc.edu> wrote:

Sure we can look into them adding ▮▮▮▮. Do you know if ▮▮▮▮ received my email about the USC Individual Sport Facility remodel. The coaches want to add to the scope and we need to find the pledges to it....

**From:**
**Sent:** Tuesday, May 26, 2015 11:46 AM
**To:** Ron Orr
**Subject:** Re:

Dear Ron,

How are you?
We need a tremendous favor. It's for ▮▮▮▮ orientation. We just finalized the dates to go to Australia and we scheduled it around June 11-12th orientation. But now it's sold out. Is there any chance you can recommend what can we do?.. We planned to go to La. Then to Sydney. Thank you so much. Any advise please..

Looking forward to seeing you soon.



On Mar 18, 2015, at 7:23 PM, Ron Orr <rorr@usc.edu> wrote:

Looking forward to seeing you all and show you the plans for the USC Individual Sport Facility remodel

Sent from my iPhone

USAO-VB-01246525

On Mar 17, 2015, at 10:37 AM, ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮> wrote:

Dear Donna and Ron,

Hope you are doing well. We are in LA this week and wanted to see if you have some time on Thursday afternoon for ▮▮▮▮ and us to stop by and thank you for everything and walk around USC !! We are so excited for ▮▮▮▮ to be a part of Trojan's team!!

Thank you so much,

