# Exhibit P

**From:** Joseph Aguirre
**To:** Jovan Vavic
**Subject:** RE: ▮▮▮ Water Polo Resume
**Date:** Thursday, October 11, 2018 1:29:52 PM

Understood. Would it make sense if he was a student manager? I have to speak to his dad first though.

His dad was looking at supporting the department and just trying to think of how we could help. If student manager doesn't make sense from your point of view or his, I'll work with him personally to help with his admissions application. Doesn't matter to me one way or the other.

Also, I'm meeting with ▮▮▮ next month. Thank you to you and Lisa for sending along!

Good luck up north over the weekend!

Joseph Aguirre
USC Athletics
213.821.3684

**From:** Jovan Vavic
**Sent:** Tuesday, October 09, 2018 1:09 PM
**To:** Joseph Aguirre <jaaguirr@usc.edu>
**Subject:** Re ▮▮▮ Water Polo Resume

Joseph,

His resume is very weak, he is league's honorable mention, he will never play for us.

Thanks,

Jovan

Sent from my iPhone

On Oct 9, 2018, at 11:58 AM, Joseph Aguirre <jaaguirr@usc.edu> wrote:

> Hi Jovan,
>
> I'm sure this got lost in your email. How should we move forward with ▮▮▮?
>
> Thank you!
>
> Joseph Aguirre
> USC Athletics
> 213.821.3684

**From:** Joseph Aguirre
**Sent:** Friday, October 05, 2018 4:43 PM
**To:** Jovan Vavic <vavic@usc.edu>
**Subject:** FW: ▮▮▮▮ Water Polo Resume

Jovan,

Please find attached the water polo resume for ▮▮▮▮. This is the family I mentioned to you last month from ▮▮▮▮▮▮ recently submitted all of ▮▮ applications for USC.

▮▮ father, ▮▮▮▮▮▮, played ▮▮▮▮▮ at USC and would like to become a lot more involved in athletics.

Let me know how to move forward if you'd like to meet with the family or anything like that.

Thanks!

Joseph Aguirre
USC Athletics
213.821.3684

---

**From:** ▮▮▮▮ ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
**Sent:** Friday, October 05, 2018 4:35 PM
**To:** Joseph Aguirre <jaaguirr@usc.edu>
**Cc:** ▮▮▮▮▮@gmail.com; ▮▮▮▮▮▮▮▮▮▮@gmail.com>
**Subject:** ▮▮▮▮▮ Water Polo Resume

Joseph,

Attached is ▮▮▮▮▮ water polo resume. ▮▮▮▮ will receive his next transcript in December. I believe we already forwarded you the most current transcript and test scores as of last June. ▮▮▮▮ currently has an unweighted 3.8 gpa so far this semester.

We'd love the opportunity to bring ▮▮▮▮ down for a school tour and ideally meet with you again along with Jovan.

Fight on,

▮▮▮▮▮▮▮


<Waterpolo Resume .pdf>