# Exhibit T

Message

**From:** Brenda Ann Mallory [/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=1D8C35DC0A534F93BBAB26CBEE46D3C7-SCTW2WZ3]
**Sent:** 4/12/2018 10:39:43 AM
**To:** Tim Brunold [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=909699f2dbd44ea7b6be60b76723a129-scsh3qv6]
**CC:** Kirk Brennan [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=b84398e5670542d2921f644677ca873f-sczr7rr9]; Becky Chassin [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=42de75f59ca24777ab8125844680e3a6-scrj6bv4]; Maria Rodriguez [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=3e4562883328428b868bff0221ac52b5-scts4nq2]
**Subject:** Additional appeals of interest to UADV

Hi Tim

University Advancement has additional appeals they are interested in.

In particular ▮▮▮ (USC ID: ▮▮▮) Trustee ▮▮▮ contacted ▮▮▮ is a UADV 1st tier interest and has been flagged UADV and TRUS in SIS/Slate

The remainder have been flagged UADV. It is requested they receive a TTP letter if their appeals are denied.

Thanks.

Brenda

*Brenda Mallory*
*Executive Assistant to the Dean of Admission*
University of Southern California
700 Childs Way, JHH 216
Los Angeles, California 90089-0911
Tel: 213-740-6753
Fax: 213-821-0296
E-mail: mallory@usc.edu

@USCAdmission

---

**From:** Lola Reyes [mailto:lreyes@usc.edu]
**Sent:** Wednesday, April 11, 2018 4:16 PM
**To:** Brenda Ann Mallory <mallory@usc.edu>
**Subject:** Re: Flag: ID ▮▮▮

Hi Brenda,

In addition to ▮▮▮ appeal, here are some others that have been brought to our attention that will be appealing. If they get denied, can we please have them get a TTP? Also, please note that USC trustee ▮▮▮ reached out to Al Checcio regarding ▮▮▮ —this one should get the 1st tier flag.

 – USC Trustee ▮▮▮ ate referral—1st tier

CONFIDENTIAL

USC-Zangrillo-000582
VB-RECORDS-00710009



Best,
Lola

CONFIDENTIAL

USC-Zangrillo-000583
VB-RECORDS-00710010

Message

From: Lisa K Rhone [/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=A8C035A921FC4E48BB174D8F59C08E29-SCRH3SV7]
Sent: 3/19/2018 5:29:59 AM
To: Kirk Brennan [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=b84398e5670542d2921f644677ca873f-sczr7rr9]
Subject: LAA interests

There are five students that LAA is interested in. Unfortunately, others are interested as well, so my guess is that those decisions need to play out first.



████████████████████████████ – Admit – also tracked by DEANAD, PRES, so made it through that process

████████████████████ – no dec – no code, but ██ put ██████ on page 5 (not in Slate), ENGR plus tracking code (first choice ME), I would like to admit to fall,

██████████████████████ – Dean Ellis interest, no decision on Slate, ████████ major BUAD

██████████████████████ – Dean Ellis interest, no decision on Slate, ████████████, major BUAD, this is one LAA/Mercy is pulling hardest for

████████████████████████ – late addition to her list, approached Mercy after ██████ fell through, per ██████ he has been presented to subco twice. Grandson of former ██████ coach, ████████████████████. I'm fine with deny, not inclined to push this one

If I can move on any of these, let me know, particularly ██ since there is no other code. Otherwise, I'll wait to see what happens with the Dean Ellis interest.


Lisa K. Rhone
Assistant Dean, Undergraduate Admission | **University of Southern California**
p - 213.821.1006 | f - 213.821.0252 | rhone@usc.edu

Message

| | |
|---|---|
| From: | Tim Brunold [/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=909699F2DBD44EA7B6BE60B76723A129-SCSH3QV6] |
| Sent: | 3/19/2018 7:38:43 AM |
| To: | Kirk Brennan [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=b84398e5670542d2921f644677ca873f-sczr7rr9] |
| Subject: | Re: nudge on DEAN/ATHL cases |

thanks man. I appreciate the heads-up. I have changed the VIP sheet to reflect this. I didn't get any pushback from either Ellis or ATHL, so the contract will be a nice gift.

Working from home today since I have a probate-related appointment in Pasadena at 10 and a doctor's appt at 2:45 -- no sense in braving the roads for those

Hit me up on email or im if you need me. Just trying to work through getting everything reconciled. Still waiting to hear from UADV, which is still the largest outstanding batch.

See you tomorrow,

TB

=================================================
Timothy E. Brunold
Dean of Admission
University of Southern California

executive assistant: Brenda Mallory (mallory@usc.edu)
(213) 740-6753

---

From: Kirk Brennan
Sent: Sunday, March 18, 2018 5:19 PM
To: Tim Brunold
Subject: nudge on DEAN/ATHL cases

Had my counselor meeting w/ ▇▇▇▇▇ on Friday. At the meeting I agreed to give a contract to ▇▇▇▇▇, so I changed the "proposed dec" in Slate. She's got two Dean codes in sis (though only Ellis is marked in Slate), plus an ATHL code. ▇▇▇▇▇ called me about her, too, so I added DIR back and forth.

I mention the CO rec because I know you sent out your notices to Deans late last week.

CONFIDENTIAL

USC-Zangrillo-000585
VB-RECORDS-00710012

K

_____

Kirk Brennan  
Associate Dean  
Director of Undergraduate Admission  
University of Southern California  
213-740-6753  
kbrennan@usc.edu

CONFIDENTIAL

USC-Zangrillo-000586  
VB-RECORDS-00710013

Message

**From:** Kirk Brennan [/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=B84398E5670542D2921F644677CA873F-SCZR7RR9]
**Sent:** 4/11/2018 12:45:16 PM
**To:** Tim Brunold [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=909699f2dbd44ea7b6be60b76723a129-scsh3qv6]
**Subject:** FW: Any Background on this family/student

I'm assuming dad's blowback (█████████) is in your mailbox, too.  Just FYI.

