UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>JOVAN VAVIC,<br><br>    Defendant. | CRIMINAL NO.: 19-CR-10081-IT-MPK |

**UNOPPOSED MOTION FOR LEAVE TO FILE EX PARTE AND
UNDER SEAL MOTION FOR RULE 17(c) PRE-TRIAL SUBPOENA**

   Defendant Jovan Vavic respectfully moves for leave to file *ex parte* and under seal a Motion for Rule 17(c) Pre-Trial Subpoena. This motion discloses defense strategy and the subpoena returns will likely yield protected and confidential information. (Dkt. No. 165.) The government takes no position on the Rule 17(c) motion.

Dated: January 24, 2022                    Respectfully submitted,

                                           */s/ Stephen G. Larson*
                                           Stephen G. Larson, (CA State Bar No. 145225)
                                           slarson@larsonllp.com
                                           (Admitted *pro hac vice*)
                                           Koren L. Bell, (CA State Bar No. 268614)
                                           kbell@larsonllp.com
                                           (Admitted *pro hac vice*)
                                           Paul A. Rigali, (CA State Bar No. 262948)
                                           prigali@larsonllp.com
                                           (Admitted *pro hac vice*)
                                           **LARSON LLP**
                                           555 South Flower Street, Suite 4400
                                           Los Angeles, California 90071
                                           (213) 436-4888

                                           Irwin B. Schwartz (BBO# 548763)
                                           ischwartz@blaschwartz.com
                                           Nicholas R. Cassie (BBO# 672698)
                                           ncassie@blaschwartz.com
                                           BLA Schwartz, PC
                                           One University Ave., Suite 302B
                                           Westwood, Massachusetts 02090
                                           Phone: 781-636-5000 - Fax: 781-636-5090

                                           *Attorneys for Defendant JOVAN VAVIC*

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-participants on January 24, 2022.

                                           */s/ Stephen G. Larson*
                                           Stephen G. Larson