UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>JOVAN VAVIC,<br><br>Defendant | No. 19-cr-10081-IT |

**GOVERNMENT'S WITNESS LIST**

The government respectfully submits the following list of potential witnesses for the March 2022 trial in the above-captioned case. The government reserves the right to supplement or amend this list with reasonable notice to the defendant, and to call additional rebuttal witnesses not identified here.[1]

| Witness | Location |
|---|---|
| AT&T Representative* | Dallas, TX |
| Bank of America Representative* | Charlotte, NC |
| Colwen Hotels/Residence Inn/Marriott Representative* | Portsmouth, NH / Bethesda, MD |
| Bowen, Jack | Menlo School<br>Atherton, CA |
| Brown, Keith (or other FBI summary witness) | Federal Bureau of Investigation |
| Chassin, Rebecca | University of Southern California<br>Los Angeles, CA |
| Deckett, Mark* | United States Department of Education |
| Feiwell, Vanessa | Los Angeles, CA |

---

[1] Witnesses marked with an asterisk are included because the parties have not yet reached stipulations regarding (1) the authenticity of certain records and/or their admissibility as business records; (2) the interstate wire element of Count 16; or (3) the fact that, during the relevant time period, USC annually received federal benefits in excess of $10,000. The government is hopeful that it will not be necessary to call these witnesses.

| | |
|---|---|
| George, Lauren (or other summary witness / forensic accountant) | United States Attorney's Office Boston, MA |
| Google LLC Representative* | Mountain View, CA |
| Hoyland, Kevin (or other FBI C.A.S.T. witness)* | Federal Bureau of Investigation Cellular Analysis Survey Team |
| Isackson, Bruce | Hillsborough, CA |
| Jacoby, Timothy | Federal Bureau of Investigation |
| Janke, Laura | North Hollywood, CA |
| JetBlue Representative* | Long Island City, NY |
| Keating, Elizabeth (or other law enforcement summary witness) | Internal Revenue Service |
| Khosroshahin, Ali | Fountain Valley, CA |
| King, Jamaal* | Federal Bureau of Investigation |
| Meredith, Rudy | Fernandina Beach, FL |
| Microsoft Corporation Representative* | Redmond, WA |
| Moon, Casey | University of Southern California Los Angeles, CA |
| Singer, William | St. Petersburg, FL |
| USC HR Representative* | University of Southern California Los Angeles, CA |

Respectfully submitted,

RACHAEL S. ROLLINS
United States Attorney

By: /s/ Leslie A. Wright
STEPHEN E. FRANK
LESLIE A. WRIGHT
IAN J. STEARNS
Assistant United States Attorneys

**CERTIFICATE OF SERVICE**

    I hereby certify that this document, filed through the ECF system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).

Dated: February 15, 2022                  */s/ Leslie A. Wright*
                                                        LESLIE A. WRIGHT
                                                        Assistant United States Attorney