UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>v.<br><br>JOVAN VAVIC,<br><br>            Defendant. | CRIMINAL NO.: 19-CR-10081-IT-MPK<br><br>REDACTED |

## JOVAN VAVIC'S WITNESS LIST

Jovan Vavic respectfully submits the following list of potential witnesses for the March 2022 trial in the above-captioned case.  Coach Vavic reserves the right to supplement or amend this list with reasonable notice to the government.

| Witness | Location |
|---|---|
| Joseph Aguirre** | c/o David Vaughn<br>davidvaughn@vaughnlawoffices.com |
| Jack Bowen* | |
| Timothy Brunold | c/o Doug Fuchs<br>dfuchs@gibsondunn.com |
| Sasha Bucur | |
| SA Kaitlyn Cedrone | |
| Kent John Chabotar, Ph.D | c/o Larson LLP |
| Katie Fuller*** | c/o Dan Nixon<br>danielnixon@byrnenixon.com |
| Alex Garfio*** | c/o David Vaughn<br>davidvaughn@vaughnlawoffices.com |
| Pat Haden**** | c/o Brandon Fox<br>bfox@jenner.com |
| Scott Jacobson*** | c/o Dan Nixon<br>danielnixon@byrnenixon.com |
| SA Elizabeth Keating* | |
| Frank Kozakowski | c/o Steve Olson<br>solson@omm.com |
| Tim Leong | |

| Witness | Location |
|---|---|
| Brendan Loftus | c/o Doug Fuchs<br>dfuchs@gibsondunn.com |
| Steve Lopes*** | c/o Dan Nixon<br>danielnixon@byrnenixon.com |
| Chris Mattson | c/o Doug Fuchs<br>dfuchs@gibsondunn.com |
| Ron Orr*** | c/o Dan Nixon<br>danielnixon@byrnenixon.com |
| Brenna Phillips (or another summary witness and/or reader) | c/o Larson LLP |
| Marko Pintaric | c/o David Vaughn<br>davidvaughn@vaughnlawoffices.com |
| Alexandra Reisman** | c/o David Vaughn<br>davidvaughn@vaughnlawoffices.com |
| Scott Simon | c/o Doug Fuchs<br>dfuchs@gibsondunn.com |
| Rick Singer*# | |
| SA Laura Smith | |
| Lisa Vavic | c/o Larson LLP |
| Marko Vavic | c/o Larson LLP |
| Nicola Vavic | c/o Larson LLP |
| Stefan Vavic | c/o Larson LLP |
| James Walter | ███████████ |
| Scott Wandzilak** | c/o David Vaughn<br>davidvaughn@vaughnlawoffices.com |
| John Williams | ███████████ |

\* ███████████

\# ███████████

\*\* ███████████

\*\*\* ███████████

\*\*\*\* ███████████

Dated: February 22, 2022               Respectfully submitted,

                                       */s/ Stephen G. Larson*
                                       Stephen G. Larson, (Admitted *pro hac vice*)
                                       slarson@larsonllp.com
                                       Koren L. Bell, (Admitted *pro hac vice*)
                                       kbell@larsonllp.com
                                       Paul A. Rigali, (Admitted *pro hac vice*)
                                       prigali@larsonllp.com
                                       **LARSON LLP**
                                       555 South Flower Street, Suite 4400
                                       Los Angeles, California 90071
                                       (213) 436-4888

                                       Irwin B. Schwartz (BBO# 548763)
                                       ischwartz@blaschwartz.com
                                       Nicholas R. Cassie (BBO# 672698)
                                       ncassie@blaschwartz.com
                                       BLA Schwartz, PC
                                       One University Ave., Suite 302B
                                       Westwood, Massachusetts 02090
                                       Phone: 781-636-5000 - Fax: 781-636-5090

                                       *Attorneys for Defendant JOVAN VAVIC*

## CERTIFICATE OF SERVICE

I hereby certify that this document, filed through the ECF system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).

Dated: February 22, 2022

                                       */s/ Stephen G. Larson*
                                       Stephen G. Larson