| FD-1023 | FEDERAL BUREAU OF INVESTIGATION<br>CHS REPORTING DOCUMENT |  |

## HEADER

| | |
|---|---|
| Source ID: | S-00091023 |
| Date: | 11/09/2018 |
| Case Agent Name: | CEDRONE, KAITLYN |
| Field Office/Division: | Boston |
| Squad: | C 10 |

## SOURCE REPORTING

| | |
|---|---|
| Date of Contact: | 09/27/2018 |

**List all present including yourself (do not include the CHS):**
SA Laura Smith
SA Katie Cedrone
SA Elizabeth Keating
AUSA Eric Rosen
AUSA Justin O'Connell
FoA Nicholas Savona
Don Heller, CHS' attorney

| | |
|---|---|
| Type of Contact: | In Person |
| Country: | UNITED STATES |
| City: | Sacramento |
| State: | California |
| Date of Report: | 10/10/2018 |

**Substantive Case File Number**

318A-BS-2885343

| FD-1023 | **FEDERAL BUREAU OF INVESTIGATION**<br>CHS REPORTING DOCUMENT | Official Record |
|---|---|---|

VAVIC -VAVIC got JOHNNY WILSON ("WILSON") into USC for water polo. WILSON actually played water polo. VAVIC received $150,000 for this transaction with $100,000 going to USC and $50,000 to CHS. VAVIC tried to get around HEINEL and work with CHS directly. CHS got one student into USC through VAVIC. VAVIC helped CHS get a student into USC but he never received money for it because the student was an actual water polo player.

Several years ago, VAVIC asked CHS how he can get a loan. VAVIC had bad credit and CHS referred him to a

| FD-1023 | **FEDERAL BUREAU OF INVESTIGATION**<br>CHS REPORTING DOCUMENT | Official Record |
|---|---|---|

parent CHS knew who worked in the loan business. CHS told VAVIC he/she would call him if CHS had a student for him. CHS did not need VAVIC because he/she went through HEINEL. CHS paid for VAVIC's children's tuition through the foundation and treated it as a scholarship. CHS paid for the tuition as a gesture toward VAVIC in case CHS needed him in the future. CHS thought he/she could bring AGUSTINA HUNEEUS through VAVIC but she did not submit her information on time.



| FD-1023 | **FEDERAL BUREAU OF INVESTIGATION** <br> CHS REPORTING DOCUMENT | Official Record |
|---|---|---|

UNCLASSIFIED

| FD-1023 | **FEDERAL BUREAU OF INVESTIGATION**<br>CHS REPORTING DOCUMENT |  |



**SIGNATURE**

Submitted By    EAKEATING (undefined undefined)    Thu, 6 Dec 2018 09:24:41 -0500

First Level Approved By    JPKEELAN (John Keelan)    Thu, 6 Dec 2018 11:50:07 -0500