# EXHIBIT D

07/26/2018 12:38:20 Incoming call to Rick SINGER from RUDY MEREDITH
**[Session 3706]**

| RS | Rudy, commissioner. |
|---|---|
| RM | What's up man? |
| RS | I'm in London. Working. |
| RM | You in London. Can you stay in one spot? |
| RS | I can't because the posse will come after me. |
| RM | Who's the mafia? |
| RS | No the posse. |
| RM | Oh the posse. Who's the posse? |
| RS | I got people always chasing me, big boy. Everybody wants something from me. |
| RM | Cause they know you the man, that's why. |
| RS | I don't know about that, but I'm getting tired of being the man. Um, so, I'm waiting for an answer from this family. They're driving me freaking crazy. So um |
| RM | Ok. |
| RS | I'll i'll be back in the states, this weekend. On Sunday. |
| RM | Kk, Ok. |
| RS | So I'm hoping I'll get to meet with them on Monday. |
| RM | Ok. Do you have you have a name or something for me? Do you have a name? |
| RS | Well there's two families. So I've given them first first right of refusal. They both have good scores and grades. I just got I just I don't want to give you their name and then. Like I'm doing the same thing at Stanford, and I got..two people and...I....I don't want to present a name cause then if he goes to admissions with a name, then I'm....then the other person...the person, then I'm screwed. |
| RM | For who? For Stanford? |
| RS | Yeah. |
| RM | Or for me. |
| RS | For both of you. |
| RM | You (OV) |
| RS | So I have two at (OV) two at two at Stanford on- and two kids at Yale, two kids at Stanford. I'm trying to find out who's stepping up first. |
| RM | Ok. Alright. It don't matter cause maybe I might maybe I might have a name or a spot for both of them. |
| RS | I'm sorry? |
| RM | I said maybe I might have a spot for both of them. |
| RS | Really? |
| RM | Maybe. Yeah. Give me the...give me the names. I'm working on it... I got a new athletic director. That's what I'm trying to tell you, I'm trying to work it. |
| RS | Ok, alright. Well let me I'm..like I said (OV) |
| RM | Just give me both names.  Just give me both names, and I'm good. |

| | |
|---|---|
| RM | Umhm. |
| RS | And the board. |
| RM | Umhm. |
| RS | Approves. |
| RM | Gotcha. Ok. |
| RS | So, it's not Rick Singer approving. It's, the board approves. |
| RM | Oh, okay okay Alright. So, if. so if parents had a question about this, I could just tell him to talk to you and you could explain that to the parent? |
| RS | Absolutely. They totally know. Yeah just always come back to me. |
| RM | Ok. Ok. Wow. So how many how many you doing this year? |
| RS | Aw shit. Probably, I don't know, between 700 and 800. |
| RM | How do you do... you cant do that many...that''s too many. How can you do that many? |
| RS | No, it's not. |
| RM | How...how the heck can you keep track of all this (OV)? Dude, you must have a twin brother. |
| RS | NO (Laughs) I do have a brother, but I don't have, um, he's in the...he's in the credit card business so |
| RM | Ok. |
| RS | He's got he's got actually a great business cause he sits in his fucking house and he rings up money. |
| RM | (Laughs) (OV) So who's making more money your brother or you? |
| RS | Well, I am. But, he...he has all the offshore gambling, uh, credit cards. So anybody who gambles off shore um comes to him the problem he has... |
| RM | Umhm. |
| RS | Is he makes alot of money but he also makes alot of cash. And he can't really do much with his cash. |
| RM | Why not? |
| RS | Because you...the only way you can do it is if you were to buy houses and re-do them or, you know what I mean? |
| RM | Oh ok. |
| RS | Cash, you can't put the cash in the bank. |
| RM | Ohhh oh ok ok ok ok. I gotcha I gotcha I gotcha I gotcha I gotcha. |
| RS | Right so like he goes on vacation all the time... |
| RM | Umhm. |
| RS | And he just takes cash everywhere he goes. |
| RM | (Laughs) So he just has like a boatload of money in cash, he just walks around with all this cash money. |
| RS | That's what he has to do because he can't put it in the bank. |
| RM | Ok. Wow. That's crazy. You go on sports positions with him or...(UI)? |
| RS | No. no. no. no no no. Definitely not. He wants to a, he invests in alot of our stuff. And what he does is like when we're doing the Oakland Soldier gig.. |
| RM | Umhm. |
| RS | And we and we have to put four or five hundred thousand dollars into the facility to upgrade it? |
| RM | Umhm. |

| RS | We'll pay we'll pay that to the contractors cash. |
| --- | --- |
| RM | Ok. |
| RS | So, that's his investment in it. That's how he gets to utilize his money. |
| RM | Umhm. Ok. So, yeah what was your uh Ph.D. in at Stanford? |
| RS | Business organizational management. So I created a I created a coaching model for middle |
| RM | Mhmm |
| RS | Middle for the middle tier employee so so you look at the company you look at a company today 20% at the bottom their shit head they're not ever get any better |
| RM | Mhmm |
| RS | 20% are at the top |
| RM | Mhmm |
| RS | And these are great performers, then I created a coaching model. A corporate coaching model for the 60% in the middle that we never spend anytime with |
| RM | Hmm |
| RS | Because think about it it's like a high school kid who's a 3.4 3.5. Hey you know what |
| RM | Mhmm |
| RS | They're, they're really smart, they're really good but they don't bother us they don't cause any issues so we don't ever help make them great we just put them to be who they are |
| RM | Right |
| RS | But an incorporation if you took the middle and you focused on making them better and you prior the bottom in a working style |
| RM | Mhmm |
| RS | You'd be so much better off |
| RM | Gotcha I gotcha I'm gonna have to bring you out here for a guest speaker at Yale man |
| RS | I picked over the third largest bank in the US I became the president of the retail bank which I knew nothing about banking zero I took over a bank called First Union |
| RM | Wow |
| RS | Remember First Union and they were they they bought |
| RM | Yeah yeah |
| RS | We bought core states so we bought core states and we bought First Unions then we bought was- then Wahovia bought us and then they gave everybody a golden handshake |
| RM | Mhmm |
| RS | Inlcuding me |
| RM | Oh that's good |
| RS | It was great. Oh yeah |
| RM | That's good that's good |
| RS | I got nothing to complain about |
| RM | No, no you got in you get in your swim today? |

7