# EXHIBIT E

Outgoing call from Rick Singer to Cliff Singer. No answer. Rick left a Voicemail saying he is on his way to Boston, and to give him a shout. Rick had to change his flight on Wednesday to go earlier, and arrive around 10. Rick said to bring $40k in cash with him on Wednesday.

09/21/2018 00:19:42   Monitored By by MCLAMANTIA

09/22/2018 13:09:23   Reviewed By by KCEDRONE

Transcription as follows:

Cliff   Hi you've reached (UI) Cliff Singer, please at the tone leave your name, number, and time you called, and I'll make sure to get back in touch with you. Have a great day.

Rick   Big boy, give me a call when you get a chance. I'm on my way to Boston, um, give me a shot. I had to change my flight on Wednesday to go earlier, so that I arrive um, around ten instead of arriving at the time we talked about, but still leaving the same time. Um, and then if you could bring about 40 K cash with you, that'd be great. Appreciate it.

09/22/2018 13:21:54   Transcribed by CEBLAKE

10/01/2018 13:14:42   Edited By by KCEDRONE

10/01/2018 13:14:44   Reviewed By by KCEDRONE