# EXHIBIT F

Rick calling Cliff Singer. Brief discussion of leaving a large amount of money at a front desk. Call terminated.

08/23/2018 14:56:51 Monitored By by DLJEROME

08/24/2018 15:45:47 Reviewed By by LCSMITH