# EXHIBIT G

Call Synopsis:

Continuation of previous call. ▇▇▇▇ and Rick discuss how much money they owe to different vendors for work being done on their facilities. ▇▇ says that the floor guy and the painting guy will be paid in cash only. Rick wants to know when the Solidertown website will be up and ▇▇ tells him that the site is up, Solidertown.com.

[Call ends]

08/31/2018   11:57:51   Monitored by CMHOWE

08/31/2018 14:15:53   Reviewed By by LCSMITH