# EXHIBIT H

Call monitored by CMHOWE at 16:58:34 EDT

Synopsis:

RICK calls CLIFF. CLIFF has information on locker rooms. CLIFF says they will have to do the locker rooms custom and they will most likely be modular. The price is $150 per sq foot. The build will take 4 months. CLIFF discusses the specifics about the locker rooms and tells RICK he will call around to talk to more companies. CLIFF says they are looking at $275,000 potentially. Call continues with more discussion about locker rooms. CLIFF discusses selling off some of his properties. RICK asks if CLIFF has cash underneath his (unknown), RICK laughs and says he figured he did. CLIFF references using "that stuff" for this job so its not just sitting around collecting dust. RICK talks about the building they plan to use and what is around it. CLIFF talks about the sewer and plumbing to tap into for the locker rooms. RICK will have someone take pictures and send them. CLIFF says that he plans to pay all the contractors cash so they don't have to declare anything and they could get a deal. CLIFF asks about a woman RICK was seeing that has a 2 yr old but RICK says that is fading.

Call minimized as discussions turned personal in nature about dating.

CLIFF and RICK continue to talk about dating women.

Call was minimized again as the conversation was about intimate relationships.

Conversation continues regarding peoples personalities and how affectionate they are.

Call minimized again, conversation about personalities.

Call ended while minimized at 17:10:08 EDT

06/16/2018 12:40:53   Reviewed By by LCSMITH

Transcription as follows:


CLIFF SINGER (CS):  Ok so I got some information so far.

RICK SINGER (RS): Ok cool.

CS: I mean it's not going to like (UI) people, everybody you know, part of the problem is some of the big companies aren't near uh Oakland and so they're basically they can't do it, but they refer me to people that they recommend that are closer. So, I found this one company, he sent me another, then he got me to the (UI), in any case, I talked to this one guy and he just said for what we're doing he goes you're going to have to do it custom there's no units that do exactly what you're doing and I'm like I understand.  They do mostly modular units.  He says you know everything you guys do is going to have to be code in compliant and I said no I know.  So, he asked me, well I go how big do you think.  Well standard size, he said, is um 24 by 60 he said you know you can go 24 by 40 but I don't know if that will be big enough.  He goes its 1440

square feet and he says you know you say its going to be $150 a square foot and I said so I said you know well based on what you're telling me I said it's modular unit, I go, shit, I go we could build the thing for $150 a square foot.  He goes, you, he goes you can't, (UI), he says you know the difference is, he goes, this way is faster, he goes, its four months start to finish we install it even with, tell him that the there could be a variance, he says, no big deal we compensate for that.  And he goes and everything going to have to be to code we, you know, the modular unit is all code in compliant, you just have to setup you know you're going to have to a couple subs or get a general he goes what you're going to need on your end is floor, plumbing, electrical, and handicapped.  And I said, and he said, um, he goes and you can get that done as we're building it, but Ima still call some other places and see because I saw some pictures of his places and they're all nice, they don't look like a portable locker room.  They look like the building, right.

RS: Uh-huh.

CS: (OV) But that's what it is, it's a modular building, it's just it's ones you just drop in the truck and just you know hook everything up, so they build it all in the factory.

RS: Right.

CS: So, um, it's good but you know that's, that's you know right there that's 216,000 then after you do plumbing, electrical, sewer, and all that you're still probably 275, but um-

RS: But you, you didn't lose any space in your facility, which is, that's huge.

CS: Yea, but the other, the other way is, um building something in the back, but that just takes a lot longer right?

RS: Right and you're dealing with lots of other hassles, this way, anytime you want to go, you just pick it up and go.

CS: Yea, exactly so that's one place.  You know, I, I looked at all of his place and you know I'll send you a link to his stuff, I mean they all look, you-you wouldn't even know.  I mean it looked like, it doesn't look like a portable-

RS: They, they look nice.

CS: Yea, this, his (UI) portable units, his looks like, like they're doing office buildings and it looks like an office building.  Like it looks.

RS: Right.

CS: You know I mean crown molding this, this, yea that's nice, and he says you can just do standard, he goes, you don't need anything crazy fancy.

[[[[Position: 17:01:38]]]]

Transcript restarted by SA Tyler Delorme

CS:  It's all painted all lights there all lights plugs everything all in done tell him to call a couple

more places and find out and then ahh we just give this thats probably I think gonna be an expensive high end one um.

RS:  Right.

CS:  For sure but you know let me make some more calls and see.

RS:  So what do you want to do investment wise?

CS:  Oh as far as um as far as um how much money?

RS:  Yea.

CS:  Well I got my um I am going to have some cash coming in because I got my you know one of my units in Mammoth is in escrow closes at the end of the month and I am putting my other one for sale at the end of the month so that will be I have no reason to think that wont sell that one pretty quick so this one you got for what was it 142 149?

RS:  145.

CS:  145 ok got it so maybe-

RS:  Do you have cash underneath you ah.

CS:  Yea Yea Yea.

RS:  Thats what I figured right.

CS: So yea but you see but can you use? (UI)

RS:  Um well we can use it to pay for this modular.

CS:  Yea I was thinking about that for sure.

RS:  Right I could probably pay for too to do some of the if you want to do stuff internally right to you know we can do floor you know we can do decals painting on the wall you know.

