UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>JOVAN VAVIC,<br><br>   Defendant | No. 1:19-CR-10081-IT |

STIPULATION REGARDING FEDERAL FUNDING RECEIVED BY USC

The parties hereby stipulate and agree that in every one-year period from 2007 through 2020, the University of Southern California ("USC") received benefits in excess of $10,000 under a federal program involving a grant, contract, subsidy, loan, guarantee, insurance, or some other form of federal assistance.

| | |
|---|---|
| RACHAEL S. ROLLINS<br>United States Attorney | JOVAN VAVIC<br>Defendant |
| By: */s/ Leslie A. Wright*<br>   LESLIE A. WRIGHT<br>   IAN J. STEARNS<br>   STEPHEN E. FRANK<br>   Assistant United States Attorneys | By: */s/ Koren L. Bell*<br>   STEPHEN G. LARSON *(pro hac vice)*<br>   KOREN L. BELL *(pro hac vice)*<br>   PAUL A. RIGALI *(pro hac vice)*<br>   Larson LLP<br><br>   IRWIN B. SCHWARTZ<br>   NICHOLAS R. CASSIE<br>   BLA Schwartz, PC |

CERTIFICATE OF SERVICE

      I hereby certify that this document was filed through the ECF system and will be sent electronically to the registered participants identified on the Notice of Electronic Filing (NEF).

                                        */s/ Leslie A. Wright*
                                        LESLIE A. WRIGHT
                                        Assistant United States Attorney