UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Criminal No.: 19-10081-IT |
| | ) | |
| JOVAN VAVIC, | ) | |
| | ) | |
| | ) | |
| Defendant | ) | |

## JOINT LIST OF WITNESSES FOR VOIR DIRE

In accordance with the Court's amended pretrial order (Dkt. 1022), the parties respectfully submit the following list of witnesses they may call at trial to be read to the jury during *voir dire*.

| Witness | Location |
|---|---|
| Aguirre, Joseph | c/o David Vaughn davidvaughn@vaughnlawoffices.com |
| Blanton, Michael (or other USC representative) | University of Southern California Los Angeles, CA |
| Bowen, Jack | Menlo School Atherton, CA |
| Brown, Keith | Federal Bureau of Investigation |
| Brunold, Timothy | c/o Doug Fuchs dfuchs@gibsondunn.com |
| Bucur, Sasha | Sierra Madre, CA |
| Cedrone, Kaitlyn | Federal Bureau of Investigation |
| Chabotar, Kent John | c/o Larson LLP |
| Chassin, Rebecca | University of Southern California Los Angeles, CA |
| Feiwell, Vanessa | Los Angeles, CA |
| Fuller, Katie | c/o Dan Nixon danielnixon@byrnenixon.com |
| Garfio, Alex | c/o David Vaughn davidvaughn@vaughnlawoffices.com |
| George, Lauren | United States Attorney's Office Boston, MA |
| Haden, Pat | c/o Brandon Fox bfox@jenner.com |
| Isackson, Bruce | Hillsborough, CA |

| | |
|---|---|
| Jacobson, Scott | c/o Dan Nixon danielnixon@byrnenixon.com |
| Janke, Laura | North Hollywood, CA |
| Keating, Elizabeth | Internal Revenue Service |
| Khosroshahin, Ali | Fountain Valley, CA |
| Kozakowski, Frank | c/o Steve Olson solson@omm.com |
| Leong, Tim | Los Angeles, CA |
| Lopes, Steve | c/o Dan Nixon danielnixon@byrnenixon.com |
| Mattson, Chris | c/o Doug Fuchs dfuchs@gibsondunn.com |
| Meredith, Rudy | Fernandina Beach, FL |
| Moon, Casey | University of Southern California Los Angeles, CA |
| Orr, Ron | c/o Dan Nixon danielnixon@byrnenixon.com |
| Phillips, Brenna | c/o Larson LLP |
| Pintaric, Marko | c/o David Vaughn davidvaughn@vaughnlawoffices.com |
| Reisman, Alexandra (née Bitterlin) | c/o David Vaughn davidvaughn@vaughnlawoffices.com |
| Simon, Scott | c/o Doug Fuchs dfuchs@gibsondunn.com |
| Singer, William "Rick" | St. Petersburg, FL |
| Smith, Laura | Federal Bureau of Investigation |
| Vavic, Lisa | c/o Larson LLP |
| Vavic, Marko | c/o Larson LLP |
| Vavic, Monica | c/o Larson LLP |
| Vavic, Nicola | c/o Larson LLP |
| Vavic, Stefan | c/o Larson LLP |
| Walter, James | Mission Viejo, CA |
| Wandzilak, Scott | c/o David Vaughn davidvaughn@vaughnlawoffices.com |
| Williams, John | Long Beach, CA |

| | |
|---|---|
| RACHAEL S. ROLLINS<br>United States Attorney | JOVAN VAVIC<br>Defendant |
| By: /s/ Leslie A. Wright<br>　　LESLIE A. WRIGHT<br>　　STEPHEN E. FRANK<br>　　IAN J. STEARNS<br>　　Assistant United States Attorneys | By: /s/ Koren L. Bell<br>　　STEPHEN G. LARSON *(pro hac vice)*<br>　　KOREN L. BELL *(pro hac vice)*<br>　　PAUL A. RIGALI *(pro hac vice)*<br>　　Larson LLP<br><br>　　IRWIN B. SCHWARTZ<br>　　NICHOLAS R. CASSIE<br>　　BLA Schwartz, PC |

CERTIFICATE OF SERVICE

　　I hereby certify that this document was filed through the ECF system and will be sent electronically to the registered participants identified on the Notice of Electronic Filing (NEF).

　　　　　　　　　　　　　　　　　　By:　　/s/ Leslie A. Wright
　　　　　　　　　　　　　　　　　　　　　LESLIE A. WRIGHT
　　　　　　　　　　　　　　　　　　　　　Assistant United States Attorney