UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v. )<br>)<br>JOVAN VAVIC )<br>) | No. 1:19-CR-10081-IT-2 |

**MOTION FOR LEAVE TO FILE UNDER SEAL A NOTICE OF INTENT TO ASSERT FIFTH AMENDMENT RIGHTS**

Subpoenaed non-party Katie Fuller seeks leave to file under seal her notice of intent to assert her Fifth Amendment rights in response to the trial subpoena issued to her by defendant Jovan Vavic. As grounds therefor, Ms. Fuller states that her notice and accompanying exhibits contain sensitive, confidential, and personally identifiable information. Accordingly, under Local Rule 7.2, Ms. Fuller respectfully requests that the Court grant her leave to file under seal: (a) her notice, and (b) the exhibits thereto.

                                                KATIE FULLER

                                                By her attorneys,

                                                /s/ *Payal Salsburg*
                                                Payal Salsburg, BBO# 568812
                                                Mark D. Smith, BBO# 542676
                                                Laredo & Smith, LLP
                                                101 Federal St., Suite 650
                                                Boston, MA  02110
                                                617.443.1100
                                                salsburg@laredosmith.com
                                                smith@laredosmith.com

Dated: March 10, 2022

## **CERTIFICATE OF SERVICE**

      I hereby certify that on this date this document filed through the CM/ECF system will be sent electronically to the registered participants as identified on the NEF and paper copies will be sent to those indicated as non-registered participants.

                                                         /s/ *Payal Salsburg*
                                                         Payal Salsburg

4873-1382-0673, v. 3