UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>          Plaintiff,<br><br>v.<br><br>JOVAN VAVIC,<br><br>          Defendant. | CRIMINAL NO.: 19-CR-10081-IT |

**JOVAN VAVIC'S MOTION FOR LEAVE TO FILE EXHIBITS UNDER SEAL**

Coach Jovan Vavic, by and through his counsel of record respectfully moves for leave to file Exhibits 1 through 3 in support of Defendant's Response Regarding Witness Katie Fuller's Notice of Intent to Assert Fifth Amendment Rights under seal.

In support of this motion, Coach Vavic states that the Exhibits are replete with names of third parties that are subject to the Protective Order in this case. Under the terms of the Protective Order entered in this case, such materials are to be filed under seal or redacted to remove such references. *See* Dkt 165.

Due to the numerous references to third parties in the documents, Coach Vavic respectfully requests leave to file Exhibits 1 through 3 to the Response Regarding Witness Katie Fuller's Notice of Intent to Assert Fifth Amendment Rights under seal.

Dated: March 16, 2022                             Respectfully submitted,

                                                               */s/ Stephen G. Larson*
Stephen G. Larson, (Admitted *pro hac vice*)
slarson@larsonllp.com
Koren L. Bell, (Admitted *pro hac vice*)
kbell@larsonllp.com
Paul A. Rigali, (Admitted *pro hac vice*)
prigali@larsonllp.com
**LARSON LLP**
555 South Flower Street, Suite 4400
Los Angeles, California 90071
(213) 436-4888

Irwin B. Schwartz (BBO# 548763)
ischwartz@blaschwartz.com
Nicholas R. Cassie (BBO# 672698)
ncassie@blaschwartz.com
BLA Schwartz, PC
One University Ave., Suite 302B
Westwood, Massachusetts 02090
Phone: 781-636-5000 - Fax: 781-636-5090

*Attorneys for Defendant JOVAN VAVIC*

## CERTIFICATE OF SERVICE

     I hereby certify that this document, filed through the ECF system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants.

                                   */s/ Stephen G. Larson*
                                   Stephen G. Larson