UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>v.<br><br>JOVAN VAVIC,<br><br>                Defendant. | CRIMINAL NO.: 19-CR-10081-IT-MPK<br><br>[Leave to File Granted 2/23/2022, Dkt 1087] |

## JOVAN VAVIC'S AMENDED WITNESS LIST

Jovan Vavic respectfully submits the following amended list of potential witnesses for the March 2022 trial in the above-captioned case.  Coach Vavic reserves the right to supplement or amend this list with reasonable notice to the government.

| Witness | Location |
|---|---|
| Joseph Aguirre | California |
| Jack Bowen | California |
| Timothy Brunold | California |
| Sasha Bucur | California |
| SA Kaitlyn Cedrone | California |
| Kent John Chabotar, Ph.D | Georgia |
| Katie Fuller | California |
| Alex Garfio | California |
| Pat Haden | California |
| Scott Jacobson | California |
| SA Elizabeth Keating | California |
| Frank Kozakowski | California |
| Tim Leong | California |
| Brendan Loftus | California |
| Steve Lopes | California |
| Chris Mattson | California |
| Ron Orr | California |
| Brenna Phillips (or another summary witness and/or reader) | Massachusetts |
| Marko Pintaric | California |
| Andrew Reego | California |
| Alexandra Reisman | California |
| Scott Simon | California |

| Witness | Location |
|---|---|
| Rick Singer | California |
| SA Laura Smith | California |
| Sean Stuart | California |
| Lisa Vavic | California |
| Marko Vavic | California |
| Monica Vavic | California |
| Nicola Vavic | California |
| Stefan Vavic | California |
| James Walter | California |
| Scott Wandzilak | California |
| John Williams | California |

Dated: March 18, 2022

Respectfully submitted,

*/s/ Stephen G. Larson*
Stephen G. Larson, (Admitted *pro hac vice*)
slarson@larsonllp.com
Koren L. Bell, (Admitted *pro hac vice*)
kbell@larsonllp.com
Paul A. Rigali, (Admitted *pro hac vice*)
prigali@larsonllp.com
**LARSON LLP**
555 South Flower Street, Suite 4400
Los Angeles, California 90071
(213) 436-4888

Irwin B. Schwartz (BBO# 548763)
ischwartz@blaschwartz.com
Nicholas R. Cassie (BBO# 672698)
ncassie@blaschwartz.com
BLA Schwartz, PC
One University Ave., Suite 302B
Westwood, Massachusetts 02090
Phone: 781-636-5000 - Fax: 781-636-5090

*Attorneys for Defendant JOVAN VAVIC*

**CERTIFICATE OF SERVICE**

I hereby certify that this document, filed through the ECF system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).

Dated:  March 18, 2022

/s/ Stephen G. Larson
Stephen G. Larson