UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>JOVAN VAVIC,<br><br>    Defendant | No. 1:19-CR-10081-IT |

STIPULATION REGARDING EXHIBIT 767

The parties hereby stipulate and agree as follows:

Neither Jovan Vavic nor any other person ever presented the applicant referenced in Exhibit 767 as an athletic recruit to the USC Admissions Department subcommittee for athletic admissions ("Subco"). The applicant was not admitted to USC and his family did not make any payment to the USC water polo account.

| | |
|---|---|
| RACHAEL S. ROLLINS<br>United States Attorney | JOVAN VAVIC<br>Defendant |
| By: /s/ Leslie A. Wright<br>    LESLIE A. WRIGHT<br>    IAN J. STEARNS<br>    STEPHEN E. FRANK<br>    Assistant United States Attorneys | By: /s/ Stephen G. Larson<br>    STEPHEN G. LARSON *(pro hac vice)*<br>    KOREN L. BELL *(pro hac vice)*<br>    PAUL A. RIGALI *(pro hac vice)*<br>    Larson LLP<br><br>    IRWIN B. SCHWARTZ<br>    NICHOLAS R. CASSIE<br>    BLA Schwartz, PC |

## CERTIFICATE OF SERVICE

I hereby certify that this document, filed through the ECF system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).

Dated:  March 28, 2022

*/s/ Stephen G. Larson*
Stephen G. Larson