UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | * | |
| | * | |
| v. | * | |
| | * | Criminal Action No. 1:19-cr-10081-IT |
| JOVAN VAVIC, | * | |
| | * | |
| Defendant. | * | |

**VERDICT FORM**

WE THE JURY, AS TO DEFENDANT JOVAN VAVIC, UNANIMOUSLY FIND:

As to **Count Two**, the charge of conspiracy to commit honest services mail and wire fraud (18 U.S.C. § 1349):

_____ Not Guilty _____ Guilty

As to **Count Three**, the charge of conspiracy to commit federal programs bribery (18 U.S.C. § 371):

_____ Not Guilty _____ Guilty

As to **Count Sixteen**, the charge of honest services wire fraud (18 U.S.C. § 1346):

_____ Not Guilty _____ Guilty

I certify that the foregoing are the answers of all the jurors and that the jurors all agreed to each answer.

Dated: _____                         _____
                                                                                          Jury Foreperson