United States District Court
District of Massachusetts
Exhibits Log: 1:19-cr-10081-IT-12
United States v. Jovan Vavic, 3/7/2022

| EXHIBIT | DESCRIPTION |
|---|---|
| Court-001 | USC personnel records for Jovan Vavic |
| Court-004 | USC personnel records for Ali Khosroshahin |
| Court-013 | Notes by R. Singer Pg 1 and 170 |
| Court-023 | Email from Leslie Wilson to John Wilson re Potential trip |
| Court-024 | Email from John Wilson to Rick Singer et al re John Wilson |
| Court-026 | Email from John Wilson to Rick Singer and Leslie Wilson re Connecting |
| Court-029 | Email from Leslie Wilson to Rick Singer, et al re H20 Polo |
| Court-031-1 | Ali Khosroshahin Text Messages |
| Court-031-2 | Ali Khosroshahin Text Messages |
| Court-032 | Email from Rick Singer to John Wilson re Applications |
| Court-033 | Email from John Wilson to Rick Singer re Update on applications |
| Court-038 | Email from Jovan Vavic to Rick Singer re Johnny Wilson Water Polo |
| Court-039 | Email from John Wilson to Rick Singer et al re Johnny apps |
| Court-040 | Email from Rick Singer to Joel Margulies re Johnny Wilson |
| Court-041 | Email from Rick Singer to Joel Margulies re Johnny Wilson Swim Times |
| Court-043 | Email from Rick Singer to John Wilson re WILSON |
| Court-044 | Email from Joel Margulies to Rick Singer re WILSON |
| Court-046 | Email from John Wilson to Rick Singer et al re quick q on Johnny |
| Court-053 | Email from John Wilson to Rick Singer re Any news from USC |
| Court-055 | Email from Rick Singer to Jovan Vavic re Johnny Wilson Water Polo |
| Court-061 | Email from Jovan Vavic to Casey Moon re Johnny Wilson`s last semester grades |
| Court-062 | Email from Jovan Vavic to Casey Moon re JOHN WILSON RESUME |
| Court-064 | USC Admissions Subcommittee materials for Johnny Wilson |
| Court-070 | Email from Debbie Rogers to Steve Masera et al re The Key |
| Court-076 | Email from Rick Singer to Steve Masera re USC |
| Court-077 | Rick Singer Cashier Checks including $100,000 to USC Water Polo |
| Court-078 | Email D Heinel to L Feiwell Re Donation |
| Court-080 | Email from Rick Singer to John Wilson re Johnny start at USC |
| Court-081 | Email from Debbie Rogers to John Wilson re USC Gift Ack |
| Court-091 | Email from Johnny Wilson to Jovan Vavic re quitting water polo |
| Court-094 | Email S Lopes to D. Heinel J Vavic Re Accurate info |
| Court-119-1 | Email from Lisa Vavic to Jovan Vavic re Loyola High School Redacted |
| Court-121 | Email R. Singer to S Masera FWD Loyola HS Tuition |
| Court-122 | Email R. Singer to J Vavic Re Loyola HS Tuition |
| Court-123 | Check from The KWF to Loyola HS |
| Court-126 | Email L Janke to R. Singer Re Waterpolo 3 |
| Court-129 | Email L Janke to R Singer Re Vanessa |
| Court-130 | Email R. Singer to V Feiwell Re Vanessa |
| Court-131 | Email R. Singer to V Feiwell with attachments |

| EXHIBIT | DESCRIPTION |
|---|---|
| Court-132 | Email J. Vavic to C Moon Re Vanessa Feiwell |
| Court-133 | Email J. Vavic to C Moon Re Updates and Questions |
| Court-139 | USC subco profile for Vanessa Feiwell |
| Court-142 | Email D Heinel to R Singer Re Letters |
| Court-144 | Email from Vavic to Moon Re Incoming SAs Redacted |
| Court-157 | Email J Vavic to V Feiwell Re Updated SAT scores |
| Court-174 | Email R Singer to D Isackson Re Lauren Isackson |
| Court-176 | Email B Isackson to R Singer Re Invoice 1107 KWF |
| Court-177 | Email R. Singer to B. Isackson Re Invoice 1107 KWF |
| Court-178 | Email S. Masera to B. Isackson Re Receipt Letter |
| Court-179 | Email V. Feiwell to J. Vavic Re help |
| Court-181 | Email from Jovan Vavic to Rick Singer, re Loyola Tuition |
| Court-392 | Subco for Audrey Isackson |
