UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>v.<br><br>JOVAN VAVIC,<br><br>                Defendant. | CRIMINAL NO.: 19-CR-10081-IT |

### ASSENTED TO MOTION TO CONTINUE THE JUNE 9, 2022 HEARING DATE

Jovan Vavic, through undersigned counsel, respectfully moves for an order continuing the hearing date on his Motion for Judgment of Acquittal or in the Alternative, for a New Trial to June 29, 2022 at 11:00 a.m. As grounds for the motion, Vavic states that undersigned counsel wishes to appear in person with our client for argument on this critical motion, consistent with the Court's current scheduling order, but unfortunately, have a conflict with the June 9 date that will interfere with travel to Boston. As such, after conferring with the government and the Court's Clerk regarding alternative dates for in-person argument, Vavic hereby requests that the Court continue the hearing date to June 29, 2022.

WHEREFORE, Vavic respectfully requests that the Court grant this motion to continue the June 9, 2022 hearing date to June 29, 2022 at 11 a.m.

Dated: June 1, 2022                            Respectfully submitted,

                                          */s/ Koren L. Bell*
                                          Stephen G. Larson, (Admitted *pro hac vice*)
                                          slarson@larsonllp.com
                                          Koren L. Bell, (Admitted *pro hac vice*)
                                          kbell@larsonllp.com
                                          Paul A. Rigali, (Admitted *pro hac vice*)
                                          prigali@larsonllp.com
                                          **LARSON LLP**
                                          555 South Flower Street, Suite 4400
                                          Los Angeles, California 90071
                                          (213) 436-4888

                                          *Attorneys for Defendant JOVAN VAVIC*

## CERTIFICATE OF SERVICE

      I hereby certify that this document, filed through the ECF system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants.

                        */s/ Koren L. Bell*
                        Koren L. Bell