UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>               Plaintiff,<br><br>v.<br><br>JOVAN VAVIC,<br><br>               Defendant. | CRIMINAL NO.: 19-CR-10081-IT-MPK<br><br>**ORDER GRANTING UNOPPOSED MOTION TO MODIFY CONDITIONS OF PRETRIAL RELEASE TO ALLOW TRAVEL OUTSIDE THE UNITED STATES** |

      Before the Court is Defendant Jovan Vavic's Unopposed Motion to Modify Conditions of Pretrial Release to Allow Travel Outside the United States; in the interests of justice, and for good cause shown, **IT IS HEREBY ORDERED** that Jovan Vavic's bond conditions are modified such that he may travel to Montenegro and Barcelona, Spain from September 21, 2022 to October 25, 2022, and his United States passport may be released to him by Pre-Trial Services for the purpose of that travel. Mr. Vavic is ordered to return his passport to Pre-Trial Services upon his return.

      **IT IS SO ORDERED.**


Dated: September __, 2022

 

                                                                   THE HONORABLE INDIRA TALWANI<br>
                                                                   UNITED STATES DISTRICT JUDGE