UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | **)** | |
| | **)** | |
| **v.** | **)** | **Criminal No.: 1:19-cr-10081-IT** |
| | **)** | |
| **JOVAN VAVIC,** | **)** | |
| **Defendant** | **)** | |

## NOTICE OF APPEAL

Notice is hereby given that the United States of America (the prosecution in the above-captioned case) hereby appeals to the United States Court of Appeals for the First Circuit from the district court's (Talwani, J.) September 15, 2022 order (D.1405), granting the defendant's May 2, 2022 motion for a new trial (D.1277, 1278).

Respectfully submitted,

RACHAEL S. ROLLINS
United States Attorney

By:  /s/ *Alexia R. De Vincentis*
ALEXIA R. DE VINCENTIS
LESLIE A. WRIGHT
STEPHEN E. FRANK
IAN J. STEARNS
Assistant United States Attorneys

## **Certificate of Service**

I hereby certify that on October 14, 2022, this Notice of Appeal filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants.

/s/ *Alexia R. De Vincentis*
ALEXIA R. DE VINCENTIS
Assistant U.S. Attorney
