UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| | * | |
| v. | * | Criminal Action No. 1:19-cr-10081-IT |
| | * | |
| JOVAN VAVIC, | * | |
| | * | |
| Defendant. | * | |

ORDER

TALWANI, D.J.

Before the court is the government's Motion to Supplement the Record [1490]. The motion is GRANTED as unopposed. Accordingly, the record is supplemented with the following documents attached as Exhibits hereto:

1. Draft jury instructions provided to counsel on the morning of April 6, 2023, and discussed at the April 6, 2023 charge conference. See Clerk's Notes [1231]; Transcript of Proceeding 3 [1270].

2. Amended draft jury instructions provided to counsel on the evening of April 6, 2023, and discussed with counsel prior to jury being seated on April 7, 2023. See Clerk's Notes [1232]; Transcript of Proceeding 4 [1271].

3. Final jury instructions provided to counsel and to the Jury on April 7, 2023. See Clerk's Notes [1232]; Transcript of Proceeding 241 [1271].

4. Amended final jury instructions provided to counsel and to the Jury on April 8, 2023. See Clerk's Notes [1234]; Transcript of Proceeding 65 [1272].

IT IS SO ORDERED.

June 22, 2023                                        /s/ Indira Talwani
                                                     United States District Judge