# United States Court of Appeals
## For the First Circuit

No. 22-1787

UNITED STATES,

Appellant,

v.

JOVAN VAVIC,

Defendant - Appellee.

### MANDATE

Entered: July 8, 2025

In accordance with the judgment of May 30, 2025, and pursuant to Federal Rule of Appellate Procedure 41(a), this constitutes the formal mandate of this Court.

By the Court:

Anastasia Dubrovsky, Clerk

cc:
Kriss Basil
Alexia R. De Vincentis
Stephen Emanuel Frank
Anthony E. Fuller
Keren E. Goldenberg
David J. Grimaldi
Carol Elisabeth Head
Jeffrey G. Ho
Kristen A. Kearney
William H. Kettlewell
Denis Michael King
Diana K. Lloyd
Donald Campbell Lockhart
Glenn A. MacKinlay
Michael M. Maya

Justin David O'Connell
Ashwin Shandilya
Sara E. Silva
Mark David Smith
Ian J. Stearns
Lauren E. Swidler
Natashia Tidwell
Katherine A. Trefz
Jeffrey P. Wiesner
Leslie Wright