UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA,  )<br>  )<br>  )<br>    Plaintiff,  )<br>  )<br>v.  )<br>  )<br>JOVAN VAVIC,  )<br>  )<br>    Defendant.  )<br>  ) | Case No. 1:19-cr-10081-IT-12 |

**NOTICE OF WITHDRAWAL OF APPEARANCE**

PLEASE TAKE NOTICE that I, Koren L. Bell, hereby withdraw my appearance as counsel of record for the defendant in the above-captioned matter.  All other attorneys for Defendant remain as counsel.

DATED:  July 9, 2025        Respectfully Submitted,

                 s/ *Koren L. Bell*
                 KOREN L. BELL (admitted pro hac vice)
                 WILLKIE FARR & GALLAGHER LLP
                 2029 Century Park East - Suite 2900
                 Los Angeles, CA 90067-2905
                 Telephone: (310) 855-3016
                 Email: kbell@willkie.com

## **CERTIFICATE OF SERVICE**

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing and paper copies will be sent to those indicated as non-registered participants.

Dated: July 9, 2025               *s/ Koren L. Bell*
                                        Koren L. Bell