-kb

**From:** Katharine Harrington
**Sent:** Wednesday, April 11, 2018 12:42 PM
**To:** Kirk Brennan <kbrennan@usc.edu>
**Cc:** Tracey Vranich <vranich@usc.edu>
**Subject:** Re: Any Background on this family/student

Thanks. We will stick w/that.

**Katharine Harrington**
Vice President | Admissions and Planning
Dean | Academic Records
**University of Southern California**
655 Exposition Blvd | TGF 200 | Los Angeles CA 90089
T: 213.740.0153 | F: 213.821.3709 | lkh@usc.edu

**From:** Kirk Brennan <kbrennan@usc.edu>
**Date:** Wednesday, April 11, 2018 at 12:41 PM
**To:** Katharine Harrington <lkh@usc.edu>
**Cc:** Tracey Vranich <vranich@usc.edu>
**Subject:** RE: Any Background on this family/student

Dad has been waging a campaign since we turned down his son.

Athletics advancement had tracked his application, so he got a close look by Tim via the VIP process, but he wasn't really in the neighborhood.   We invited to Trojan Transfer Planning (the deny sent to Scions).

GPA was ███ ACT is ███████, which puts him in the lower 35% of all applicants.  A very small percentage of admits are near his range.

Dad seems fixated that a snafu is the reason we denied (the missing mid-term grades), but that's not the case.  SIS spit out an errant e-mail that confused him.  I believe I told the son we got it all on time back in March.

The student has appealed. I think the Trojan Transfer Plan is the right path.

Kirk

**From:** Katharine Harrington
**Sent:** Wednesday, April 11, 2018 12:16 PM

CONFIDENTIAL

USC-Zangrillo-000587
VB-RECORDS-00710014

**To:** Kirk Brennan <kbrennan@usc.edu>
**Cc:** Tracey Vranich <vranich@usc.edu>
**Subject:** Any Background on this family/student

???

**Katharine Harrington**
Vice President | Admissions and Planning
Dean | Academic Records
**University of Southern California**
655 Exposition Blvd | TGF 200 | Los Angeles CA 90089
T: 213.740.0153 | F: 213.821.3709 | lkh@usc.edu

**From:** ▮
**Date:** Wednesday, April 11, 2018 at 12:08 PM
**To:** Katharine Harrington <lkh@usc.edu>
**Subject:** <no subject>

Ms. Harrington,

We have been corresponding with Associate Dean Kirk Brennan in Admissions. It was also suggested that we contact you regarding our son, ▮ (USC ID ▮). My wife and I are both ▮ and we love our ▮ which is one of the reasons we recently made a ▮ donation to the university. We have been long time supporters of USC through various campus groups; however, we wanted to get more involved and hope this will be the first of more substantial gifts.

▮ applied for Fall 2018 admission, but his first semester grades were not reported on time and so he was encouraged to participate in the Trojan Transfer Plan. He has dreamed of a four-year college experience at USC so he appealed the decision and, realizing that Fall admission is a longshot, he respectfully requested admission for Spring 2019. ▮ s an exceptional student who brings a rare mix of academic excellence and unique cultural heritage to everything he does, and he would be an ideal member of the Trojan Family. We know he is passionate about attending the university so we wanted to quickly share a few reasons why we believe he deserves additional consideration.

▮ is a student leader and has maintained academic excellence while enrolled in a rigorous curriculum that includes AP and Honors courses, Mandarin Chinese, Mock Trial and his school's Law Magnet Program. He currently has a ▮ GPA and an ACT composite score of ▮, which includes a perfect ▮ on the English portion.

He brings a unique cultural heritage and perspective to everything he does. While he was raised primarily in Southern California, he is truly a global citizen. For sixth grade, he attended ▮ School in Spain; during high school, he studied abroad in China; and he has taken numerous mission trips to Mexico and Peru (he just returned from a second mission trip to Piura, Peru last week).

▮ genetic heritage truly embodies the concept of the Trojan Family. On his paternal side, he is descended from a group of courageous ▮ by leaving their native ▮ on horseback in the middle of the night. They were caught and interned at a camp in ▮ but fortunately survived the war. They migrated to ▮ nd eventually became US citizens, which they referred to as their greatest accomplishment. ▮ maternal side has taken the term "Trojan Family" to a whole new level. His mother, ▮, is one of 15 family members who have graduated from the university.

We are hardworking and successful alumni, and our son would follow in those footsteps. I was the first person in my family to ever receive a college education when I graduated in 1▇▇ with a degree in ▇▇▇▇▇▇ with an emphasis in finance. I am now the founder and CEO of ▇▇▇▇▇▇, a ▇▇▇▇▇▇ of assets under management. ▇▇ attended USC on a scholarship and graduated cum laude with degrees in Broadcast Journalism and Political Science. She has gone on to have a successful career at ▇▇▇▇▇▇, and as a communications professor. Our ▇ ▇hares our drive, intelligence and work ethic while also developing his own innovative ideas. ▇▇ wants to pursue a career in business, political science and music; and he is currently developing an app to introduce new artists based on playlist preferences.

We promised a quick email, and I'm afraid we've already exceeded that length. Please attribute it to parents who are as passionate about their son as he is about USC. We greatly appreciate your time and consideration.

Fight On!