CS:  Yea I'm all set that stuff for sure.

RS:  Right.

CS:  In fact that kinda makes it great for me.

RS:  Right that why I'm thinking right

CS:  Right exactly so that way I could use some of that stuff instead of it sitting around collecting dust Um but ah.

RS:  So let me think about how much of that can be done um.

CS:  Yea cause this other thing is going to be a chunk but it is required you need it but the question is you know I don't know if you need anything that elaborative that's going to cost say 216 thats my first call let me.

RS:  Right I get that, I get that.

CS:  You might be able to get it for 150 we don't know yet.

RS:  Right.

CS:  And we don't know and the other thing is we have to call some other people in because I don't know what the place looks like even the guy says he goes you know we don't even know if you got enough electrical in your box to set it all up so you have to have ah I guess what you call a general he comes out there and just be like hey listen we are building something back here where.

RS:  Well we can ask the guys so what is so you know this is is this building next to it is ah another building and the one after that is where they have their business which is a restaurant company so I mean this is I mean they own the wags you know that you stay the dog the pet thing.

CS:  Yea Yea I know wags.

RS:  They got one of those too that they own that building so they are all kinda connected.

CS:  Yea but the question is on that particular building you know we need a sewer hookup right is there one even available.

RS:  Well there is because you got a toilet you got a huge big bathroom.

CS:  Yea but where is where is?

RS:  Right there.

CS:  Oh its right there.

RS: Its right there because we are going to be going out the door thats closest to.

CS:  Yea so as long as there is somewhere they can tie into the electrical tie in the sewer tie into plumbing right then obviously it makes it easier right.

RS:  Right.

CS:  But you have to make sure its there but if its there like your saying then that solves a lot of problems cause if you don't have access to that they can't even do it you know.

RS:  Correct what I will probably do is get one of the guys that works there to take pictures of the area.

CS:  Yea and even talk to them and just say hey here's what we are thinking about doing this all accessible is this doable.

RS:  Right right and doing the ramp stuff is easy because when you put the building in you just put the ramp in already.

CS: Yea yea that parts easy.

RS: All right so thats simple.

CS: Um all right cool.

RS: Ok.

CS: Um then ah, yea.

RS: (OV) Keep checking it out

CS: Yea for all that stuff for sure I was gonna pay using cash thats a no brainer cause all the contractors take cash of course.

RS: Absolutely.

CS: Then they don't have to claim shit then and we can get a deal now if this cost a 100 like we will give you 90.

RS: Right absolutely.

CS: Yea all right.

RS: Ok I'll talk to ya thanks.

CS: Hey do you still talk to that girl.

RS: Um sorta.

CS: Fading out.

RS: Excuse me.

CS: Fading out.

RS: Yea fading out I just I...I...it just long term not where I...I need to be.

CS: With a two year old I don't blame you.

RS: Right yea, it's not, it's not then I got one of my clients introduced me to a gal yesterday I met her in San Diego and shes like she would be perfect because she works at UCSD.

CS: Doing what?

RS: Excersise Phyiologist she runs this whole running training program um on campus and then in Tijuana she's in great shape all that stuff but just meeting with her I can already tell she's not um she is kinda like Bradley, Bradley um doesn't show his heart um and you can already tell that even when I hugged her good bye she the were all just like.

Minimized

CS: and then I go to say good bye and its like they are giving me that fake ass Sorority Paternity.

RS:  Yes.

CS:  where they are fucking like there hips are like nine feet away and they are god forbid (UI) you could go to Europe and you meet a stranger and they give you a hug and a kiss on the cheek.

RS:  Yea right.

CS:  They are warmer and they give you a hug come here give me a hug these people are like you have cooties or something.

RS:  Yea.

CS:  And they are like its just a hug I'm giving you a kiss on the cheek we just spent three hours together like are you kidding me.

RS:  Yea.

CS:  As soon as I..I have been out with girls like that as soon as I do that I already know right away they are just not a warm person they are not affectionate.

RS:  Yea that's my point.

CS:  I can't deal with that.

RS:  I know that's my point.

CS:  I told girls one time cause you know we had a good date we are joking around we are horsing around and I give a hug and I'm like that's it that's your best hug.

RS:  (Laughing)

Minimized

RS:  Exactly.

CS:  No I have been thats happened to me actually many times and I just realize some people are just I don't know whatever bullshit they have had in their lives but they just they are just not warm you know Italian Jews are warm they are loud they talk and then some people just you know they comes from where they are raised.

RS:  I know.

CS:  I mean but your not change you know (UI)

RS:  Your not going to change them so I already know that going in.

CS:  Exactly.

RS:  That's why I knew she I mean but.

CS:  And you know every time if you say something to them it's the same answer Oh well you know I just we just met this and bullshit.  Like I have told a girl I'm like listen I go I have met

people in Italy strangers don't even know them they will give you a hug and a kiss on both cheeks.

RS:  Right.

CS:  I go they are warm people thats the way they greet people if there guys will even do that to guys.

RS:  Right.

CS:  So well and the girls will kinda laugh about it and its the way they are they are just very standoffish I'm like jeez  I wasn't I wasn't.

Minimized, call ended.

Transcript completed by SA Tyler Delorme


06/28/2018 08:00:08   Edited By by KCEDRONE

06/28/2018 08:00:11   Reviewed By by KCEDRONE