| Court-424 | Email R. Singer to D. Isackson |
| Court-506 | Call between R. Meredith and R. Singer 05.04.2018 REDACTED |
| Court-520 | Check from The Key Worldwide Foundation to Loyola High School |
| Court-532 | Call between J. Vavic and R. Singer 08.03.2018 REDACTED |
| Court-537 | Voicemail from Rick Singer to Jovan Vavic 08.08.2018 |
| Court-549 | Email from Agustin Huneeus to Rick Singer re Re USC |
| Court-550 | Call between A. Huneeus and R. Singer 08.30.2018 |
| Court-568 | Email from Rick Singer to Donna Heinel re Agustina Huneeus |
| Court-572 | Email L. Janke to R. Singer Re Water Polo USC |
| Court-584 | Call between D. Heinel and R. Singer 10.02.2018 |
| Court-589 | Call between D. Heinel and R. Singer 10.05.2018 |
| Court-602 | Subco for Augustina Huneeus |
| Court-613 | Email D. Heinel to R. Singer with attachment |
| Court-620 | $50000 payment by A. Huneeus to USC |
| Court-625 | Call between R. Singer and J. Vavic 01.02.2019 |
| Court-636 | B. Isackson Plea Agreement |
| Court-637 | B. Isackson Cooperation Agreement |
| Court-638 | Janke Plea Agreement |
| Court-639 | Janke Cooperation Agreement |
| Court-681 | Ali Khosroshahin Plea Agreement |
| Court-682 | Ali Khosroshahin Cooperation Agreement |
| Court-683 | Email D. Isackson to R. Singer |
| Court-684 | Email D. Isackson to B. Isackson Re Invoice |
| Court-690 | Email D. Henel to L. Janke Re Amanda |
| Court-706 | Texts between Laura Janke and Rick Singer |
| Court-707 | Texts between Laura Janke and Ali Khoshrosahin |
| Court-760 | R. Meredith Plea Agreement |
| Court-761 | R. Meredith Cooperation Agreement |
| Court-766 | Call between Rick Singer and Ali Khosroshahin 08.13.2018 |
| Court-767-1 | Email from Lisa Vavic to Jovan Vavic_Redacted |
| Court-769 | Email from John Wilson to Rick Singer |

| EXHIBIT | DESCRIPTION |
|---|---|
| Court-771 | Email from John Wilson to Rick Singer |
| Court-772 | Email from Rick Singer to Steve Masera |
| Court-773 | Lawrence A. Feiwell M.D. check 002344 |
| Court-774 | Feiwell Medical Evaluations check 2869 |
| Court-775 | Check from KWF to Loyola High School |
| Court-776 | Check from KWF to Loyola High School |
| Court-778 | Email from Jovan Vavic to Vanessa Feiwell |
| Court-779 | Email from Rick Singer to Laura Janke |
| Court-780 | Email from Rick Singer to Laura Janke |
| Court-781 | Voicemail from Jovan Vavic to Rick Singer10.11.2018 |
| Court-782 | Email from Sherry Guo to Rudolph Meredith |
| Court-784 | Residence Inn Records |
| Court-785 | Email from Vanessa Feiwell to Jovan Vavic |
| Court-792 | JetBlue Airways Departure_Arrival Times for F2404 |
| Court-793 | Manifest for JetBlue Airways Flight 2404 |
| Court-794 | Email from Casey Moon to Vanessa Feiwell Re USC Water Polo |
| Court-795 | Agustin Francisco Huneeus check 1949 |
| Court-796 | KWF The Key Deposits and Withdrawals |
| Court-797 | Paymts from KWF The Key to Individuals Entities Funds Associated with USC Yale UCLA |
| Court-798 | Payments from KWF to Clear the ClearinghouseHeinel |
| Court-800 | Vavic Timeline Step 2 |
| Court-821 | Feiwell 2.10.16 KWF wd cashiers ck |
| Court-822 | Feiwell check to KWF 04.04.2016 |
| Court-823 | Feiwell check to KWF 05.03.2016 |
| Court-824 | Feiwell check to KWF 06.07.2016 |
| Court-825 | Feiwell check to KWF 07.18.2016 |
| Court-826 | Feiwell check to KWF 09.12.2016 |
| Court-827 | Feiwell check to KWF 11.07.2016 |
| Court-828 | Feiwell check to KWF 02.21.2017 |
| Court-829 | Feiwell check to KWF 03.28.2017 |
| Court-830 | Feiwell check to KWF 04.25.2017 |
| Court-831 | Feiwell check to KWF 05.30.2017 |
| Court-832 | Feiwell check to KWF 07.05.2017 |
| Court-833 | Feiwell check to KWF 08.08.2017 |
| Court-834 | Feiwell check to KWF 11.28.2017 |
| Court-835 | Feiwell check to KWF 12.29.2017 |
| Court-836 | Feiwell check to KWF 02.08.2018 |
| Court-837 | Wilson wire transfer records Redacted |
| Court-851 | Stipulation |
| Court-852 | Stipulation |
| Court-855-1 | Email Heinel to Brunold re explaination of intent Redacted |
| Court-901 | Email Singer to Feiwell RE loan |
| Court-1023-r | Email from Pat Haden to Donna Heinel Re student |
| Court-1025-r | Email from Alexandra Bitterlin to Pat Haden and Donna Heinel |

| EXHIBIT | DESCRIPTION |
|---|---|
| Court-1026-r | Email from Donna Heinel to Pat Haden |
| Court-1094-r | Email from Brunold to Brennan Re for the nosey folks among us |
| Court-1115-r | University of Southern California Gift Agreement |
| Court-1126-r | Email from Chassin to Ravich Re Final English Grade |
| Court-1142-1r | Email from Scott Jacobson to Donna Heinel Re Introduction |
| Court-1142-2r | Email from Karen Bowman to Scott Jacobson Re Great meeting you today |
| Court-1142-4r | Email to Alex Garfio Re Thank you |
| Court-1142-6r | Email from Scott Jacobson Re Clarity on admission |
| Court-1149-1r | Email from Vavic to Wandzilak Re Donor and possible recruit |
| Court-1154-r | Email from Ron Orr to Jovan Vavic ReCandidate for USC |
| Court-1155-r | Email from Alexandra Bitterlin to Jovan Vavic Re Thank you |
| Court-1159-r | Email from El Shahawy to Moon Re Jared Livingston |
| Court-1167-r | Email from Joseph Aguirre to Jovan Vavic Re student |
| Court-1175 | Email from USC News This Week to All Staff, All Faculty Re USC News |
| Court-1176 | Email from Pat Haden to Jovan Vavic Re State of Troy |
| Court-1179 | Email from USC President C.L. Max Nikias to Jovan Vavic Re Six things to know about USC this month |
| Court-1180 | Email form Donna Heinel to Ron Orr Re Six things to know about USC this month |
| Court-1198 | Email from Vavic to Rideau Re Dinner Money Request |
| Court-1236 | Email from Steve Lopes to Jovan Vavic Re Budget Overdraft Transfer_Water Polo |
| Court-1246-r | Email from Jovan Vavic to Katie Fuller Re MWP Subco |
| Court-1247-r | Email from Vavic to Moon Re Junior Day |
| Court-1264-r | Email from adm counselors to mymaillists.usc.edu Re VIP Files for Ref Cats |
| Court-1274-r | Email from Brennan to Brunold Re that one transfer case I mentioned |
| Court-1284 | IRS Notice to Key WorldWide Foundation |
| Court-1293 | The Key Form 1023 |
| Court-1304 | Singer Cooperation Agreement |
| Court-1335-r | Email from Chuck Kenworthy to Pat Haden Re Lunch w CK and Rick Singer LACC |
| Court-1351 | Letter from Loyola High School to The Key Worldwide Foundation |
| Court-1355-1r | Email from Simon to Vavic Re HS FA |
| Court-1371 | USC-fundraiser cover |
| Court-1377-r | Email to Rebecca Chasin Re USC scores are missing |
| Court-1385 | Email from Wilson to Vavic Re housing |
| Court-1388-r | Email to Jovan Vavic Re USC Water Polo Freshman Housing Roomates |
| Court-1389-r | Email from Moon Re Housing |
| Court-1394-r | Email from Garfio to Moon Re SubCo Update |
| Court-1395-r | Email from Garfio to Moon Re better bio request |
| Court-1396-r | Email from Alex Garfio to Case Moon |
| Court-1400 | Email from Vavic to Moon Re SubCo Information |
| Court-1402-r | Email from Garfio to Moon Re SubCo Results |
| Court-1406 | Email from Vavic to Moon Re Budget Overdraft Transfer Water Polo |
| Court-1409-r | Email from Vavic to Fuller Re CV and NCAA number |
| Court-1410-r | Email from Moon to Fuller Re WWP SubCo |
| Court-1411-r | Attachment to 1410r |
| Court-1415-r | Email from Vavic to Moon Re student bio |

| EXHIBIT | DESCRIPTION |
|---|---|
| Court-1416-r | Email from Casey Moon to Katie Fuller Re MWP Athletic Bio |
| Court-1417-r | Attachment to 1416r |
| Court-1423-r | Email from Moon to Fuller Re WWP SubCo Bios |
| Court-1424-r | Attachment to 1423r |
| Court-1425-r | Email from Vavic to Moon Re invite to Jr Day |
| Court-1427 | Attachment to 1423r |
| Court-1428 | Attachment to 1423r |
| Court-1436 | Womens Water Polo Roster 2012 |
| Court-1444 | Womens Water Polo Roster 2013 |
| Court-1463 | Womens Water Polo Roster 2016 |
| Court-1483-1 | Report of Neuropsychological Assessment |
| Court-1491 | Vavic Personal Account to Moon Re Johnny Wilson |
| Court-1492 | Wilson Transcript |
| Court-1493 | Wilson SAT Score Report |
| Court-1494 | Wilson SAT Score Report |
| Court-1495 | Email Vavic Personal Account to Casey Moon Re Last Document |
| Court-1496 | Wilson Profile |
| Court-1501 | Email from Vavic to Moon Re resume |
| Court-1503 | Moon to Garfio cc Vavic Re John Wilson Bio |
| Court-1504 | Wilson Profile |
| Court-1505 | Email from Moon to Garfio Re John Wilson bio |
| Court-1508 | Email Garfio to Vavic, Moon Re SubCo Results |
| Court-1555 | Email from Luedecke to Ranieri Re NCAA Tickets for team |
| Court-1556 | Attachment to 1555 |
| Court-1557 | Email to Jovan Vavic Re Captains |
| Court-1573-r | Email to Casey Moon and Jovan Vavic Re USC application update |
| Court-1575-r | Email from Moon to Heinel Re status of admission |
| Court-1627 | USC Freshman Profile and Admission Information |
| Court-1628-r | Tweet from Beck Chassin |
| Court-1648-1 | Email from Stefan Luedecke Re Cal`s Center Plays vs USC and LBl |
| Court-1653-r | Email from Pintaric to Moon Re resumes |
| Court-1656-r | Email from Milos Skaljac to Marko Pintaric Re Bio`s |
| Court-1657-r | Email from Skaljac to Pintaric Re Bios |
| Court-1658-r | Email from Marko Pintaric to Casey Moon Re USC Bio`s |
| Court-1659-r | Email from Pintaric to Skaljac Re USC Bio`s |
| Court-1660-r | Email from Milo Skaljac to Katie Fuller Re USC Bio |
| Court-1669 | Mens Water Polo 2014 Media Guide |
| Court-1682 | Email from Milos Skaljac to Katie Fuller Re USC Bio |
| Court-1734 | Email Moon to Garfio Re USC Water Polo |
| Court-1736-r | Email from Singer to Heinel Re transfer from SMU |
| Court-1738 | Email from Alex Garfio to Jovan Vavic Re USC Men`s Water Polo NLI Request Form |
| Court-1746 | Email from Moon to Feiwell Re USC Water Polo_Apparel Sizes Needed |
| Court-1776 | Women`s Water Polo Media Guide |
| Court-1778 | Email from Vavic to Moon Re Accurate athletic resumes and scholarship percentages |

| EXHIBIT | DESCRIPTION |
|---|---|
| Court-1797 | Key Worldwide Webpage |
| Court-1818 | Jenke and Khosroshahin Text messages |
| Court-1828 | USC Directory p1 |
| Court-1828-1 | Intercollegiate Athletics USC Directory p2 |
| Court-1828-2 | Admissions and Planning USC Directory p3 |
| Court-1828-3 | Office of Admission USC Directory p4 |
| Court-1833-r | Email from Vavic to Fuller Re Subco |
| Court-1842 | Email from Pintaric to Ctvrtlik re SoCal Schedule |
| Court-1844 | Johnny Wilson Photo |
| Court-1845 | Email from Pintaric re Golf Schedule |
| Court-1849 | Johnny Wilson PhotoPhoto |
| Court-1852-r | Casey Moon Text |
| Court-1856 | Stipulation |
| Court-1857 | Stipulation |
| Court-1858-r | Email to Jovan Vavic Re Thank you |
| Court-1864-r | Email from Vavic to Moon Re Important MPSF Tourney Ticket List Instructions |
| Court-1865-r | Email from Jovan Vavic Re Former Trojan polo player looking for feedback |
| Court-1866-r | Email from Vavic to Lopes Re NCAA Tickets |
| Court-1871-r | Email from Vavic to Moon Re Jovan Vavic Water Polo Camp News |
| Court-1874-r | Email from Lopes to Vavic Re 100K |
| Court-1877 | Stipulation |
| Court-8000 | Final Jury Instructions 2022 April 8 |
| Court-8001 | Vavic Indictment_Redacted |